Placeholder for Ex. 1 – John Jones Deposition Transcript Excerpts