# EXHIBIT 1 PLACEHOLDER

FILED SIMULTANEOUSLY LEVEL 1 RESTRICTED