**EXHIBIT 2 PLACEHOLDER**

FILED SIMULTANEOUSLY LEVEL 1 RESTRICTED