**EXHIBIT 3 PLACEHOLDER**

FILED SIMULTANEOUSLY LEVEL 1 RESTRICTED