**EXHIBIT 4 PLACEHOLDER**

FILED SIMULTANEOUSLY LEVEL 1 RESTRICTED