IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00687-NYW-TPO

**JANE DOE**,

    Plaintiff,

v.

**CHERRY CREEK SCHOOL DISTRICT**;
**KEVIN UHLIG**, in his individual capacity;
and **RYAN SILVA**, in his individual capacity,

    Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO SET STATUS CONFERENCE**

---

Plaintiff Jane Doe, through her attorneys, respectfully submits the following Unopposed Motion to Set Status Conference and, as grounds therefore, states as follows.

**CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for Defendants regarding this Motion. Defendants do not oppose the relief requested herein.

**MOTION TO MODIFY SCHEDULING ORDER**

1. Plaintiff filed this lawsuit on March 13, 2024. [ECF No. 1].

2. The Parties met and conferred under Rule 26(f) on April 3, 2024, at which time discovery commenced. Plaintiff began diligently seeking discovery at that time, serving her first subpoena in early May 2024.

3. On June 5, 2024, the Court entered the Scheduling Order in this matter. [ECF No. 29]. Based on the scheduling order, discovery was initially set to end on March 21, 2025, providing for a nearly year-long discovery period. [ECF No. 29 at 11].

4. Plaintiff served her first set of written discovery on July 5, 2024 and set her first depositions to take place in August 2024.

5. Plaintiff also served subpoenas on law enforcement in September 2024, with a production date for October 2024. As the court is aware, after motions to quash and the nearly six-month-long conferral efforts on the part of undersigned counsel, these subpoenas are still outstanding, with Plaintiff awaiting production. One set of documents is now scheduled to be produced on May 5, 2025 (the GVPD SDT response), with another set of documents outstanding pending the Court's *in camera* review (the 18th Judicial District SDT response).

6. On October 21, 2024, the Court granted an unopposed motion to modify the Scheduling Order to reset discovery and expert disclosure deadlines by two months. [ECF Nos. 83, 86]. This modification was requested because of significant delays in obtaining responses to written discovery requests, which impacted Plaintiff's ability to schedule and conduct depositions as well as to have expert reports prepared. *See* [ECF No. 83 at ¶ 4].

7. Based on this modification, discovery was set to end on May 23, 2025, providing for a nearly 14-month discovery period. *See* [ECF No. 86].

8. Based on this resetting as well as Defendants' general unavailability for depositions in December 2024, Plaintiff scheduled four depositions to take place in January 2025, and she prepared expert reports for production in February.

9. Plaintiff also set the 30(b)(6) deposition of Cherry Creek School District to take place in January, but the setting was vacated to allow for additional conferral over the 30(b)(6) notice. At this time, Plaintiff has still not been able to schedule this deposition due to the months-long conferral process over the 30(b)(6) notice she served in December 2024. While the Parties have conferred in good faith over the notice – and have conferred for many hours over several

2

months – there have been a number of disputes on which the Parties could not reach agreement.

10. Since the depositions in January, the Parties have jointly moved to modify the scheduling order once again, this time on February 3, 2025. [ECF No. 155]. In the motion, the parties explained that because a number of discovery disputes were scheduled for a hearing on March 18, 2025, the parties would not be able to complete discovery by May 23, 2025. *See id.*, ¶¶ 3-6. As such, the Parties asked that discovery be moved by another 2.5 months, to end on August 8, 2025. *Id.*, ¶ 11.

11. The Court granted the motion the same day. [ECF No. 157]. Thus, at this time, the Parties' discovery period is set to run for **16 months**, from April 4, 2024 through August 8, 2025.

12. On March 18, 2025, the Court conducted the discovery dispute hearing in this case. Most of the matters at issue remain unresolved, with direction to the Parties to continue conferral. *See* [ECF No. 173]. All outstanding conferral is set to take place by no later than April 8, 2025. *See id.* at 3-4.

13. Plaintiff is concerned that at this rate discovery may continue indefinitely, as there will likely be ongoing disputes even after these conferrals. As such, Plaintiff is respectfully requesting that the Court set a status conference so that the Parties can address any discovery disputes that may remain after the April 8, 2025 conferrals and to also address how the Parties should be approaching discovery in order to meet the deadlines set in the modified scheduling order.

14. Based on the current conferral deadline, we would respectfully request the status conference be set on or after April 23, 2025, and no later than April 29, 2025. This will provide the parties an additional 2-3 weeks to confer after the current deadline in an effort to narrow any ongoing disputes.

3

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court set a status conference and that such conference take place between April 23 and 29, 2025.

RESPECTFULLY submitted this 24th day of March 2025.

SPARK JUSTICE LAW LLC

*s/ Laura B. Wolf*
Laura B. Wolf
Stephen Shaw
3435 S. Inca Street, Suite C-113
Englewood, CO 80110
(303) 802-5390 (t) / (303) 848-3003 (f)
laura@spark-law.com
steve@spark-law.com

**ALR Civil Rights LLC**
Aurora L. Randolph
9878 W. Belleview Ave., Suite 2129
Denver, CO 80123
(303) 968-1703 (t)
aurora@alrcivilrights.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2025, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO SET STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system and served on the following:

Holly E. Ortiz
Mary B. Gray
SEMPLE, FARRINGTON, EVERALL & CASE, P.C.
1120 Lincoln Street, Suite 1308
Denver, CO 80203
(303) 595-0941
hortiz@semplelaw.com
mgray@semplelaw.com
*Attorney for Defendants*


                                          *s/ Laura B. Wolf*
                                          Laura B. Wolf