IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00687-NYW-TPO

JANE DOE,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT,
KEVIN UHLIG, in his individual capacity, and
RYAN SILVA, in his individual capacity,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 27, 2025.**

    This matter comes before the Court upon Plaintiff's Unopposed Motion to Set Status Conference [ECF 176]. For good cause shown, the Motion [ECF 176] is **granted.** A Status Conference is **set** for **May 27, 2025, at 1:00 p.m.** in Courtroom C-402, on the fourth floor of Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. This is an **in-person** proceeding.

    The Motion represents that "[a]ll outstanding conferral is set to take place by no later than April 8, 2025." ECF 176 at ¶ 12. The Parties preemptively request a Status Conference to address any disputes that may remain unresolved after April 8.

    7 days in advance of the Status Conference, **on or before May 20, 2025,** the Parties shall file a Joint Status Report, outlining any outstanding discovery disputes, if any, and detailing the Parties' conferral attempts to resolve such disputes. The Court advises the Parties that if the Court, after reviewing the Joint Status Report, determines that the Parties have not sufficiently narrowed any disputes or that the Parties' conferral efforts did not appear meaningful, the Court will *sua sponte* vacate the Status Conference. In that event, the Court will direct the Parties to continue to confer before renewing any request for a Status or Discovery Conference.