IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00687-NYW-TPO

JANE DOE,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT,
KEVIN UHLIG, in his individual capacity, and
RYAN SILVA, in his individual capacity,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 28, 2025.**

    This matter comes before the Court upon Counsel for Plaintiff's email to Chambers, with all Parties copied, requesting to reschedule the Status Conference set for May 27, 2025, at 1:00 p.m. The Status Conference is **reset to May 23, 2025, at 11:00 a.m**. in Courtroom C-402, on the fourth floor of Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.