**EXHIBIT 1 FILED CORRESPONDINGLY AS RESTRICTED DOCUMENT**