CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00687-NYW-TPO

JANE DOE,

Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT,
KEVIN UHLIG, in his individual capacity, and
RYAN SILVA, in his individual capacity,

Defendants.

---

## DEFENDANTS' FED. R. CIV. P. 26(a)(2) DISCLOSURES
---

Cherry Creek School District No. 5 (the "District"), Ryan Silva and Kevin Uhlig (collectively the "District Defendants"), by and through their undersigned counsel, hereby submit their rebuttal expert disclosures, as follows:

A. Retained Experts – pursuant to Fed. R. Civ. P. 26(a)(2)(A)

1. Dr. Janine S. Shelby Ph.D.
2906 Lafayette
Newport Beach, CA 92663

Attached is Dr. Shelby's report dated December 22, 2025, relative to her independent review of Plaintiff's expert disclosures. It is expected that Dr. Shelby will testify consistent with her report.  Also enclosed is a copy of Dr. Shelby's curriculum vitae, which has been previously disclosed; her testimony history; and fee schedule.

Defendants reserve the right to supplement the opinions of this expert under separate cover upon any additional discovery including any new discovery from Plaintiff; any supplemental expert opinions produced by Plaintiff; any materials or further deposition testimony produced pursuant to pending motions; any lay witnesses; and any expert witnesses endorsed by Defendant.

RESPECTFULLY SUBMITTED this 22nd day of December, 2025.

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.


By: *s/ Holly E. Ortiz*

Holly E. Ortiz
Mary B. Gray
1120 Lincoln Street, Suite 1308
Denver, CO  80203
(303) 595-0941
hortiz@semplelaw.com
mgray@semplelaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of December, 2025, a correct copy of the foregoing **DEFENDANTS' FED. R. CIV. P. 26(a)(2) DISCLOSURES** were served via email on the following:

Laura B. Wolf
Stephen Shaw
Spark Justice Law LLC
3435 S. Inca Street, Suite C-113
Englewood, CO 80110
laura@spark-law.com
steve@spark-law.com

ALR CIVIL RIGHTS LLC
Aurora L. Randolph
9878 W. Belleview Ave., Suite 2129
Denver, CO 80123
aurora@alrcivilrights.com

*Attorneys for Plaintiffs*

By: _s/ Holly Ortiz_