**EXHIBIT 3 FILED CORRESPONDINGLY AS RESTRICTED DOCUMENT**