**Wednesday, April 8, 2026 at 10:47:40 AM Mountain Daylight Time**

---

**Subject:** RE: CCSD: Updated 30(b)(6)

**Date:** Tuesday, May 20, 2025 at 3:31:36 PM Mountain Daylight Time

**From:** Holly Ortiz

**To:** Laura Wolf, Mary Gray, Stephen Shaw

**CC:** aurora@alrcivilrights.com

**Attachments:** image001.png, image002.png

We plan to send these out on Friday immediately following the hearing.

**Holly Ortiz**
**Attorney**
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, Colorado 80203
Phone: 303.595.0941
Fax: 303.861.9608
hortiz@semplelaw.com

This electronic message transmission contains information from the law firm of Semple, Farrington, Everall & Case, P.C., which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by email or by telephone (303-595-0941) and delete the original message. Thank you.

---

**From:** Laura Wolf <laura@spark-law.com>
**Sent:** Tuesday, May 20, 2025 3:00 PM
**To:** Mary Gray <mgray@semplelaw.com>; Stephen Shaw <steve@spark-law.com>
**Cc:** aurora@alrcivilrights.com; Holly Ortiz <hortiz@semplelaw.com>
**Subject:** Re: CCSD: Updated 30(b)(6)

Thanks, Mary. My understanding is that we will address release and subpoena production concerns at the hearing on Friday and that the subpoenas will not be served before that time, especially given there are no releases for these records.

Please confirm that is correct.

Best,

Laura B. Wolf
*She, Her, Hers*
**Spark Justice Law LLC**
3435 S. Inca Street, Suite C-113
Englewood, CO 80110
(303) 802-5390 (t)
(303) 848-3003 (f)
laura@spark-law.com / spark-law.com

*In an effort to ensure balance and wellness, we strive to turn off our phones and put away our computers

as much as possible outside of work hours.  Non-urgent messages as well as emails sent outside of work hours should expect delayed responses.  Please also note that due to the sheer volume of emails exchanged in this day and age, there is a chance I may not be able to respond to your email.  Should this happen, I truly apologize.

---

**From:** Mary Gray <mgray@semplelaw.com>
**Date:** Tuesday, May 20, 2025 at 2:50 PM
**To:** Laura Wolf <laura@spark-law.com>, Stephen Shaw <steve@spark-law.com>
**Cc:** aurora@alrcivilrights.com <aurora@alrcivilrights.com>, Holly Ortiz <hortiz@semplelaw.com>
**Subject:** RE: CCSD: Updated 30(b)(6)

Laura and Stephen,

I am writing to provide notice under Rule 45(a)(4) that we plan to serve the attached subpoenas.

Mary



**Mary B. Gray**
**Attorney**
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, Colorado 80203
Phone:  303.595.0941
Fax:  303.861.9608
mgray@semplelaw.com

This electronic message transmission contains information from the law firm of Semple, Farrington, Everall & Case, P.C., which may be confidential or protected by the attorney-client privilege and/or the work product doctrine.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited.  If you have received this communication in error, please notify us immediately by email or by telephone (303-595-0941) and delete the original message.  Thank you.