**Wednesday, April 8, 2026 at 10:50:42 AM Mountain Daylight Time**

---

**Subject:**  Case 1:24-cv-00687-NYW-TPO Doe v. Cherry Creek School District et al - Subpoenas to Produce Medical Records

**Date:**  Thursday, April 2, 2026 at 4:10:20 PM Mountain Daylight Time

**From:**  Jessica Lefford

**To:**  Laura Wolf, Stephen Shaw, Aurora Randolph

**CC:**  Holly Ortiz, Megan Brooks, Elaine Montoya, Carter Cleveland

**Attachments:** image001.png, Subpoena to Produce Medical Records to Amanda Holliman 20260402.pdf, Subpoena to Produce Medical Records to Maggie Rogers 20260402.pdf

Good afternoon,

Enclosed are two Subpoenas to Produce Documents that were sent out to be served today to the intended recipients regarding the above-referenced matter. Thank you.

Sincerely,
Jessica Lefford

**SEMPLE FARRINGTON EVERALL & CASE**
ATTORNEYS AT LAW

**Jessica Lefford**
**Legal Assistant**
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, Colorado 80203
Phone:  303.595.0941
jlefford@semplelaw.com

This electronic message transmission contains information from the law firm of Semple, Farrington, Everall & Case, P.C., which may be confidential or protected by the attorney-client privilege and/or the work product doctrine.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited.  If you have received this communication in error, please notify us immediately by email or by telephone (303-595-0941) and delete the original message.  Thank you.