IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00687-NYW-NRN

_____

JANE DOE, a minor child by and through her guardian
and natural parent, JANE ROE,

    Plaintiff,

vs.

CHERRY CREEK SCHOOL DISTRICT;
KEVIN UHLIG, in his individual capacity;
and RYAN SILVA, in his individual capacity,

    Defendants.

_____

DEPOSITION OF ███████████

August 27, 2024

* CONFIDENTIAL *

_____

        PURSUANT TO WRITTEN NOTICE and the
appropriate rules of civil procedure, the deposition
of ███████████, called for examination by the
Plaintiff, was taken at Spark Justice Law LLC, 901
South Englewood Parkway, Suite 106, Englewood,
Colorado, commencing at 9:13 a.m. on August 27, 2024,
before Jennifer Bajwa Melius, Verbatim Stenographic
Reporter, Registered Professional Reporter, and Notary
Public.

Falcon Court Reporting, Inc.
(503) 544-9522

08/27/2024                                                    93

MR. RAYKIN:  Yeah.  I don't think it would make -- it's useful to ask every question.

MS. WOLF:  Yeah.

MR. RAYKIN:  Yeah.  So I think your objection is, of course, noted and is -- or -- sorry. My objection is noted as a standing objection, and I understand why you would not ask every question.

MS. WOLF:  Okay.  Because -- yeah.  I just think it would just be easier to skip -- not have you have to sit through that, let the Court decide, and then we come back.

MR. RAYKIN:  Yeah.

MS. WOLF:  Okay.

MS. ORTIZ:  Okay.  Before we move on --

MS. WOLF:  Sorry.  Go ahead.

MS. ORTIZ:  -- I just want to say I would reserve my right, then, to ask questions about those issues at the same time the deposition is reopened.

MS. WOLF:  Sure.

Q.    (By Ms. Wolf)  How did you -- did your parents attend ████'s church?

A.    No.

Q.    And -- sorry.  Again, you may have just said this, but how did you find out about ████'s

08/27/2024                                                              94

church?

　　　　　A.　　　She invited me.

　　　　　Q.　　　Do you remember when that happened?

　　　　　A.　　　No.

　　　　　Q.　　　Would it have been sometime in the fall of 2021, given when you met?

　　　　　A.　　　I don't remember, but probably.

　　　　　Q.　　　And your freshman year started in August of 2021; is that right?

　　　　　A.　　　Yeah.

　　　　　Q.　　　So you would have met ▉▉▉▉ sometime around August or September 2021?

　　　　　A.　　　Somewhere around there.

　　　　　Q.　　　Did you guys have the same classes at all?

　　　　　A.　　　No.

　　　　　Q.　　　Do you remember the first time you met?

　　　　　A.　　　I don't remember.

　　　　　Q.　　　I know you had mentioned that the two of you liked each other.

　　　　　　　　　Do you mean romantically liked each other?

　　　　　A.　　　Yes.

　　　　　Q.　　　When you say "talking," are you using the term that people kind of are using now for dating

but not being officially boyfriend and girlfriend?

A.    Yes.

MS. WOLF:  So just for purposes of the record, I'm going to skip all questions even starting prior to any -- unless -- again, unless you want me to go into them, I would ask -- there are some questions prior to January of 2022 about the nature of the relationship.

Would you like me to wait and hold off until we have more instruction from the Court on that?

MR. RAYKIN:  Yes.

MS. WOLF:  Okay.

MS. ORTIZ:  Okay.  Then I'm also going to reserve my right to ask questions on that issue as well.

MS. WOLF:  And then I'm similarly going to refrain from asking questions about some of the criminal case files, including the apology letters, until we hear from the Court; is that correct?  Or -- do I understand that?

MR. RAYKIN:  Yes.

MS. WOLF:  Okay.

MR. RAYKIN:  Just a brief question.  You have the criminal case files, correct?

MS. WOLF:  Yes.