# Greenwood Village
# Police Department

**CONFIDENTIAL**

# OFFENSE REPORT

**Case Report Number:**

6060 S. Quebec Street, Greenwood Village, CO 80111 - Phone (303) 773-2525 Fax (303) 694-5050

## Location

| Offense Address: | Location Name (If Applicable): |
|---|---|
| 4920 S YOSEMITE ST , GREENWOOD VILLAGE, CO 80111 | STARBUCKS - BELLEVIEW |

| Date Reported | Occurred From | Occurred To | Hearing Impaired: |
|---|---|---|---|
| 01/25/22 - 13:33 - Tue | 01/19/22 - 14:43 - Wed | 01/19/22 - 15:30 - Wed | NO |

## Offense / Charge :

| CRS / Municipal Code -  Offense | Degree |
|---|---|
| 18-3-402 - SEXUAL ASSAULT - RAPE - STRONGARM | FELONY |

## Suspect:

| Name (L,F, M) | | | | Suffix | Date of Birth | Race | Sex | Age to | Age From |
|---|---|---|---|---|---|---|---|---|---|
| ███ | | | | | ███ | WHITE | M | 15 | |

| Height | Weight | Hair | Eye Color | Main Address |
|---|---|---|---|---|
| 510 | 170 | BRO | BROWN | ███ |

| Driver's License/ State ID Number | State | SID | FBI Number | Phone 1 Type | Phone 1 |
|---|---|---|---|---|---|
| | | | | | ███ |

| Email | Marital Status | Build | Complexion | Facial Hair |
|---|---|---|---|---|
| | | | | |

| Employer Name | Occupation Description | Employer Address | Juvenile: |
|---|---|---|---|
| CHERRY CREEK HIGH SCHOOL | STUDENT | , , | YES |

## Victim:PERSON/INDIVIDUAL (NOT A LAW ENFORCEMENT OFFICER)

| Name (L, F M) | Suffix | Date of Birth | Age | Race | Sex | Height | Weight |
|---|---|---|---|---|---|---|---|
| ███ | | ███ | 15 | WHITE | F | | |

| Hair | Eye Color | License Number | State | Email | Phone 1 Type | Phone 1 |
|---|---|---|---|---|---|---|
| BLK | | | | ███ | CELL | ███ |

| Home Address | Employer | Employer Phone |
|---|---|---|
| ███ | Cherry Creek High School | |

| Employer Address: | Medical Treatment Received (If Known): | Juvenile: |
|---|---|---|
| , , , | | YES |

## Involved Party: PARENT/GUARDIAN

| Name(L, F M): | Suffix | Date of Birth | Age: | Race | Sex | Height | Weight | Hair Color |
|---|---|---|---|---|---|---|---|---|
| ███ | | | 44 | WHITE | M | 506 | 135 | BRO |

| Eye Color | License Number | State | Email: | Phone 1 | Employer: |
|---|---|---|---|---|---|
| GREEN | ███ | CO | | ███ | |

| Address: | Secondary or Work Address: |
|---|---|
| ███ | , , |

## Involved Party: WITNESS OF INCIDENT

| Name(L, F M): | Suffix | Date of Birth | Age: | Race | Sex | Height | Weight | Hair Color |
|---|---|---|---|---|---|---|---|---|
| DEVITT, KELLY | | ███ | 30 | WHITE | F | | | |

| Eye Color | License Number | State | Email: | Phone 1 | Employer: |
|---|---|---|---|---|---|
| | | | | ███ | CCHS -- DEAN |

| Address: | Secondary or Work Address: |
|---|---|
| 9300 E UNION AVE , GREENWOOD VILLAGE, CO 80111 | 9300 E UNION AVE , GREENWOOD VILLAGE, CO 80111 |

## Involved Party: PARENT/GUARDIAN

| Name(L, F M): | Suffix | Date of Birth | Age: | Race | Sex | Height | Weight | Hair Color |
|---|---|---|---|---|---|---|---|---|
| ███ | | | 52 | WHITE | F | 509 | 145 | BRO |

| Eye Color | License Number | State | Email: | Phone 1 | Employer: |
|---|---|---|---|---|---|
| BLUE | ███ | CO | ███ | ███ | |

**GVPD CONTROLLED DOCUMENT - DO NOT DUPLICATE**

# Greenwood Village Police Department

**CONFIDENTIAL**

## OFFENSE REPORT

**Case Report Number:**

6060 S. Quebec Street, Greenwood Village, CO 80111 - Phone (303) 773-2525 Fax (303) 694-5050

| Address: | Secondary or Work Address: |
|---|---|
| ██████████████████ | , , |

**NARRATIVE-**

Reporting Officer: **JOSWICK, SARAH 07-03**

### Investigation:

On 1/25/22 at approx. 1330 hours █████████ and her daughter ██████████ (DOB ████████ came into my office at Cherry Creek High School. ███ explained to me that her daughter ███ wanted to tell me about an incident that took place off campus. ███ also told me that she wanted ███ to tell me what happened, however to save her from having to tell the story over and over she would like ███ to be interviewed by Sungate Kids. ███ then told me the following:

- On Wednesday 1/19/22 during 8th period (2:43-3:30) she and a friend of hers left the CCHS campus and walked to the Belleview Square shopping center.
- The friend ███ was with is ██████████ (DOB ██████.
- ███ has known ███ since last June.
- ███ and ███ have only been friends and have never been in an intimate relationship, however they have had feelings for each other .
- On this date, ███ was goofing off with ███ and took her cell phone from her.
- ███ would try to get the phone back and ███ would keep it from her.
- The two of them ended up at the Starbucks located at 4920 S Yosemite St, Greenwood Village, CO 80111
- While at the Starbucks ███ still had the phone and took it into the bathroom with him.
- ███ followed him into the bathroom to retrieve the phone.
- The bathroom that the two of them went into is a single bathroom with no stalls and is open to all (not gender specific)
- Once in the bathroom ███ pulled ███'s pants down.
- ███ also had his pants down.
- ███ penetrated ███ vaginally with his finger.
- ███ then got on top of ███ and attempted to penetrate her vagina with his penis but was not able to.
- ███ pushed her way out from under ███ and ran out of the bathroom as well as the store.
- There were no other students/friends with them at the Starbucks and the place was not very crowded.
- Since this incident ███ has contacted her to attempt to apologize.
- ███ has also grabbed her at school and tried to hug her but she did not let him.
- This was not within character for ███.
- ███ and ███ are both very religious people and even attend the same church.
- She has never heard of this happening to any other girls.
- She is not afraid of ███ but paranoid about seeing him at school.

After ███ told me what took place I arranged for Dean of Student's Kelly Devitt to come to my office to speak with ███ about steps that could be taken at school to make her feel comfortable. I also spoke with the Victim Advocate and arranged for him to call ███ after we were done talking. I completed the GV Victim Notification Information paper work and provided ███ with her copy. I then explained to ███ and ███ that I would be completing my report, which would then be forwarded to GVPD detectives who investigate the case further to include any potential forensic interviews with Sungate. I then provided ███ and ███ with my business card and they left with Dean Devitt.

### Additional Information:

I contacted the Starbucks at Belleview Square regarding any potential video surveillance that may be available. I was advised that there are 4 cameras in the store: one at the front door, one over the cash register, one over the counter, and one in the backroom. There are no cameras that show the bathroom door. Starbucks policy is that to obtain the video there either needs to be a request made on official

**GVPD CONTROLLED DOCUMENT - DO NOT DUPLICATE**

Printed: 01/27/22 10:34



# Greenwood Village
# Police Department

**CONFIDENTIAL**

## OFFENSE REPORT

**Case Report Number:**

███████

**6060 S. Quebec Street, Greenwood Village, CO 80111 - Phone (303) 773-2525 Fax (303) 694-5050**

letterhead or a subpoena. I have not taken those steps yet.

My body worn camera was not active during the conversation between Dean Devitt and ████

████ would prefer that the detective assigned to this case contact her prior to making contact with ████.

**Disposition:** Forward to Detectives

**\*\*My Department issued dash camera and/or body-worn camera were on and recording. This report is my recollection of the events of this case or call for service, and is not intended to be interpreted to be a verbatim account.\*\***

| 3rd Party Video: **NO** | Body Worn Camera: **NO** | Dash Camera: **NO** | Photo's Taken: **NO** |
|---|---|---|---|
| Booking Room Video: **NO** | | Interview Room Video: **NO** | |

| Officer / Supervisor: | | | |
|---|---|---|---|
| Involvement Type: **REPORTING** | Officer: **JOSWICK, SARAH 07-03** | Date: **01/26/22 - 08:04 - Wed** | |
| **Officer / Supervisor:** | | | |
| Involvement Type: **APPROVING** | Officer: **NELSON, STEVE 95-05** | Date: **01/26/22 - 13:09 - Wed** | |

**GVPD CONTROLLED DOCUMENT - DO NOT DUPLICATE**

Printed: **01/27/22 10:34**

CCSD 003334 Page 3 of 3