## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Graham, Pamela S |
| **Sent:** | Monday, May 9, 2022 4:02 PM |
| **To:** | Wilkins, Jason R |
| **Subject:** | ████████████ PARTICIPATION AGREEMENT |
| **Attachments:** | ████████████ PARTICIPATION AGREEMENT.docx |

Here you go!

Pam

Pamela S. Graham
Administrative Assistant – Athletics
Cherry Creek High School
Office:  720-554-2462
9300 E. Union Avenue
Greenwood Village, CO  80111



27

**CCSD 002601**

**CONFIDENTIAL**

PARTICIPATION AGREEMENT

## CHERRY CREEK SCHOOL DISTRICT NO. 5

## HIGH SCHOOL SPONSORED ATHLETICS AND ACTIVITIES

## <u>PARTICIPATION AGREEMENT</u>

In exchange for the opportunity to participate in the Cherry Creek School District No. 5's High School Sponsored Athletics and Activities Programs, (referred to as "HSAAP") and in accordance with applicable Board of Education Policies, I understand and agree to the following:

**Scope of Rules**

From the day a student first participates in a Cherry Creek School District HSAAP until that student graduates from high school, these rules remain in effect, throughout the school year, including weekends, vacations, and holidays, and regardless if the student is on or off school district property.

The consequences outlined in this Agreement are in addition to, not instead of, those the student may receive under the district's Student Conduct and Discipline, Right and Responsibilities handbook, the Colorado High School Activities Association (CHSAA") By-laws, coaches' team rules, or other sources. They represent minimum sanctions; the Principal or his/her designee may increase or modify these consequences in particular cases or in general as he or she deems appropriate.

Because students who participate in HSAAP are held to higher behavioral expectations, the principal or his/her designee may determine that a student's conduct constitutes grounds for imposing an HSAAP penalty under these rules, even when that conduct does not result in suspension or expulsion under the conduct and discipline code.

**General Expectations**

- Students participating in district HSAAP are expected to comply with all applicable Cherry Creek School District No. 5 Board of Education Policies, including but not limited to Policy JJI, Interscholastic Athletics, and its accompanying Regulation JJI-R.
- Students participating in district HSAAP are considered to be representatives of himself/herself, fellow team members, coaches, sponsors, teachers, the school, its student body, and the Cherry Creek School District. For these reasons, the participating student is expected to display the highest form of character, behavior and sportsmanship. If at any time, a student's actions bring harm or discredit to the organization of which the student is a member or to the school, the student may be subject to disciplinary action, including suspension and/or removal from the HSAAP.
- Students participating in district HSAAP are expected to maintain appropriate academic eligibility as described below.

**Academic Expectations**

- Eligibility for participation in athletics and specific activities as determined by CHSAA guideline, the Centennial League, and applicable district policies.

**CCSD 002602**

**CONFIDENTIAL**

- In accordance with Policy JJI, Interscholastic Athletics, a student is ineligible for most of the following quarter if he/she has failed more than one subject the semester preceding the season of competition.
- If the student is failing more than one course weekly, he/she will be ineligible for competition/participation through the following week.
- Each participating student must be enrolled in a minimum of five hours of credit (2.5 Carnegie Units or equivalent) per semester. If not, the student is immediately ineligible to participate in the athletic/activity program.

**Behavior Expectations**

- Students participating in district HSAAP agree to maintain an appearance and exhibit conduct in the classroom, school and community which is appropriate at all times.
- Students participating in district HSAAP agree not to violate district conduct and discipline policies, including but not limited to, district drug/alcohol/tobacco and weapons policies.
- Students participating in district HSAAP agree not to engage in behavior which is detrimental to the safety, welfare or morals of him/her, other students or school personnel.
- Consequences

The following minimum consequences will result whenever the principal or his/her designee concludes that a student has engaged in a violation of school board policy or expectation under this agreement:

1. Referral to the appropriate coach or sponsor for disciplinary review and action.
2. Placement on probation for a number of days and/or upon such conditions as deemed appropriate.
3. Suspension from participation in a specific number of athletic or activity events. Such sanctions may include but not limited to:

- **First Offense**: For Athletics/Activities with 11 or fewer regular season contests/events, the student will be suspended for the next contest/event; for those with more than 11 or fewer regular season contests/events, the student will be suspended for the next two contests/events. These suspensions will be imposed whether or not the next contest/event is regular season or outside the regular season.
- **Second Offense**: For Athletics/Activities with 11 or fewer regular season contests/events, the student will be suspended for the next two contests/events; for those with more than 11 or fewer regular season contests/events, the student will be suspended for the next four contests/events. These suspensions will be imposed whether or not the next contest/event is regular season or outside the regular season.
- **Third Offense and/or continuing offenses**: Additional sanctions which could include some or all of the following: suspension from all HSAAP for one full year from the date of infraction; denial of the opportunity to obtain awards in the sport or activity; suspension from HSAAP for the remainder of the school year and/or extending into succeeding school years.

Nothing in these rules/expectations prohibits the Principal or his/her designee, or individual coaches from establishing and enforcing additional rules applicable to participation in district HSAAP. Notice of the imposition of sanctions shall be made in a timely manner by the Principal or his/her designee to the participating student and his/her parent(s)/guardian(s).

As evidences by our electronic signature below,: *

☑ We acknowledge and agree we have read the terms and conditions of the above referenced Cherry Creek School District High School Athletics and Activities Participation Agreement, and understand and agree that all participating students are subject to the term and conditions contained in this Agreement, as well as the provisions of applicable school board policies while participating in these district programs.

**CCSD 002603**

**CONFIDENTIAL**

Student-Athlete's Electronic Signature: * ▮▮▮▮▮▮

Parent-Guardian's Electronic Signature: * ▮▮▮▮▮▮

Spectator Code of Conduct

**Remember** that you are at a contest to support your team and to enjoy the skill and competition; not to intimidate or ridicule the other team and their fans, officials, or coaches from your own team.

**Student/athletes** are involved in organized sports for their enjoyment. Make it fun!

**Encourage** the student/athletes to play by the rules. Remember that children learn best example, so applaud the good plays of both teams.

**By** showing a positive attitude toward the game and all of the participants, all players will benefit. Do not embarrass any athletes by yelling at players, coaches, or officials.

**Emphasize** Sportsmanship through your verbal and physical behavior.

**Know** and study the rules of the sport, and support the officials on and off the field/court. This approach will help in the development and support of the game. Any criticism of the officials only hurts the game.

**Applaud** a good effort in both victory and defeat, and enforce the positive points of the game.

**Recognize** the importance of coaches. They are important to the development of athletes and the sport. Communicate with them and support them.

**Be** a positive role model during and after all events.

**Remember** participating in athletics and being a fan in the stands is a privilege, not a right.

**If** in violation of any of the Spectator Code of Conduct, you will be either given a verbal warning or instructed to leave the sporting event by school personnel.

☑   I have read the spectator code of conduct and will abide by the principles contained therein.

Student-Athlete's Electronic Signature: * ▮▮▮▮▮▮

Parent-Guardian's Electronic Signature: * ▮▮▮▮▮▮

**CCSD 002604**

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Graham, Pamela S |
| **Sent:** | Monday, October 31, 2022 11:05 AM |
| **To:** | Logan, David;Betti, Det;Wilkins, Jason R |
| **Cc:** | Graham, Pamela S |
| **Subject:** | FW: ███ |
| **Attachments:** | ████████ 2025 Suspension LetterOK.docx |

Hello all,

Please see suspension info on attached letter.

He is on the football team.  He was also on the track team last year.  (I did NOT copy in the track coaches on this email.)

Jason will advise consequences.

Below is his schedule:



# Schedule List View

10 ██████ M   (2011)  16 years 6 mont

| Exp | Trm | Crs-Sec | Course Name |
|---|---|---|---|
| 1(A-E) | 22-23 | 5SPAN34H-1 | 5 *Spanish 3/4 Honors |
| 3(A-E) | S1 | 7PEFITADVS-4 | 7 Advanced Fitness |
| 4(A-E) | 22-23 | 2CPHSTWLD-9 | 2 CP World History |
| 5(A-E) | 22-23 | 110ENGH-12 | 1 *English 10 Honors |
| 6(A-E) | 22-23 | 9LUNCH910-5 | 9 Lunch 9/10 |
| 7(A-E) | 22-23 | 4BIOH-9 | 4 *Biology Honors |
| 8(A-E) | 22-23 | 3ALG2TRIGH-10 | 3 *Algebra 2/Trig Honors |
| 11(A) | 22-23 | 8TRGUIDAN-3 | 8 Guidance |
| ADV(C) | 22-23 | 8ADV10Q-59 | 8 Advisory 10 |

Pamela S. Graham
Administrative Assistant – Athletics
Cherry Creek High School

14

**CCSD 002645**

**CONFIDENTIAL**

Office: 720-554-2462
9300 E. Union Avenue
Greenwood Village, CO  80111



*Cherry Creek High School*

**From:** Wilkins, Jason R <jwilkins10@CherryCreekSchools.org>
**Sent:** Thursday, October 27, 2022 9:04 AM
**To:** Graham, Pamela S <pgraham3@cherrycreekschools.org>
**Subject:** Fw: █████

Jason R. Wilkins
Athletic Director
Cherry Creek High School
9300 E. Union Ave.
Greenwood Village, Co. 80111
720-554-2462, FAX: 720-554-2463
Jwilkins10@cherrycreekschools.org

█

From: McReynolds, Kimberly E <kmcreynolds@cherrycreekschools.org>
**Sent:** Thursday, October 27, 2022 8:10 AM
**To:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Subject:** █████

FYI

*Kimberley McReynolds*
Assistant to Dean Felchle (Sb-Z)
Cherry Creek High School
720-554-2203
kmcreynolds@cherrycreekschools.org

**CCSD 002646**

**CONFIDENTIAL**

**Dean of Students**
Cherry Creek High School
9300 E. Union Ave.
Greenwood Village, CO 80111



**Cherry Creek Schools**
Dedicated to Excellence

October 26, 2022

Parent/Guardian of ███████████
███████████
███████████

Re: ███████████ ID ███████ Grade 10

Dear Parent/Guardian:

This letter will document the out-of-school suspension of ██████ from Cherry Creek High School at 1:49 p.m. on October 26, 2022, until 1:49 p.m. on November 1, 2022 for violating School Board Policy, **JICDA CONDUCT AND DISCIPLINE CODE 19,** and **JKD-1-E GROUNDS FOR SUPENSION, EXPULSION OR DENIAL OF ADMISSION CODE 3** for pleading guilty to sexaul contact/no consent per Arapahoe County Court Case # ███████████

Specifically policy:
- JICDA 19: Behavior on or off school property that is detrimental to the welfare, safety, or morals of other students or school personnel
- JKD-1-E (3): Behavior on or off school property which is detrimental to the welfare or safety of other pupils or of school personnel including behavior which creates a threat of physical harm to the child or to other children .

Please refer to CCSD's Board of Education website for complete policy information (https://www.cherrycreekschools.org/domain/82).

During the period of this suspension ██████ may not be present on the campus of Cherry Creek High School or any Cherry Creek School District property, nor participate in any school-sponsored or school-related events. If your student does, ██████ will be considered a trespasser and subject to citation and/or arrest.  Also, if your student is involved in a CHSAA sanctioned sport or activity, or if they are in a competitive club at Cherry Creek High School, you will be contacted by either the Activities Office and/or the Athletics Office, as there will be further consequences such as a suspension from the next game or competition.

Because this is a discipline matter, I am informing ██████'s teachers as required by Colorado Revised Statute 22-32-126(5) (a).

██████'s re-admit conference is scheduled for November 1, 2022 at 1:49 p.m.  Please contact me at (720) 554-2203  with any questions or concerns.

Sincerely,

Brock M. Felchle
Dean of Students

**CCSD 002647**

**CONFIDENTIAL**

BMF/km

pc:  Assistant Principal Kevin Uhlig
     Athletic Director Jason Wilkins
     Activities Director Krista Keogh
     Counselor T. Fischels
     Teachers: Jones, J., Betti, B., Johnson, J., Pope, C., Dawkins, S., Peterson, K., Luhring, M.
     Security
     Attendance

**I have read and understand the above information.**

_____     _____

**Student Signature**                    **Date**

**CCSD 002648**

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Dougherty, Traci A |
| **Sent:** | Tuesday, April 12, 2022 2:36 PM |
| **To:** | Devitt, Kelly A |
| **Cc:** | Uhlig, Kevin T |
| **Subject:** | Re: Students Next Year |

Thx. I'll keep an eye on their schedules and tweak them if o need ro

Get Outlook for iOS

**From:** Devitt, Kelly A <kdevitt@cherrycreekschools.org>
**Sent:** Tuesday, April 12, 2022 1:10:52 PM
**To:** Dougherty, Traci A <tdougherty@CherryCreekSchools.org>
**Cc:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Subject:** Students Next Year

Per our conversation yesterday, ████████ and ████████ cannot be in the same classes next year due to a protection order in place. Thank you !

Kelly Devitt
Dean of Students Ho-Mc
Varsity Assistant Girls Lacrosse Coach
Cherry Creek High School
(720) 554-2208

3

**CCSD 002927**

**CONFIDENTIAL**

## Holzfaster, Caitlin R

**From:**      Devitt, Kelly A
**Sent:**      Wednesday, July 13, 2022 5:38 PM
**To:**        Rinow, Rozann M
**Subject:**   Fw: ████████

Kelly Devitt
Dean of Students Ho-Mc
Varsity Girls Lacrosse Assistant Coach
Cherry Creek High School
(720) 554-2208



**From:** Devitt, Kelly A <kdevitt@cherrycreekschools.org>
**Sent:** Thursday, May 12, 2022 11:32 AM
**To:** ████████████████████████████
**Subject:** Re: ████████

Hi ████

That is correct. If she's in here for 5-10 minutes, or on an off, we don't mark it. I would say depending on the week, I may see her 1-3 times. Some weeks I see her more than others, which makes sense with how she is feeling.

I talked to Kevin Uhlig this morning, who is our ISMP coordinator. He learned of your reports yesterday, and reached out to GVPD about ISMP info. From what I know, that process is typically initiated through a designee of the courts. We are notified as a school the parameters he ISMP, and he is waiting on a response or more information.

Take care and let me know if you need anything else.

Best,

Kelly Devitt

Kelly Devitt
Dean of Students Ho-Mc
Varsity Girls Lacrosse Assistant Coach
Cherry Creek High School
(720) 554-2208

**CCSD 003034**

**CONFIDENTIAL**



**From:** ████████████████████████████
**Sent:** Thursday, May 12, 2022 10:59 AM
**To:** Devitt, Kelly A <kdevitt@cherrycreekschools.org>
**Subject:** Re: ████████

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you! I understand from ████ that she is in your office on average 3 times per week. I assume from your counts if she isn't there for the entire period, it isn't marked down? I was looking for the total number of visits she has had - not popping in for 5 mins, but the longer visits.

She is struggling and couldn't sleep last night so is absent again this morning.

I have reported two protection order violations on campus to the SRO in the past week alone. I also reported it to the Assistant DA who is handling the criminal case.

There is now a criminal and civil protection order and the magistrate said the school needs to enact an ISMP - do you know if that has begun?

Thank you as always,

On Mon, May 9, 2022 at 7:37 AM Devitt, Kelly A <kdevitt@cherrycreekschools.org> wrote:
Good Morning!

Absolutely. Here's what I have:

10 periods total:

7 Dean
2 Nurse
1 Counseling

Let me know if you need anything else. I touched based with ████ last week on her grades, finishing out the school year, and any other support she needed from me. She feels confident she can continue to improve some of her grades before finals. I'm really proud of her-- she is doing a great job despite all that has transpired

Take care!

Best,

Kelly Devitt

Kelly Devitt
Dean of Students Ho-Mc
Varsity Girls Lacrosse Assistant Coach
Cherry Creek High School

7

**CCSD 003035**

**CONFIDENTIAL**

(720) 554-2208



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Sunday, May 8, 2022 8:20 PM
**To:** Devitt, Kelly A <kdevitt@cherrycreekschools.org>
**Subject:** ▮▮▮▮▮▮▮

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello!

I wonder if you might be able to pull for me how many class periods ▮▮▮▮ has spent in your office and also in the nurses office since Jan 20, 2022. I can see absences in powerschool, but not periods where she wasn't marked absent.

I intend to use the information for ▮▮▮▮s victim impact statement for the criminal trial which as begun.

Thank you very much,

▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

CCSD 003036

CONFIDENTIAL

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Uhlig, Kevin T |
| **Sent:** | Monday, July 18, 2022 6:23 PM |
| **To:** | Rinow, Rozann M |
| **Subject:** | FW: Investigation Request |

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
e | kuhlig@cherrycreekschools.org
w | 720.554.2222



**From:** Uhlig, Kevin T
**Sent:** Tuesday, May 31, 2022 8:52 AM
**To:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>;
**Subject:** RE: Investigation Request

Good Morning Ms. ███████,

I spoke with Dean Kelly Devitt and she shared that neither you or █████ provided these details to the school. Based on this information you have provided, you are making new allegations and I would be happy to review it. I would request for you to please submit the full allegations, including any sexual harassment that occurred (or how it started) at CCHS, that you are alleging so that it can be reviewed in its entirety. You may use the Title IX complaint form, or you can send it through e-mail to me.

Based on the new information, it will be reviewed to determine if it rises to the level of sexual harassment in a CCSD location, event, or circumstances over which CCSD exercised substantial control over both the respondent and the context in which the harassment occurred.

Here are some other possible interventions that we could discuss to help support █████ next year:

- Schedules can be changed next year so neither student has classes together. I believe the TPO is still pending a hearing in 2/2023?
- We can stager off periods to prevent interaction.
- Hold a 504 review meeting at the beginning of the year to address other supports such as making scheduled check-ins with █████'s SST
- All of these interventions could be modified or changed as necessary over the summer depending on the information shared, and any information we receive regarding the pending criminal case.

40

CCSD 003079

**CONFIDENTIAL**

You also have the right to file an equity complaint or OCR complaint.

Sincerely,

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
e | kuhlig@cherrycreekschools.org
w | 720.554.2222



**From:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>
**Sent:** Thursday, May 26, 2022 4:03 PM
**To:** ███████████████████████
**Cc:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Subject:** Re: Investigation Request

Yes ma'am, we have shared the new information you have provided. Thank you.

Ryan

Sent from my iPhone

> On May 24, 2022, at 6:50 PM, ████████████████████████████ > wrote:
>
> ┌─────────────────────────────────────────────────────────────────────────┐
> │ CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless │
> │ you recognize the sender and know the content is safe. │
> └─────────────────────────────────────────────────────────────────────────┘
>
> Hello Ryan,
>
> I hope your last week of the school year has gone well.
>
> I email today to ask if you have shared the information that ████ s sexual assault on my daughter
> began on campus? Do I need to file another written IX complaint form to have this investigated? I hope
> you can use my statement to you and the previous form to conduct the investigation.
>
> Thank you in advance for confirming the above.
>
> My best,
> ███████████
> ██████████
>
> On Fri, May 13, 2022 at 3:19 PM Silva, Ryan T <rsilva2@cherrycreekschools.org> wrote:

41

**CCSD 003080**

**CONFIDENTIAL**

Hello Mrs. ███████,

I spoke with Kevin Uhlig regarding the ISMP.  I shared that you told me today that we should have received the ISMP recently.  Kevin and Kelly have confirmed that we have not received the ISMP at this point.  Traditionally, we would receive this information from the courts and that has not happened yet.

I am following up on the other items we discussed.

Best,

Ryan

Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship.  We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

**From:** Ryan Silva <rsilva2@CherryCreekSchools.org>
**Date:** Monday, May 9, 2022 at 3:10 PM
**To:** ███████████████████████████
**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A"
<bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ██████
██████████████████

**Subject:** Re: Investigation Request

Hello Mrs. ███████

42

**CCSD 003081**

I am sorry to hear you have been ill. I hope you are better. My assistant shared we are meeting on Friday at 1:00, however, I did not want you to have to wait until then for me to respond to your questions.

We collect information/statements from the appropriate parties who are involved when investigating a situation similar to ████s. We also work with law enforcement and legal counsel to review the information we collect. We make the Student Support Team (dean, counselor, mental health, nurse, SRO) aware of the case. Additionally, I will communicate district leadership to make them aware of the incident. We follow all policy and law. The more people we involve in the school and outside of the school ensures that we are arriving at the appropriate decision.

We are aware of where the incident took place. Nevertheless, we still make sure that we are exhausting all policy and law that exists so we know if it is applicable to the school setting. That would include that we are following Title IX. You may be aware of changes in Title IX in recent years that requires that access to education is applied to all individuals involved in the situation. That change can make it challenging for all involved.

I am happy to hear that Dean Devitt is being helpful and caring. She is a wonderful dean. I want you to know that we all care about kids. The administrators, deans, counselors, and psychologists went into education so that we can support and help students. None of us want to do wrong by any student or group of students. I have a high school-aged daughter as well and I would expect us to exhaust all tools available to us to support her. I believe we have followed all policy and law in this case that we are required to follow.

I look forward to meeting with you on Friday. You are welcome to bring ████ to the meeting if you feel that would be helpful. I also understand if you decide that it is best for just you and I to meet this time.

Best regards,

Ryan


Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

43

**CCSD 003082**

**CONFIDENTIAL**

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship. We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

**From:** ████████████████████████████

**Date:** Saturday, May 7, 2022 at 1:46 PM

**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>

**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ████████
████████████████████

**Subject:** Re: Investigation Request

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Silva,

Thank you for your timely response. I have been sick with covid the past two weeks, but will schedule a time to meet with you next week.

I would like to understand the investigation process which was followed, and how that is amended or followed up when new information becomes available. When you say "we have also taken appropriate action for a situation like this" I wonder how you define the situation. Does your investigation usually include athletic code and decisions if students are allowed to play sports? When I have asked Mr. Uhlig, he simply says "we are following all policies and procedures" but said the procedures aren't written down when I asked for a copy.

The assault took place off campus, during the school day, which is outside TitleIX. However, the ongoing inability of my daughter to access her education due to ████s presence on campus, particularly in the trainer area where he violated the protection order last week would seem to fall within TItleIX in addition to the legal consequences he will face.

44

CCSD 003083

**CONFIDENTIAL**

What I have learned through this experience is that you have very caring staff in Dean Devitt in the daily interactions with my daughter. However, the school overall is absolutely failing its girls. I am committed to working with you to help make Creek a safer and more supportive learning environment.

I look forward to our meeting next week which I will call on Monday to schedule.

Best,

██████████

On Fri, May 6, 2022 at 1:42 PM Silva, Ryan T <rsilva2@cherrycreekschools.org> wrote:

Hello Mrs. ████████,

We have investigated this matter fully and we will continue to take action within the district policy and the law as any new information comes available to us. In addition to investigating, we have also taken appropriate action for a situation like this. We have partnered with district leadership, legal counsel, and law enforcement to ensure we are taking all appropriate action. Anytime a situation takes place off campus, we want to ensure that we are acting within our jurisdiction. Involving outside parties helps ensure that we are appropriately protecting students.

You indicated that you have information about other children who have been assaulted. I would ask that you share that information with me and/or Greenwood Village Police. I know you do not have a duty to act on information like this as I do or any other school official does, but I think we all have a moral obligation to ensure that children are protected. I have offered to meet with you previously and I will make that offer again if you are most comfortable providing this information in person rather than via email. I truly appreciate you assisting us in advance.

Sincerely,

Ryan

Ryan T. Silva

Principal

45

**CCSD 003084**

**CONFIDENTIAL**

Cherry Creek High School

720-554-2286

As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship.  We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.

**From:** ███████████████████████

**Date:** Thursday, May 5, 2022 at 9:44 AM

**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>

**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ████████████████████

**Subject:** Investigation Request

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Silva,

This email serves as my request to investigate ███████████ 's eligibility to participate in athletics at Cherry Creek High School after he sexually assaulted my daughter on January 19, 2022. Athletic policy JJI-R Interscholastic Athletic Code, Article III of the Constitution and Bylaws of the CHSAA provides in part that: "A student shall be deemed eligible to represent a school in an inter-school activity if such student meets the following specific requirements... b. In the judgment of the principal, the student is representative of the school's ideals in matters of conduct, citizenship, and sportsmanship."

On April 5, 2022, Cherry Creek School District was made aware of criminal charges against ███████ by the District Attorney, case ██████████.

I ask that you take immediate action, because surely, your judgement would not be that a sexual assaulter is representative of the school's ideals as listed above.

I understand that FERPA rules disallow you from sharing disciplinary data about a student, but I ask that you do share in a timely manner with me when you begin and complete the investigative process.

I also want to note my deep concern about the school's football team overall. Since my daughter was sexually assaulted, I have been contacted by other female students who have suffered assaults on and

46

**CCSD 003085**

CONFIDENTIAL

off campus by your football players, as Dean Thomas is well aware. Your swift action will send a much needed message to these boys about their criminal activity.

Sincerely,

47

CCSD 003086

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Uhlig, Kevin T |
| **Sent:** | Monday, July 18, 2022 6:28 PM |
| **To:** | Rinow, Rozann M |
| **Subject:** | FW: Confirm receipt of complaint |

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
e | kuhlig@cherrycreekschools.org
w | 720.554.2222



**From:** Uhlig, Kevin T
**Sent:** Monday, April 11, 2022 5:36 PM
**To:** Davies, Stephanie H <sdavies@cherrycreekschools.org>; Holzfaster, Caitlin R <cholzfaster@cherrycreekschools.org>
**Subject:** FW: Confirm receipt of complaint

For your records as follow up to tonight's e-mail regarding ███████ and ███████████ I wanted to provide you this thread. In addition, we have a 504 Eligibility meeting scheduled for Tues. April 12th for ██

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
e | kuhlig@cherrycreekschools.org
w | 720.554.2222



**From:** Uhlig, Kevin T
**Sent:** Monday, March 21, 2022 7:29 AM
**To:** ███████████
**Cc:** Devitt, Kelly A <kdevitt@cherrycreekschools.org>
**Subject:** RE: Confirm receipt of complaint

2

**CCSD 003096**

**CONFIDENTIAL**

█████should work with her teachers and ask them if there's anything she can do to bring up those grades. Some teachers allow late work to still be turned in for partial credit or students to retake a quiz or exam. But it is up to the teacher and we always encourage the student to initiate those conversations.

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
e | kuhlig@cherrycreekschools.org
w | 720.554.2222



**From:** ████████████████████████
**Sent:** Monday, March 21, 2022 7:26 AM
**To:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Cc:** Devitt, Kelly A <kdevitt@cherrycreekschools.org>
**Subject:** Re: Confirm receipt of complaint

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Apologies for a second email. My husband brought to my attention that █████has two grades which will knock her out of playing JV soccer. Soccer is the only thing keeping her going right now. Any ideas about how she can get English and Spanish up would be especially appreciated.

Please let know at your first convenience our next steps.

Best

████

On Fri, Mar 11, 2022 at 4:52 PM███████████████████████████wrote:

Yes, I would appreciate that. I welcome being part of these meetings or providing any information. I do ask that no one question████about the events of Jan 19th as that is very difficult for her to talk about.

Best

████

On Fri, Mar 11, 2022 at 2:46 PM Uhlig, Kevin T <kuhlig@cherrycreekschools.org> wrote:

Hello,

Thank you for sharing with me the impact████is having from this situation. With your blessing, I'd like Dean Devitt to work with████s Student Support Team (Dean, Counselor, School Psychologist and Nurse) to make sure we have all necessary supports in place, including a potential 504 plan for████

3

CCSD 003097

CCSD Board Policy AC-R-5 and 34 CFR §106.45(b)(3)(i) state that a complaint must be dismissed if it did not occur in a school program or activity. Although the allegation occurred during hours when school was in session, the conduct occurred off campus during an off period when the school would have no control over the environment or the students. Therefore, it does not fall under Title IX. However, if you think this decision has been made in error you may file a complaint with the CCSD Equity Compliance Officer (The Complaint form is available here: https://www.cherrycreekschools.org/Page/2793)

## Legal Resources / Non-Discrimination Policies

Cherry Creek School District is an equal opportunity employer and does not discriminate on the basis of disability, race, ancestry, creed, color, sex/gender, sexual orientation gender identity, religion, age, national origin, marital status, pregnancy status, veteran's status, genetic information, or any other category protected by applicable law, in its employment practices or educational ...

www.cherrycreekschools.org

or with the U.S. Department of Education, Office for Civil Rights, Region VIII, Federal Office Building 1244 North Speer Blvd., Suite #310, Denver, CO 80204 (https://www2.ed.gov/about/offices/list/ocr/complaintprocess.html).

## OCR Complaint Process - ed

Information about the Office for Civil Rights complaint process, guidance for filing a complaint, and forms.

www2.ed.gov

Sincerely,

Kevin T. Uhlig

Assistant Principal

Cherry Creek High School

9300 E. Union Avenue

4

CCSD 003098

**CONFIDENTIAL**

Greenwood Village, CO 80111

e | kuhlig@cherrycreekschools.org

w | 720.554.2222



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, March 11, 2022 12:46 PM
**To:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Cc:** Devitt, Kelly A <kdevitt@cherrycreekschools.org>
**Subject:** Re: Confirm receipt of complaint

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Thank you for your email. It is my understanding that although not on school grounds, because it occurred during the school day between students, it would be considered under Title IX.

Please provide information about how my daughter may receive needed accommodations. As Dean DeVitt will share, ▮▮▮▮▮ spends part of many days in her office , unable to go to class. She is failing two classes, suffers fainting, panic , inability to concentrate and vomiting because she is attending a school with her sexual abuser. The abuser attends CCHS though it is not his neighborhood school. Is there a process to rescind his approval of choosing in to Creek due to this sexual abuse?

Any resources or accommodations to ensure my child is able to receive an education? Currently she does not have equal access to an education.

Thank you

CCSD 003099

CONFIDENTIAL

██████

On Fri, Mar 11, 2022 at 12:37 PM Uhlig, Kevin T <kuhlig@cherrycreekschools.org> wrote:

Good afternoon,

Because the conduct did not occur in a school program or activity, this would not be a Title IX violation. For your records, I have attached the Notice of Dismissal of Complaint form.

If a disclosure like this is made at school to a Cherry Creek School District employee, the CCSD employee must make a mandatory report to law enforcement or the Department of Human Services. Cherry Creek High School will not make an additional report, as I have confirmed with both Dean Devitt and the Greenwood Village Police Department that there is an active police report regarding your claim .

Thank you for dropping off the current protection order to Dean Devitt. Please let us know if there is anything further we can do to support ████ in accessing her education. Dean Devitt is an excellent resource if ████ ever feels unsafe or needs support at school.

Sincerely,

Kevin T. Uhlig
Assistant Principal
Cherry Creek High School
9300 E. Union Avenue
Greenwood Village, CO 80111
e  | kuhlig@cherrycreekschools.org
w | 720.554.2222

-----Original Message-----
From: ███████████████
Sent: Thursday, March 10, 2022 5:14 PM
To: Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
Subject: Confirm receipt of complaint

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Mr. Kuhlig,

Today I left a formal Title IX complaint form with your staff. Would you please confirm you received and what the next steps will be.

Best,

███████████

6

CCSD 003100

CONFIDENTIAL



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, June 29, 2022 12:39 PM
**To:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Cc:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>; Wilkins, Jason R <jwilkins10@CherryCreekSchools.org>; Thomas, Brynn A <bthomas22@cherrycreekschools.org>; ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Investigation Request

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hello Mr. Uhlig,

Today we had a court date for ▮▮▮▮▮▮, the assault by ▮▮▮▮▮▮▮▮ on my daughter. I asked the Magistrate about the ISMP progress, and she stated that this is **initiated and completed by a school district** based upon the criminal protection order in order to keep the youth charged with a sexual offense and other students safe.

I ask that you research the Individual Student Management Plan - I have attached a sample form from the Mapleton SD, which the Victim Advocate in DA18 shared with me. I have also attached an email from May 12, 2022 in which Dean Devitt shares that you are the ISMP coordinator. If this is not correct, and I should contact someone else, please let me know.

It is vital that the ISMP be completed before the start of the school year, as we received confirmation today from his attorney that ▮▮▮▮▮▮▮ will attend CCHS for the 2022-23 school year. The court also assigned a GAL for ▮▮▮▮ today. I understand that the contents of the ISMP are private, but I do ask for confirmation that it is complete.

I will send a new Title IX complaint form in a separate email.

16

CCSD 003106

**CONFIDENTIAL**

Thank you for your attention to this matter.



On Fri, May 13, 2022 at 3:36 PM Uhlig, Kevin T <kuhlig@cherrycreekschools.org> wrote:

Hello Ms. ███

What you've provided is not an ISMP, this appears to be an updated Protection Order from Arapahoe County?

**Kevin T. Uhlig**

**Assistant Principal**

*Cherry Creek High School*

*9300 E. Union Avenue*

*Greenwood Village, CO 80111*

**e** | kuhlig@cherrycreekschools.org

**w** | 720.554.2222



**From:** ███
**Sent:** Friday, May 13, 2022 3:28 PM
**To:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>
**Cc:** Wilkins, Jason R <jwilkins10@CherryCreekSchools.org>; Thomas, Brynn A <bthomas22@cherrycreekschools.org>; Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>; ███
**Subject:** Re: Investigation Request

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

17

**CCSD 003107**

**CONFIDENTIAL**

Thank you again for sharing your time with me. Please see attached document. I look forward to next steps early next week.

Best,

███████

On May 13, 2022, at 3:19 PM, Silva, Ryan T <rsilva2@cherrycreekschools.org> wrote:

Hello Mrs. ██████

I spoke with Kevin Uhlig regarding the ISMP. I shared that you told me today that we should have received the ISMP recently. Kevin and Kelly have confirmed that we have not received the ISMP at this point. Traditionally, we would receive this information from the courts and that has not happened yet.

I am following up on the other items we discussed.

Best,

Ryan

Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship. We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

18

**CCSD 003108**

CONFIDENTIAL

**From:** Ryan Silva <rsilva2@CherryCreekSchools.org>
**Date:** Monday, May 9, 2022 at 3:10 PM
**To:** ███████████████████████████
**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ███████
███████████████

**Subject:** Re: Investigation Request

Hello Mrs. ████████

I am sorry to hear you have been ill. I hope you are better. My assistant shared we are meeting on Friday at 1:00, however, I did not want you to have to wait until then for me to respond to your questions.

We collect information/statements from the appropriate parties who are involved when investigating a situation similar to ███████. We also work with law enforcement and legal counsel to review the information we collect. We make the Student Support Team (dean, counselor, mental health, nurse, SRO) aware of the case. Additionally, I will communicate district leadership to make them aware of the incident. We follow all policy and law. The more people we involve in the school and outside of the school ensures that we are arriving at the appropriate decision.

We are aware of where the incident took place. Nevertheless, we still make sure that we are exhausting all policy and law that exists so we know if it is applicable to the school setting. That would include that we are following Title IX. You may be aware of changes in Title IX in recent years that requires that access to education is applied to all individuals involved in the situation. That change can make it challenging for all involved.

I am happy to hear that Dean Devitt is being helpful and caring. She is a wonderful dean. I want you to know that we all care about kids. The administrators, deans, counselors, and psychologists went into education so that we can support and help students. None of us want to do wrong by any student or group of students. I have a high school-aged daughter as well and I would expect us to exhaust all tools available to us to support her. I believe we have followed all policy and law in this case that we are required to follow.

19

CCSD 003109

**CONFIDENTIAL**

I look forward to meeting with you on Friday. You are welcome to bring ███ to the meeting if you feel that would be helpful. I also understand if you decide that it is best for just you and I to meet this time.

Best regards,

Ryan

Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship. We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

**From:** ████████████████████
**Date:** Saturday, May 7, 2022 at 1:46 PM
**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>
**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ████████
████████████████████

**Subject:** Re: Investigation Request

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Silva,

20

CCSD 003110

**CONFIDENTIAL**

Thank you for your timely response. I have been sick with covid the past two weeks, but will schedule a time to meet with you next week.

I would like to understand the investigation process which was followed, and how that is amended or followed up when new information becomes available. When you say "we have also taken appropriate action for a situation like this" I wonder how you define the situation. Does your investigation usually include athletic code and decisions if students are allowed to play sports? When I have asked Mr. Uhlig, he simply says "we are following all policies and procedures" but said the procedures aren't written down when I asked for a copy.

The assault took place off campus, during the school day, which is outside TitleIX. However, the ongoing inability of my daughter to access her education due to ▇▇▇ presence on campus, particularly in the trainer area where he violated the protection order last week would seem to fall within TItleIX in addition to the legal consequences he will face.

What I have learned through this experience is that you have very caring staff in Dean Devitt in the daily interactions with my daughter. However, the school overall is absolutely failing its girls. I am committed to working with you to help make Creek a safer and more supportive learning environment.

I look forward to our meeting next week which I will call on Monday to schedule.

Best,

▇▇▇

On Fri, May 6, 2022 at 1:42 PM Silva, Ryan T <rsilva2@cherrycreekschools.org> wrote:

Hello Mrs. ▇▇▇

We have investigated this matter fully and we will continue to take action within the district policy and the law as any new information comes available to us. In addition to investigating, we have also taken appropriate action for a situation like this. We have partnered with district leadership, legal counsel, and law enforcement to ensure we are taking all appropriate action. Anytime a situation takes place off campus, we want to ensure that we are acting within our jurisdiction. Involving outside parties helps ensure that we are appropriately protecting students.

21

CCSD 003111

**CONFIDENTIAL**

You indicated that you have information about other children who have been assaulted. I would ask that you share that information with me and/or Greenwood Village Police. I know you do not have a duty to act on information like this as I do or any other school official does, but I think we all have a moral obligation to ensure that children are protected. I have offered to meet with you previously and I will make that offer again if you are most comfortable providing this information in person rather than via email. I truly appreciate you assisting us in advance.

Sincerely,

Ryan

Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship. We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

**From:** █████████████████████████
**Date:** Thursday, May 5, 2022 at 9:44 AM
**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>
**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, █████████████████████████

**Subject:** Investigation Request

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Silva,

22

**CCSD 003112**

**CONFIDENTIAL**

This email serves as my request to investigate ████████ eligibility to participate in athletics at Cherry Creek High School after he sexually assaulted my daughter on January 19, 2022. Athletic policy JJI-R Interscholastic Athletic Code, Article III of the Constitution and Bylaws of the CHSAA provides in part that: "A student shall be deemed eligible to represent a school in an inter-school activity if such student meets the following specific requirements... b. In the judgment of the principal, the student is representative of the school's ideals in matters of conduct, citizenship, and sportsmanship."

On April 5, 2022, Cherry Creek School District was made aware of criminal charges against ████████ by the District Attorney, case ████████.

I ask that you take immediate action, because surely, your judgement would not be that a sexual assaulter is representative of the school's ideals as listed above.

I understand that FERPA rules disallow you from sharing disciplinary data about a student, but I ask that you do share in a timely manner with me when you begin and complete the investigative process.

I also want to note my deep concern about the school's football team overall. Since my daughter was sexually assaulted, I have been contacted by other female students who have suffered assaults on and off campus by your football players, as Dean Thomas is well aware. Your swift action will send a much needed message to these boys about their criminal activity.


Sincerely,

**CCSD 003113**

## Holly Ortiz

| | |
|---|---|
| **From:** | McKenzie, Sonja S <smckenzie3@cherrycreekschools.org> |
| **Sent:** | Friday, September 27, 2024 9:56 AM |
| **To:** | Holly Ortiz |
| **Subject:** | FW: Informed Supervision Question |

████████████████████

Sonja S. McKenzie
General Counsel
Office of Legal Resources
Cherry Creek School District No. 5
4700 S. Yosemite St.
Greenwood Village, CO 80111
(720) 554-4251
smckenzie3@cherrycreekschools.org

---

**From:** Casie Youngberg <cyoungberg@bmalawco.com>
**Sent:** Monday, October 24, 2022 2:46 PM
**To:** McKenzie, Sonja S <smckenzie3@cherrycreekschools.org>
**Cc:** Rinow, Rozann M <rrinow@cherrycreekschools.org>
**Subject:** RE: Informed Supervision Question

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Sonja,

I am sorry but I don't have any information. The court dismissed me from the case on 8/11 so I am not sure what the status is.

Casie Youngberg
Guardian *ad Litem*
BETTENBERG, MAGUIRE & ASSOCIATES, LLC
7009 S. Potomac Street, Suite 220
303-887-0016- Cell
303-952-4949- Office
303-496-0531- Fax
cyoungberg@bmalawco.com

---

**From:** McKenzie, Sonja S <smckenzie3@cherrycreekschools.org>
**Sent:** Monday, October 24, 2022 2:40 PM
**To:** Casie Youngberg <cyoungberg@bmalawco.com>

1

CCSD 003509

**Cc:** Rinow, Rozann M <rrinow@cherrycreekschools.org>
**Subject:** RE: Informed Supervision Question

Casie –

The District has received information that ▮▮▮▮ entered a plea in the criminal case. Is that accurate? Is there any information you can share with me about the details of the plea?

Sonja S. McKenzie
General Counsel
Office of Legal Resources
Cherry Creek School District No. 5
4700 S. Yosemite St.
Greenwood Village, CO 80111
(720) 554-4251
smckenzie3@cherrycreekschools.org

---

**From:** McKenzie, Sonja S <smckenzie3@cherrycreekschools.org>
**Sent:** Thursday, July 28, 2022 9:57 AM
**To:** Casie Youngberg <cyoungberg@bmalawco.com>
**Cc:** Rinow, Rozann M <rrinow@cherrycreekschools.org>
**Subject:** Re: Informed Supervision Question

As indicated previously, there already was a plan to enforce the civil protection order. We do not have a copy of the criminal protection order and it's a juvenile case, so I can't access it. If you can get me a copy of the criminal protection order that would be helpful. It is my understanding that they do not have any classes together in the fall. It is also my understanding that the two alleged violations (which the DA declined to prosecute) happened in the training room. To my knowledge, neither incident was reported to school staff. It was only reported to the police. It would be helpful to CCSD if Ms. ▮▮▮ would report these incidents to the trainer, her Dean, or another trusted CCSD staff member. We can't enforce a protective order when we are not apprised that there is a problem. Thus, it is imperative that she communicates with school staff. Both students have a right to access that room as athletes who may need services from the trainer. However, I have asked the school to work with the trainer (who is not a CCSD employee - he is a contract employee through UC Health) to ensure that these two students stay apart if they seek services at the same time. I would note that in both alleged violations, per the timeline in the police reports, ▮▮▮ was already in the training room when Ms. ▮▮▮ came in. If someone from our team needs to explain to the court how these matters are handled - whether there are protective orders, ISMPs, or no contact contracts, we can do that.

Sonja S. McKenzie

General Counsel

Office of Legal Resources

Cherry Creek School District No. 5

4700 S. Yosemite St.

CCSD 003510

Greenwood Village, CO 80111

(720) 554-4251

smckenzie3@cherrycreekschools.org

---

**From:** Casie Youngberg <cyoungberg@bmalawco.com>
**Sent:** Wednesday, July 27, 2022 11:45 AM
**To:** McKenzie, Sonja S <smckenzie3@cherrycreekschools.org>
**Cc:** Rinow, Rozann M <rrinow@cherrycreekschools.org>
**Subject:** RE: Informed Supervision Question

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Just following up on this. We had court this morning and the judge basically said they don't care what the language is if it's and ISMP, safety plan, or what, they just want some assurance that the protection orders are being enforced with school starting up and ensuring there is some plan around that with them not having class together, not ending up running into each other in the hall etc. The case appears to be close to adjudication so hopefully things will be more resolved soon. Can you confirm that there is a plan to enforce the protection order in place, or will be one before school starts?

Thanks,

Casie Youngberg
Guardian *ad Litem*
BETTENBERG, MAGUIRE & ASSOCIATES, LLC
7009 S. Potomac Street, Suite 220
303-887-0016- Cell
303-952-4949- Office
303-496-0531- Fax
cyoungberg@bmalawco.com

---

**From:** Casie Youngberg
**Sent:** Friday, July 15, 2022 1:26 PM
**To:** McKenzie, Sonja S <smckenzie3@cherrycreekschools.org>
**Cc:** Rinow, Rozann M <rrinow@cherrycreekschools.org>
**Subject:** RE: Informed Supervision Question

Hello,

Thank you for that information. I was only recently assigned and only have the information that was given to the court by the alleged victim's mom which was that violations of the protection order were happening at

**CCSD 003511**

3

school and the school was refusing to put in an ISMP. Victim's mom reported that they continue to be on school grounds because they are both on school sports teams and training. The police and DA were aware but didn't appear to be taken steps and it was ███s attorney's understanding that law enforcement disagreed that what was being reported was an actual violation or wasn't believable for whatever reason and wasn't pursuing any violations of the protection order at this time.

I've reached out to the victim's advocate to see if they can confirm whether she is on school grounds this summer and haven't heard back. Its my understanding ███ is still on campus to train for football this summer.

Do you know if the no contact agreement was declined by the alleged victim?

I will let the court know that it's the school's position that it is inappropriate to put an ISMP in place pre-adjudication. It's my understanding that different districts take different positions on that but bottom line I think the court is just looking for some sort of safety plan or assurance that the school is aware of the situation and eyes are being kept on ███ while he is at school with the alleged victim.

It's a state charge, Class 1 Misdemeanor.

Thanks,

Casie Youngberg
Guardian *ad Litem*
BETTENBERG, MAGUIRE & ASSOCIATES, LLC
7009 S. Potomac Street, Suite 220
303-887-0016- Cell
303-952-4949- Office
303-496-0531- Fax
cyoungberg@bmalawco.com

From: McKenzie, Sonja S <smckenzie3@cherrycreekschools.org>
Sent: Friday, July 15, 2022 12:34 PM
To: Casie Youngberg <cyoungberg@bmalawco.com>
Cc: Rinow, Rozann M <rrinow@cherrycreekschools.org>
Subject: Re: Informed Supervision Question

The primary administrator involved in this matter is out this week. To my knowledge, the school is aware of the protective order and has been enforcing it. However, school is out for the summer. The two students do not have any classes together. The school does not have any evidence that the protective order is being violated at school (to my knowledge). If something has occurred, it has not been brought to our attention. Do you have any more specifics about the alleged violation? When and where did it occur? During what period of the day? At what location? On school grounds or off school grounds? We do not enforce protective orders off school grounds. The alleged assault in question was off of school grounds.

It is also my understanding that a no contract agreement was also offered, but declined

CCSD 003512

4

Is this a municipal charge?  Does that judge understand that ISMPs are only used post-adjudication?

Also, it would be typical practice for us to advise a victim to contact the police if there is a violation of a protective order.  Was a report made to the police about this alleged violation?  Did the police investigate?

Sonja S. McKenzie
General Counsel
Office of Legal Resources
Cherry Creek School District No. 5
4700 S. Yosemite St.
Greenwood Village, CO 80111
(720) 554-4251
smckenzie3@cherrycreekschools.org

---

**From:** Casie Youngberg <cyoungberg@bmalawco.com>
**Sent:** Thursday, July 14, 2022 5:00 PM
**To:** McKenzie, Sonja S <smckenzie3@cherrycreekschools.org>
**Cc:** Rinow, Rozann M <rrinow@cherrycreekschools.org>
**Subject:** RE: Informed Supervision Question

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Sonja that answers my question. I was appointed as the Guardian *ad Litem* for ██████████. The court asked me to help make sure an ISMP was in place due to allegations that the protection order was not being followed by ████ on school grounds with regards to the alleged victim in our case ████████████ Its my understanding from the parents that the school is aware of the protection order, are you able to confirm that that is the case? Is the school implementing that protection order?

Casie Youngberg
Guardian *ad Litem*
BETTENBERG, MAGUIRE & ASSOCIATES, LLC
7009 S. Potomac Street, Suite 220
303-887-0016- Cell
303-952-4949- Office
303-496-0531- Fax
cyoungberg@bmalawco.com

---

**From:** McKenzie, Sonja S <smckenzie3@cherrycreekschools.org>
**Sent:** Thursday, July 14, 2022 12:22 PM
**To:** Casie Youngberg <cyoungberg@bmalawco.com>
**Cc:** Rinow, Rozann M <rrinow@cherrycreekschools.org>
**Subject:** RE: Informed Supervision Question

Your inquiry was forwarded to me for a response.  Please identify who you are representing as a guardian ad litem as that information is not contained in your email below.

5

**CCSD 003513**

ISMPs are a tool used to manage/monitor behavior for "juveniles who have committed sexual offenses" per the statutory requirements of C.R.S. 16-11.7.103. The term "juvenile who has committed sexual offenses" is expressly defined in C.R.S. 16-11.7-102(1.5) as a juvenile who has been adjudicated. Given these statutory parameters, it would be inappropriate to implement an ISMP pre-adjudication. Thus, the District is following the statutory parameters for ISMPs.

However, other strategies can be used by schools to manage behavior pre-adjudication. Those include no contact agreements between an alleged perpetrator and an alleged victim initiated by the school. In some cases, the Court may issue a protection order between the parties, which the school can implement during the school day.

Please let me know if you have further questions in light of the foregoing.

Sonja S. McKenzie
General Counsel
Office of Legal Resources
Cherry Creek School District No. 5
4700 S. Yosemite St.
Greenwood Village, CO 80111
(720) 554-4251
smckenzie3@cherrycreekschools.org

**From:** Casie Youngberg <cyoungberg@bmalawco.com>
**Sent:** Tuesday, July 12, 2022 10:47 AM
**To:** Rinow, Rozann M <rrinow@cherrycreekschools.org>
**Subject:** Informed Supervision Question

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

I am just trying to confirm whether the report from an alleged vicitm's mom that Cherry Creek High School's position is that they do not put in place an ISMP for an alleged perpetrator of unwanted sexual contact for which there is a pending criminal case, while that case is pre-adjudication, is accurate.

Thanks,

Casie Youngberg
Guardian *ad Litem*
BETTENBERG, MAGUIRE & ASSOCIATES, LLC
7009 S. Potomac Street, Suite 220
303-887-0016- Cell

6

CCSD 003514

303-952-4949- Office
303-496-0531- Fax
cyoungberg@bmalawco.com

CCSD 003515

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | ▆▆▆▆▆▆▆▆▆▆▆▆ |
| **Sent:** | Thursday, March 3, 2022 10:07 PM |
| **To:** | Johnson, Krishelle R; ▆▆▆▆▆▆ |
| **Cc:** | ▆▆▆▆▆▆ |
| **Subject:** | Re: Grade Concern |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

,

You need to take advantage of these resources and get your grades up.

Sent from my iPad

> On Mar 2, 2022, at 2:43 PM, Johnson, Krishelle R <kjohnson2@cherrycreekschools.org> wrote:

> Hi

> I am just checking in on your progress in English 9 Honors and Spanish 2. It looks like you are struggling right now. Do you have a plan for these classes? Let me know how I can help, and see the resources below. 😊

> Shelly Johnson, Counselor

> Dear Student and Parent/Guardian,

> We are now over 8 weeks into the spring semester and I am hoping you have been checking PowerSchool to view your attendance, grades and assignments. Based on your recent grade report, I have concerns about your current progress.

> There are great resources in place to support students if you feel that you would benefit from academic help. In addition to meeting with your teacher(s) during your off periods, you may also want to consider:

> - Discuss the possibility of submitting any missing assignments with your teachers.
> - Meet with NHS tutors, available in the Library afterschool Monday – Thursday from 3:30 p.m. to 4:30 p.m. and online Sunday – Thursday 7 p.m. – 8 p.m. Click here for more information.
> - Go see Peer Ambassadors for help with tutoring, organization and more. Peers are available every period in the Counseling Office IC 710.
> - Ask your teachers if there are free drop-in tutoring opportunities offered in their department (math, world language, science, etc.) Some departments have weekly free

2

**CCSD 004008**

**CONFIDENTIAL**

sessions during off periods or after school for students of all levels to stop in for extra help Click here for more information.

➢ You can also ask a counselor for a list of private tutors and academic coaches in the area.

For concerns about courses taken through CCIC, Cherry Creek Elevation, or Night School, please contact those instructors directly.

If you believe that attending summer school would be beneficial, registration and more information should be available after Spring Break.  Click here to learn more about in person and online options.

***If I can be of help to you, please come to see me when I am on call (3/4 during periods 4, 5, and 6), or come into Counseling On Call (Periods 4, 5 or 6) any day to discuss your progress in classes with the counselor on duty.***

The 3ʳᵈ quarter can be the toughest quarter for many students to stay engaged with classes and keep their efforts going.  Hang in there!  Spring Break will be here soon and then we will be on the home stretch!

Shelly Johnson, Counselor
Cherry Creek High School
720-554-2250
Students, please click here to schedule a meeting with Ms. Johnson

3

CCSD 004009

CONFIDENTIAL

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Uhlig, Kevin T |
| **Sent:** | Monday, July 18, 2022 6:25 PM |
| **To:** | Rinow, Rozann M |
| **Subject:** | FW: Investigation Request |

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
e | kuhlig@cherrycreekschools.org
w | 720.554.2222



**From:** Uhlig, Kevin T
**Sent:** Saturday, May 7, 2022 4:19 PM
**To:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>
**Subject:** FW: Investigation Request

The "training" area is a source of contention for ▮▮▮▮ and now ▮▮▮▮▮▮▮

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
e | kuhlig@cherrycreekschools.org
w | 720.554.2222



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Saturday, May 7, 2022 1:47 PM
**To:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>
**Cc:** Wilkins, Jason R <jwilkins10@CherryCreekSchools.org>; Thomas, Brynn A <bthomas22@cherrycreekschools.org>;
Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>; ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Investigation Request

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

17

CCSD 004599

**CONFIDENTIAL**

Dear Mr. Silva,

Thank you for your timely response. I have been sick with covid the past two weeks, but will schedule a time to meet with you next week.

I would like to understand the investigation process which was followed, and how that is amended or followed up when new information becomes available. When you say "we have also taken appropriate action for a situation like this" I wonder how you define the situation. Does your investigation usually include athletic code and decisions if students are allowed to play sports? When I have asked Mr. Uhlig, he simply says "we are following all policies and procedures" but said the procedures aren't written down when I asked for a copy.

The assault took place off campus, during the school day, which is outside TitleIX. However, the ongoing inability of my daughter to access her education due to ▇▇▇▇ presence on campus, particularly in the trainer area where he violated the protection order last week would seem to fall within TItleIX in addition to the legal consequences he will face.

What I have learned through this experience is that you have very caring staff in Dean Devitt in the daily interactions with my daughter. However, the school overall is absolutely failing its girls. I am committed to working with you to help make Creek a safer and more supportive learning environment.

I look forward to our meeting next week which I will call on Monday to schedule.

Best,

▇▇▇▇▇▇

On Fri, May 6, 2022 at 1:42 PM Silva, Ryan T <rsilva2@cherrycreekschools.org> wrote:

Hello Mrs. ▇▇▇▇ ,


We have investigated this matter fully and we will continue to take action within the district policy and the law as any new information comes available to us.  In addition to investigating, we have also taken appropriate action for a situation like this.  We have partnered with district leadership, legal counsel, and law enforcement to ensure we are taking all appropriate action.  Anytime a situation takes place off campus, we want to ensure that we are acting within our jurisdiction.  Involving outside parties helps ensure that we are appropriately protecting students.


You indicated that you have information about other children who have been assaulted.  I would ask that you share that information with me and/or Greenwood Village Police.  I know you do not have a duty to act on information like this as I do or any other school official does, but I think we all have a moral obligation to ensure that children are protected.  I have offered to meet with you previously and I will make that offer again if you are most comfortable providing this information in person rather than via email.  I truly appreciate you assisting us in advance.


Sincerely,

Ryan

18

CCSD 004600

CONFIDENTIAL

Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship.  We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

**From:** █████████████████████████████

**Date:** Thursday, May 5, 2022 at 9:44 AM

**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>

**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, █████████

█████████████

**Subject:** Investigation Request

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Silva,

This email serves as my request to investigate █████████ eligibility to participate in athletics at Cherry Creek High School after he sexually assaulted my daughter on January 19, 2022. Athletic policy JJI-R Interscholastic Athletic Code, Article III of the Constitution and Bylaws of the CHSAA provides in part that: "A student shall be deemed eligible to represent a school in an inter-school activity if such student meets the following specific requirements... b. In the judgment of the principal, the student is representative of the school's ideals in matters of conduct, citizenship, and sportsmanship."

On April 5, 2022, Cherry Creek School District was made aware of criminal charges against █████████ by the District Attorney, case █████████.

I ask that you take immediate action, because surely, your judgement would not be that a sexual assaulter is representative of the school's ideals as listed above.

I understand that FERPA rules disallow you from sharing disciplinary data about a student, but I ask that you do <u>share in a timely manner with me when you begin and complete the investigative process.</u>

19

CCSD 004601

**CONFIDENTIAL**

I also want to note my deep concern about the school's football team overall. Since my daughter was sexually assaulted, I have been contacted by other female students who have suffered assaults on and off campus by your football players, as Dean Thomas is well aware. Your swift action will send a much needed message to these boys about their criminal activity.

Sincerely,

████████████

███████████████

█████████

20

CCSD 004602

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Uhlig, Kevin T |
| **Sent:** | Friday, October 29, 2021 8:28 AM |
| **To:** | Chambers, Jorsua D;Devitt, Kelly A;Blaser, Craig M |
| **Cc:** | Weber, Jamie M;Deans 21-22 |
| **Subject:** | RE: Tokyo Joes |

If we can get student names or student picture identification, the deans will address it.

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
**e** | kuhlig@cherrycreekschools.org
**w** | 720.554.2222



**From:** Chambers, Jorsua D <jchambers@cherrycreekschools.org>
**Sent:** Friday, October 29, 2021 8:18 AM
**To:** Devitt, Kelly A <kdevitt@cherrycreekschools.org>; Blaser, Craig M <cblaser@cherrycreekschools.org>
**Cc:** Weber, Jamie M <jweber4@CherryCreekSchools.org>; Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>; Deans 21-22 <Deans21-22@cherrycreekschoolsorg.onmicrosoft.com>
**Subject:** Re: Tokyo Joes

I visit toyko Joe one or twice a week for the same reason. I already talk to the Manager; people call her Z, I think. She has My cell phone number. I told her to call me or text if the kids or student give her any Problem.

Thank you
Jorsua Chambers

**From:** Devitt, Kelly A <kdevitt@cherrycreekschools.org>
**Sent:** Thursday, October 28, 2021 8:01 PM
**To:** Blaser, Craig M <cblaser@cherrycreekschools.org>
**Cc:** Weber, Jamie M <jweber4@CherryCreekSchools.org>; Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>; Deans 21-22 <Deans21-22@cherrycreekschoolsorg.onmicrosoft.com>; Chambers, Jorsua D <jchambers@cherrycreekschools.org>
**Subject:** Re: Tokyo Joes

This is ridiculous. I don't disagree with Ryan's point of putting these underclassmen on notice. Going off campus is a privilege !

Kelly Devitt
Dean of Students Ho-Mc
Varsity Assistant Girls Lacrosse Coach
Cherry Creek High School

1

**CCSD 005391**

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Uhlig, Kevin T |
| **Sent:** | Thursday, April 21, 2022 8:23 AM |
| **To:** | Davies, Stephanie H;Holzfaster, Caitlin R |
| **Cc:** | Silva, Ryan T;Jaeger, Julie L |
| **Subject:** | ████████████ |
| **Attachments:** | 20220429 Uhlig Expulsion Request.docx; ███████ PO 2022.pdf; ███ - DA Notification.pdf |

Hello Stephanie,

My last response to Ms. ██████ (MOC of ███████████) was on 4/12/22 and she responded on 4/20/22.

Please see Ms. ███████s attached expulsion request letter that she e-mailed me on 4/20/22. I will also forward you an e-mail she sent to Ryan Silva lastnight. She essentially wants ██████ to return to his homeschool or be expelled. I've included the DA Notification and PO as a reminder of this case.

I honestly don't know what more can be said at this point? I believe we've shared everything we can and tried to answer all of Ms. ████████ questions:

- We've communicated with MOC and student on multiple occasions via phone call and e-mail
- We've told MOC that this isn't a Title IX because it didn't occur on campus
- We've notified both families about the PO, I also called ██████'s mother on 4/11 to let her know that the school was made aware of the charges of (M1) Sexual Contact-No Consent
- The alleged victim checks in daily with her Dean
- Both Student Support Teams are in the loop about both the alleged perp and victim and their parameters
- Neither student is in a class together and we've made sure they aren't together next year as well
- We completed a 504 for ████ to help support the concerns that Ms. ██████ has brought to our attention
- We've shared with Ms. ██████ that we've received zero reports from her daughter related to issues with ████ at school or violations of the PO
- Neither Alleged Perp or Victim has asked for a no-contact order, the school hasn't offering/demanded a Non-Contract order because we feel the PO is equally as effective
- Due to the fact that this occurred off-campus, there aren't witnesses, law enforcement was made aware first by alleged victims family and ██████ hasn't wanted to talk about it with her dean, CCHS hasn't provided consequence to either student. ████ talks with her Dean on a daily bases.
- MOC wants ██████ expelled and/or sent back to his home school. I've shared that we won't discuss another students discipline or status, I've also shared with MOC that students charged with a crime are presumed innocent until the resolution of those charges.

Can you please provide guidance on how I should respond to the attached letter from Ms. ██████?


**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*

1

**CCSD 005718**

**CONFIDENTIAL**

9300 E. Union Avenue
Greenwood Village, CO 80111
e | kuhlig@cherrycreekschools.org
w | 720.554.2222



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Wednesday, April 20, 2022 6:30 PM
**To:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Subject:** Re: Follow up from our 4/12 conversation

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Uhlig,

Thank you for this email, which I can assume was co-authored by district counsel. I find it tone deaf that you suggest that the responsibility lies with ▮▮▮ to talk with the Dean to report every time she feels unsafe, rather than with ▮▮▮ who attacked her.

Please see my attached request for action and an update. I am happy to meet directly with counsel as needed. ▮▮▮ having three more years of school with a sexual assaulter who choiced into the school is not acceptable.

I look forward to your timely response.
Best, ▮▮▮

On Tue, Apr 12, 2022 at 9:24 PM Uhlig, Kevin T <kuhlig@cherrycreekschools.org> wrote:

> Hello Ms. ▮▮▮
>
> I'm happy we had an opportunity to talk today. It sounded like todays 504 went well? I wanted to follow up with you to provide documentation from our conversation as well as provide additional information.
>
> Moving forward, I encourage ▮▮▮ to report to Dean Devitt anything related to this case! If there is anything impacts ▮▮▮'s ability to access her education or makes her feel unsafe at school, she should share it with Dean Devitt. Although a parent can always notify the school, we need to hear it from the student. You are welcome to be a part of those conversation, but ▮▮▮ writing a statement for Dean Devitt is the appropriate and best way for us to address situations.

**CCSD 005719**

As we discussed, student information is confidential, and we cannot share the discipline of another student, and we cannot speculate or discuss possible policy applications to another student. CCHS will continue to partner with GVPD and the DA's office to obtain the current status on this case.

We will work with you and ▇ to address needs and to determine supports that may be appropriate. Such, as no-contact contracts, check-ins, identifying a safe adult, or other measures that can ensure ▇ can access the learning environment. For example, Dean Devitt notified the Registrars office to make sure that ▇ doesn't have classes with young man next school year. ▇ needs to immediately report to an adult (preferably Dean Devitt) if this student ever violates the protection order at school or at a school sponsored events.

Expulsion is not our only option for addressing student behavior, and expulsions are always discretionary (unless there is a gun at school). In looking at appropriate discipline, we are required by law to take in several factors to address whether expulsion, as the last resort and most severe form of punishment, is appropriate.

The policy shared (JKD-1) does identify students conduct can be determined to be detrimental to the welfare of students warranting expulsion. However, it is discretionary depending on the facts and circumstances. Further, the policy lists a specific statutory provision C.R.S. 18-3-411. Those crimes are some of the worst sexual offenses, but do not encompass all sexual offenses, and therefore, not all sexual offenses meet that policy.

Further, CCHS takes information related to criminal charges seriously and addresses whether action by the school is necessary and appropriate. However, CCHS must apply Board policies and the student code of conduct in addressing conduct. Cherry Creek School District Schools do not only follow criminal charges, because students charged with a crime are presumed innocent until the resolution of those charges. Further, school discipline requires a lesser standard of preponderance of the evidence (as opposed to beyond a reasonable doubt) because of the role schools play and the limitation on school's authority in relation to student's rights (Schools cannot deprive students of their liberty interest (jail), we can only kick kids out (expulsion) ). Therefore, the school must have the ability to make determinations separately from criminal and judicial proceedings.

I hope this information is helpful. Please let me know if you have questions.

Sincerely,

3

**CCSD 005720**

**Kevin T. Uhlig**

**Assistant Principal**

*Cherry Creek High School*

*9300 E. Union Avenue*

*Greenwood Village, CO 80111*

e | kuhlig@cherrycreekschools.org

w | 720.554.2222



**CCSD 005721**

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Uhlig, Kevin T |
| **Sent:** | Thursday, October 28, 2021 5:40 PM |
| **To:** | Silva, Ryan T;Webb, Sharon K |
| **Cc:** | Chambers, Jorsua D |
| **Subject:** | RE: Tokyo Joes |

Hello,

I've told the deans that whenever we can determine who acted in this manner off-campus that we will revoke off-campus privileges.

I've asked Jorsua to visit the Tokyo Joes management tomorrow and let them know this isn't behavior we expect from our students and that whenever they have names/video to call us. Jorsua will encourage TJ's to call GVPD moving forward or deny service.

I love your idea of closing campus P4 and P6, it's never been done, but I think starting with a verbal warning to the student body will buy us some time to work through the plan.

Thanks,

Kevin

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
**e** | kuhlig@cherrycreekschools.org
**w** | 720.554.2222



**From:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>
**Sent:** Wednesday, October 27, 2021 3:47 PM
**To:** Webb, Sharon K <swebb4@cherrycreekschools.org>; Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Subject:** Re: Tokyo Joes

Thank you Sharon.

Kevin, do you think we should put the freshmen and sophomores on warning?  We could essentially say we will see how November goes, but if we continue to receive complainants we will close campus periods 4 and 6 to 9th and 10th graders?

Best,

15

**CCSD 006616**

**CONFIDENTIAL**

Ryan

Ryan T. Silva
Principal
Cherry Creek High School
720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship. We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

---

**From:** "Webb, Sharon K" <swebb4@cherrycreekschools.org>
**Date:** Tuesday, October 26, 2021 at 4:55 PM
**To:** Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>
**Cc:** Ryan Silva <rsilva2@CherryCreekSchools.org>
**Subject:** Tokyo Joes

Hi Kevin,

I just got off the phone with one of the staff leads at Tokyo Joes who called to let us know that our kids are getting "out of control" over there at lunchtime. She made it clear that they really appreciate the business that our students provide, but they have recently gone so far as to take down some decorations that were purchased by employees, damage/destroy them, and then rehang them. They now can't include soy sauce bottles on tables because the students break them and spill them often so they had to remove them altogether.

I asked for any identification from the recent damage incident and she said that unfortunately they do not have cameras installed at this time so they are unable to provide more details.

I assured this young lady (Tessa Boettcher ▮▮▮▮▮▮) that I would share this with you and that our administration takes this seriously. She said she's a former student and has utmost respect for everyone here but feels like something needs to be said about student behavior in their restaurant. The number she provided is her personal cell number and she looks forward to a return phone call.

Thank you!

*Sharon Webb*
Office Manager
Assistant to Principal Ryan Silva
720-554-2281
720-554-2239 (fax)

*Cherry Creek High School*

16

CCSD 006617

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | CHERRY CREEK HIGH SCHOOL <noreply@cherrycreekschools.org> |
| **Sent:** | Monday, November 8, 2021 10:03 AM |
| **To:** | Silva, Ryan T |
| **Subject:** | CCHS Behavior Concerns |



November 8, 2021

Dear Parents,

I'm writing this letter to express concern over recent increases in the number of behavior incidents from our Cherry Creek High School student community. Issues are happening both on and off-campus and are primarily with our freshmen and sophomores.

We have taken several approaches with students to ensure they understand the basic behavior expectations we have for students when they are on or off campus. Specifically, we share our expectations in Advisory, orientations, school assemblies, video announcements, and intercom announcements. Our desire has been to be patient with our younger students because we realize they may have some holes in their development due to the increased time out of school over the last year and a half, but we also understand that we have a responsibility to make sure their behaviors are consistent with those of a high school student. Last week I met with a group of upperclassmen who shared their frustrations with the behavior. They even went so far as to express their concern for changes in our culture if we do not address these issues before the underclassmen advance a grade.

There have been consistent themes that we are seeing and that have been reported both on and off-campus. On-campus behavior issues include students treating each other and adults disrespectfully in and out of class in addition to leaving trash in halls, cafeterias, and outdoor spaces. The grounds crews have complained that they cannot keep up with the amount of trash that is being left outdoors. We have had substitute teachers, for the first time in my 17 years as an administrator at CCHS, share they will not sub in certain classes due to some disrespectful students.

The students have been more brazen with their behaviors off campus. I believe this to be the case because they are away from school and away from our supervision. Business owners and managers have called us to complain about students using foul language, damaging property, treating employees disrespectfully, and showing little regard for other, non-student, patrons. Many of these businesses have asked for our assistance to address the matter. Some have taken matters into their own hands and either restricted access or even banned our students from entering. We are confident that the majority of these issues are with our 9th and 10th graders based on the reports and due to the fact that the businesses that are impacted are those within walking distance. Those businesses that are further than walking distance are frequented by our upperclassmen and have not reported any issues.

I am writing you to not only share my concern but to ask for your partnership. Will you join us by talking to your child about appropriate behaviors when they are in restaurants, stores, classrooms and on our campus with friends? Some student leaders and I have created a video that includes the following expectations:

5

**CCSD 006837**

**CONFIDENTIAL**

**On Campus:**

- Respect students, staff, and faculty.
    - o   Be kind and polite. Say please, thank you, excuse me, and sorry.
    - o   Ask for permission.
    - o   Treat substitutes and guests as we would any regular teacher.
- Respect school property and the property of others.
    - o   Pick up your trash and help keep Creek clean.
- Respect the learning environment.
    - o   Watch your language.
    - o   Don't shout in the halls near classes.
    - o   Don't run in the halls.

**Off Campus:**

- Clean up after yourself. Throw away your trash and push in your chairs.
    - o   Leave the area clean for the next customers.
- Talk to other customers and businesspeople in a respectful manner. Use appropriate language.
    - o   Have an awareness that there are other people at the store, restaurant, business, sidewalks, and parking lots.   People can hear you from other tables and they can see you.
    - o   Would you be comfortable with your behavior being recorded and shared with your parents or grandparents?
- Pay for your food, drink and other needs before you leave the store.
    - o   Don't shoplift.
    - o   Be patient.  Some businesses are short-staffed.

In addition to the video, I will make announcements on the intercom to ensure that the students are hearing the message in multiple ways.  I plan to monitor the behavior both on and off campus for the month of November.  We will partner with local businesses that are within walking distance to ask if they see improvements and we will monitor dean referrals on campus for disrespectful behaviors among peers and toward adults.  There will be consequences if we do not see improvements up to and including the closure of campus during the freshman and sophomore lunches (periods 4 and 6).  I am not comfortable providing our students with the privilege of going off campus if they do not earn that privilege by acting like mature high school students.  They do have responsibilities and a certain level of maturity that should be expected if they are going to be able to leave campus during the school day.  Off-Campus Privileges are explained on page 31 of the Bear Facts (student handbook) that is given to every student at the start of the school year.  It is also on our website.

I am confident with your help and peer-to-peer encouragement we will not get to the point that these coveted privileges are lost.  Please tell your child(ren) when you talk about this matter that they can always report to a dean any inappropriate behavior they observe by providing names and/or photos of those who are creating issues for all of us.  Thank you for your partnership!

Sincerely,

Ryan T. Silva

Principal

6

CCSD 006838

**CONFIDENTIAL**

7

CCSD 006839

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Uhlig, Kevin T |
| **Sent:** | Monday, November 8, 2021 2:03 PM |
| **To:** | Deans 21-22;Chambers, Jorsua D;Rosales, Joseph M;Uhlig, Kevin T |
| **Subject:** | Community Communication |
| **Attachments:** | On and off campus behaviors 2021.docx |

Hello –

We need to speak with our community partners about expectation we have for our students in the community. I'd like you to partner with your teammates, speak with the store manager/owner, give them a business card and I'd like you to give them a copy of Ryan's letter (I've highlighted the key points). Please work with your team to determine a day/time that works well for you.

You only need to visit the restaurants that our students eat at during their lunches. We need to get this completed by Thursday, Nov. 11th.

**Belleview Square (Kings Soopers area):** Devitt, Rosales, Thomas and Felchle
**Union Square (Village Green Café area, C-Store Area around to Dairy Queen area):** Weber, Uhlig, Chambers, and Blaser

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
**e** | kuhlig@cherrycreekschools.org
**w** | 720.554.2222



**CCSD 006875**

**CONFIDENTIAL**

November 8, 2021

Dear Parents,

I'm writing this letter to express concern over recent increases in the number of behavior incidents from our Cherry Creek High School student community. Issues are happening both on and off-campus and are primarily with our freshmen and sophomores.

We have taken several approaches with students to ensure they understand the basic behavior expectations we have for students when they are on or off campus. Specifically, we share our expectations in Advisory, orientations, school assemblies, video announcements, and intercom announcements. Our desire has been to be patient with our younger students because we realize they may have some holes in their development due to the increased time out of school over the last year and a half, but we also understand that we have a responsibility to make sure their behaviors are consistent with those of a high school student. Last week I met with a group of upperclassmen who shared their frustrations with the behavior. They even went so far as to express their concern for changes in our culture if we do not address these issues before the underclassmen advance a grade.

There have been consistent themes that we are seeing and that have been reported both on and off-campus. On-campus behavior issues include students treating each other and adults disrespectfully in and out of class in addition to leaving trash in halls, cafeterias, and outdoor spaces. The grounds crews have complained that they cannot keep up with the amount of trash that is being left outdoors. We have had substitute teachers, for the first time in my 17 years as an administrator at CCHS, share they will not sub in certain classes due to some disrespectful students.

The students have been more brazen with their behaviors off campus. I believe this to be the case because they are away from school and away from our supervision. Business owners and managers have called us to complain about students using foul language, damaging property, treating employees disrespectfully, and showing little regard for other, non-student, patrons. Many of these businesses have asked for our assistance to address the matter. Some have taken matters into their own hands and either restricted access or even banned our students from entering. We are confident that the majority of these issues are with our 9th and 10th graders based on the reports and due to the fact that the businesses that are impacted are those within walking distance. Those businesses that are further than walking distance are frequented by our upperclassmen and have not reported any issues.

I am writing you to not only share my concern but to ask for your partnership. Will you join us by talking to your child about appropriate behaviors when they are in restaurants, stores, classrooms and on our campus with friends? Some student leaders and I have created a video that includes the following expectations:

## On Campus:

- Respect students, staff, and faculty.
  - Be kind and polite. Say please, thank you, excuse me, and sorry.
  - Ask for permission.
  - Treat substitutes and guests as we would any regular teacher.

**CCSD 006876**

- Respect school property and the property of others.
  - Pick up your trash and help keep Creek clean.

- Respect the learning environment.
  - Watch your language.
  - Don't shout in the halls near classes.
  - Don't run in the halls.

**Off Campus:**

- Clean up after yourself. Throw away your trash and push in your chairs.
  - Leave the area clean for the next customers.

- Talk to other customers and businesspeople in a respectful manner. Use appropriate language.
  - Have an awareness that there are other people at the store, restaurant, business, sidewalks, and parking lots.   People can hear you from other tables and they can see you.
  - Would you be comfortable with your behavior being recorded and shared with your parents or grandparents?

- Pay for your food, drink and other needs before you leave the store.
  - Don't shoplift.
  - Be patient.  Some businesses are short-staffed.

In addition to the video, I will make announcements on the intercom to ensure that the students are hearing the message in multiple ways. **I plan to monitor the behavior both on and off campus for the month of November.  We will partner with local businesses that are within walking distance to ask if they see improvements and we will monitor dean referrals on campus for disrespectful behaviors among peers and toward adults.  There will be consequences if we do not see improvements up to and including the closure of campus during the freshman and sophomore lunches (periods 4 and 6).  I am not comfortable providing our students with the privilege of going off campus if they do not earn that privilege by acting like mature high school students.  They do have responsibilities and a certain level of maturity that should be expected if they are going to be able to leave campus during the school day.  Off-Campus Privileges are explained on page 31 of the Bear Facts (student handbook) that is given to every student at the start of the school year.  It is also on our website.**

I am confident with your help and peer-to-peer encouragement we will not get to the point that these coveted privileges are lost.  Please tell your child(ren) when you talk about this matter that they can always report to a dean any inappropriate behavior they observe by providing names and/or photos of those who are creating issues for all of us.  Thank you for your partnership!

Sincerely,

Ryan T. Silva

Principal

CCSD 006877

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Felchle, Brock |
| **Sent:** | Monday, November 8, 2021 3:14 PM |
| **To:** | Bowditch, Susan G |
| **Subject:** | RE: Student misbehavior |

Susan,

What kind of car do you drive? What color is it?

**Brock Felchle**
*Dean of Students (Sb-Z)*
Cherry Creek High School
720-554-2203

**From:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Sent:** Monday, November 8, 2021 3:02 PM
**To:** Bowditch, Susan G <sbowditch@CherryCreekSchools.org>; Silva, Ryan T <rsilva2@CherryCreekSchools.org>
**Cc:** Deans 21-22 <Deans21-22@cherrycreekschoolsorg.onmicrosoft.com>; Joswick, Sarah (SRO) <sjoswick@greenwoodvillage.com>
**Subject:** RE: Student misbehavior

Hello Susan,

I'm sorry to hear this occurred, it's totally unacceptable and I'm hopeful we can catch the student(s). I have include the Deans and Corporal Joswick on this e-mail so they are also in the loop. Dean Brock Felchle will review video to see if he can determine any leads. Brock or I will be in touch with you.

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
**e** | kuhlig@cherrycreekschools.org
**w** | 720.554.2222



**From:** Bowditch, Susan G <sbowditch@CherryCreekSchools.org>
**Sent:** Monday, November 8, 2021 2:58 PM
**To:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>
**Cc:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Subject:** RE: Student misbehavior

Ryan,

10

**CCSD 006887**

**CONFIDENTIAL**

Thank you for your prompt response. I believe it was between 3:00 and 3:10 pm on Friday afternoon. Thank you again for your support.

Susan


**From:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>
**Sent:** Friday, November 5, 2021 5:12 PM
**To:** Bowditch, Susan G <sbowditch@CherryCreekSchools.org>
**Cc:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Subject:** Re: Student misbehavior

Hi Susan,

Thank you for letting me know. This is an another example of why we need to take action that will get the attention of the students. This type of behavior is not okay.

I think there is a chance our surveillance cameras might pick up this incident. I have included Kevin on this email so security can look at the cameras at near the crosswalk on Union. Can you provide me a 10 minute window when this likely happened? We will take a look on Monday.

In terms of future years, you do have a point that maybe freshmen need to earn the opportunity to go off campus. It could be one quarter or two quarters of meeting certain behavior standards that could earn this privilege. Our challenge is being able to sustain this plan under our current food service model. We can do this for a limited amount of time under our current set up with food services. We would need to make changes if this were a long-term plan. We will monitor how this goes and determine if this is something we should do beyond this year as a starting point.

Again, thank you for reaching out.

Best,
Ryan

Ryan T. Silva
Principal
Cherry Creek High School
720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship. We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

---

**From:** Susan Bowditch <sbowditch@CherryCreekSchools.org>
**Date:** Friday, November 5, 2021 at 4:19 PM
**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>
**Subject:** Student misbehavior

Ryan,
I apologize for bothering you on a Friday afternoon; however, I feel you should know about this. As I was leaving school this afternoon at approximately 3:00 p.m. today, three Creek students (boys) were returning to the campus waiting to cross Union. One boy had his back turned to the street and was in the process of throwing something into the air. As I was turning left onto Union (towards Yosemite), whatever it was that this young man threw up in the air landed on the top of my car. The boys immediately took off running across Union towards school. I did not recognize these students

11

**CCSD 006888**

CONFIDENTIAL

and I was not able to safely stop in the street. I can't see any damage to my car; however, I will do a complete inspection.

What concerns me is that this behavior seems to be out-of-control. I do NOT blame you. I think you are a wonderful person and an excellent principal. The blatant disregard for others and for property seems to be getting much worse. The boldness of the students both verbally and in actions is troublesome and verging on frightening. I believe that if students did not have this abundance of freedom, that they are clearly not mature enough to handle, they would have an opportunity to learn about responsibility, leadership and consequences. What if freshmen and sophomores had a common on-campus lunch period, mandatory study hall, for example? This alone might help enormously with building community. If the students were responsible for being granted off-campus privileges as juniors and seniors depending on their behavior, academic standing and consistent demonstration of respect for others, maybe over time many students would learn to feel better about themselves.

I appreciate your mentioning these concerns during our faculty meetings today. I know that you are concerned as well. We cannot control what goes on at home; however, maybe we can establish some guidelines at Creek. Knowing that these behaviors will not be tolerated once these students leave Creek, I feel that we are doing a disservice to our students.

Thank you for reading my email and for all you are doing in these difficult times. I hope that you and your family are healthy and well and that you enjoy a wonderful weekend.
Susan Bowditch

12

CCSD 006889

**CONFIDENTIAL**

## Holzfaster, Caitlin R

| | |
|---|---|
| **From:** | Felchle, Brock |
| **Sent:** | Wednesday, November 10, 2021 10:45 AM |
| **To:** | Bowditch, Susan G |
| **Cc:** | Uhlig, Kevin T |
| **Subject:** | RE: Student misbehavior |
| **Attachments:** | 11-5objectthrownatcar.jpg |

Susan,

Do any of the students pictured in attachment look like they might have been the students involved in the situation on Friday afternoon?

**Brock Felchle**
*Dean of Students (Sb-Z)*
Cherry Creek High School
720-554-2203

**From:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Sent:** Monday, November 8, 2021 12:09 PM
**To:** Deans 21-22 <Deans21-22@cherrycreekschoolsorg.onmicrosoft.com>
**Subject:** FW: Student misbehavior

Can one of you please look into this report and let me know what you find out.

**Kevin T. Uhlig**
**Assistant Principal**
*Cherry Creek High School*
*9300 E. Union Avenue*
*Greenwood Village, CO 80111*
**e** | kuhlig@cherrycreekschools.org
**w** | 720.554.2222



**From:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>
**Sent:** Friday, November 5, 2021 5:12 PM
**To:** Bowditch, Susan G <sbowditch@CherryCreekSchools.org>
**Cc:** Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>
**Subject:** Re: Student misbehavior

Hi Susan,

Thank you for letting me know. This is an another example of why we need to take action that will get the attention of the students. This type of behavior is not okay.

1

**CCSD 006961**

**CONFIDENTIAL**

I think there is a chance our surveillance cameras might pick up this incident. I have included Kevin on this email so security can look at the cameras at near the crosswalk on Union. Can you provide me a 10 minute window when this likely happened? We will take a look on Monday.

In terms of future years, you do have a point that maybe freshmen need to earn the opportunity to go off campus. It could be one quarter or two quarters of meeting certain behavior standards that could earn this privilege. Our challenge is being able to sustain this plan under our current food service model. We can do this for a limited amount of time under our current set up with food services. We would need to make changes if this were a long-term plan. We will monitor how this goes and determine if this is something we should do beyond this year as a starting point.

Again, thank you for reaching out.

Best,
Ryan

Ryan T. Silva
Principal
Cherry Creek High School
720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship. We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

---

**From:** Susan Bowditch <sbowditch@CherryCreekSchools.org>
**Date:** Friday, November 5, 2021 at 4:19 PM
**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>
**Subject:** Student misbehavior

Ryan,
I apologize for bothering you on a Friday afternoon; however, I feel you should know about this. As I was leaving school this afternoon at approximately 3:00 p.m. today, three Creek students (boys) were returning to the campus waiting to cross Union. One boy had his back turned to the street and was in the process of throwing something into the air. As I was turning left onto Union (towards Yosemite), whatever it was that this young man threw up in the air landed on the top of my car. The boys immediately took off running across Union towards school. I did not recognize these students and I was not able to safely stop in the street. I can't see any damage to my car; however, I will do a complete inspection.

What concerns me is that this behavior seems to be out-of-control. I do NOT blame you. I think you are a wonderful person and an excellent principal. The blatant disregard for others and for property seems to be getting much worse. The boldness of the students both verbally and in actions is troublesome and verging on frightening. I believe that if students did not have this abundance of freedom, that they are clearly not mature enough to handle, they would have an opportunity to learn about responsibility, leadership and consequences. What if freshmen and sophomores had a common on-campus lunch period, mandatory study hall, for example? This alone might help enormously with building community. If the students were responsible for being granted off-campus privileges as juniors and seniors depending on their behavior, academic standing and consistent demonstration of respect for others, maybe over time many students would learn to feel better about themselves.

I appreciate your mentioning these concerns during our faculty meetings today. I know that you are concerned as well. We cannot control what goes on at home; however, maybe we can establish some guidelines at Creek. Knowing that these behaviors will not be tolerated once these students leave Creek, I feel that we are doing a disservice to our students.

2

**CCSD 006962**

**CONFIDENTIAL**

Thank you for reading my email and for all you are doing in these difficult times.  I hope that you and your family are healthy and well and that you enjoy a wonderful weekend.
Susan Bowditch

**CCSD 006963**

CONFIDENTIAL

 Gmail

---

## Re: Investigation Request

12 messages

---

**Silva, Ryan T** <rsilva2@cherrycreekschools.org>                    Fri, May 6, 2022 at 1:42 PM
To: ███████████████████████
Cc: "Wilkins, Jason R" <jwilkins10@cherrycreekschools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, "Uhlig, Kevin T"
<kuhlig@cherrycreekschools.org>, ███████████████████████

Hello Mrs. ████████,


We have investigated this matter fully and we will continue to take action within the district policy and the law as any new information comes available to us.  In addition to investigating, we have also taken appropriate action for a situation like this.  We have partnered with district leadership, legal counsel, and law enforcement to ensure we are taking all appropriate action.  Anytime a situation takes place off campus, we want to ensure that we are acting within our jurisdiction.  Involving outside parties helps ensure that we are appropriately protecting students.


You indicated that you have information about other children who have been assaulted.  I would ask that you share that information with me and/or Greenwood Village Police.  I know you do not have a duty to act on information like this as I do or any other school official does, but I think we all have a moral obligation to ensure that children are protected.  I have offered to meet with you previously and I will make that offer again if you are most comfortable providing this information in person rather than via email.  I truly appreciate you assisting us in advance.


Sincerely,

Ryan


Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286


*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship.  We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

CONFIDENTIAL                                                      DOE000254

CONFIDENTIAL

**From:** ████████████████████████

**Date:** Thursday, May 5, 2022 at 9:44 AM

**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>

**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ████████████████████

**Subject:** Investigation Request

---

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Dear Mr. Silva,

This email serves as my request to investigate ████████'s eligibility to participate in athletics at Cherry Creek High School after he sexually assaulted my daughter on January 19, 2022. Athletic policy JJI-R Interscholastic Athletic Code, Article III of the Constitution and Bylaws of the CHSAA provides in part that: "A student shall be deemed eligible to represent a school in an inter-school activity if such student meets the following specific requirements… b. In the judgment of the principal, the student is representative of the school's ideals in matters of conduct, citizenship, and sportsmanship."

On April 5, 2022, Cherry Creek School District was made aware of criminal charges against ████████ by the District Attorney, case ████████.

I ask that you take immediate action, because surely, your judgement would not be that a sexual assaulter is representative of the school's ideals as listed above.

I understand that FERPA rules disallow you from sharing disciplinary data about a student, but I ask that you do share in a timely manner with me when you begin and complete the investigative process.

I also want to note my deep concern about the school's football team overall. Since my daughter was sexually assaulted, I have been contacted by other female students who have suffered assaults on and off campus by your football players, as Dean Thomas is well aware. Your swift action will send a much needed message to these boys about their criminal activity.


Sincerely,

████████████

████████████

████████

CONFIDENTIAL                                                    DOE000255

CONFIDENTIAL

████████████████████████                                          Sat, May 7, 2022 at 1:46 PM

To: "Silva, Ryan T" <rsilva2@cherrycreekschools.org>
Cc: "Wilkins, Jason R" <jwilkins10@cherrycreekschools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, "Uhlig, Kevin T"
<kuhlig@cherrycreekschools.org>, ████████████████████████

Dear Mr. Silva,

Thank you for your timely response. I have been sick with covid the past two weeks, but will schedule a time to meet with you next week.

I would like to understand the investigation process which was followed, and how that is amended or followed up when new information becomes available. When you say "we have also taken appropriate action for a situation like this" I wonder how you define the situation. Does your investigation usually include athletic code and decisions if students are allowed to play sports? When I have asked Mr. Uhlig, he simply says "we are following all policies and procedures" but said the procedures aren't written down when I asked for a copy.

The assault took place off campus, during the school day, which is outside TitleIX. However, the ongoing inability of my daughter to access her education due to ████'s presence on campus, particularly in the trainer area where he violated the protection order last week would seem to fall within TItleIX in addition to the legal consequences he will face.

What I have learned through this experience is that you have very caring staff in Dean Devitt in the daily interactions with my daughter. However, the school overall is absolutely failing its girls. I am committed to working with you to help make Creek a safer and more supportive learning environment.

I look forward to our meeting next week which I will call on Monday to schedule.

Best,

████████████

[Quoted text hidden]

---

**Silva, Ryan T** <rsilva2@cherrycreekschools.org>                    Mon, May 9, 2022 at 3:10 PM
To: ████████████████████████
Cc: "Wilkins, Jason R" <jwilkins10@cherrycreekschools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, "Uhlig, Kevin T"
<kuhlig@cherrycreekschools.org>, ████████████████████████

Hello Mrs. ████████

I am sorry to hear you have been ill.  I hope you are better.  My assistant shared we are meeting on Friday at 1:00, however, I did not want you to have to wait until then for me to respond to your questions.

We collect information/statements from the appropriate parties who are involved when investigating a situation similar to ████'s.  We also work with law enforcement and legal counsel to review the information we collect.  We make the Student Support Team (dean, counselor, mental health, nurse, SRO) aware of the case.  Additionally, I will communicate district leadership to make them aware of the incident.  We follow all policy and law.  The more people we involve in the school and outside of the school ensures that we are arriving at the appropriate decision.

CONFIDENTIAL                                                                              DOE000256

CONFIDENTIAL

We are aware of where the incident took place.  Nevertheless, we still make sure that we are exhausting all policy and law that exists so we know if it is applicable to the school setting.   That would include that we are following Title IX.  You may be aware of changes in Title IX in recent years that requires that access to education is applied to all individuals involved in the situation.  That change can make it challenging for all involved.

I am happy to hear that Dean Devitt is being helpful and caring.  She is a wonderful dean.  I want you to know that we all care about kids.  The administrators, deans, counselors, and psychologists went into education so that we can support and help students.  None of us want to do wrong by any student or group of students.  I have a high school-aged daughter as well and I would expect us to exhaust all tools available to us to support her.  I believe we have followed all policy and law in this case that we are required to follow.

I look forward to meeting with you on Friday.  You are welcome to bring █████ to the meeting if you feel that would be helpful.  I also understand if you decide that it is best for just you and I to meet this time.

Best regards,

[Quoted text hidden]

---

**Silva, Ryan T** <rsilva2@cherrycreekschools.org>                                Fri, May 13, 2022 at 3:19 PM
To: ████████████████████████
Cc: "Wilkins, Jason R" <jwilkins10@cherrycreekschools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, "Uhlig, Kevin T" <kuhlig@cherrycreekschools.org>, ████████████████████████

Hello Mrs. ████████

I spoke with Kevin Uhlig regarding the ISMP.  I shared that you told me today that we should have received the ISMP recently.  Kevin and Kelly have confirmed that we have not received the ISMP at this point.  Traditionally, we would receive this information from the courts and that has not happened yet.

I am following up on the other items we discussed.

Best,

[Quoted text hidden]

---

████████████████████████                                                          Fri, May 13, 2022 at 3:27 PM
To: "Silva, Ryan T" <rsilva2@cherrycreekschools.org>

CONFIDENTIAL                                                                                                DOE000257

CONFIDENTIAL

Cc: "Wilkins, Jason R" <jwilkins10@cherrycreekschools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, "Uhlig, Kevin T" <kuhlig@cherrycreekschools.org>, ███████████████████████

Thank you again for sharing your time with me. Please see attached document. I look forward to next steps early next week.

Best,



On May 13, 2022, at 3:19 PM, Silva, Ryan T <rsilva2@cherrycreekschools.org> wrote:

Hello Mrs. ████████

I spoke with Kevin Uhlig regarding the ISMP.  I shared that you told me today that we should have received the ISMP recently.  Kevin and Kelly have confirmed that we have not received the ISMP at this point.  Traditionally, we would receive this information from the courts and that has not happened yet.

I am following up on the other items we discussed.

Best,

Ryan

Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship.  We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

CONFIDENTIAL                                                                                                      DOE000258

CONFIDENTIAL

---

**From:** Ryan Silva <rsilva2@CherryCreekSchools.org>
**Date:** Monday, May 9, 2022 at 3:10 PM
**To:** ███████████████████████
**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ███████████████████████
**Subject:** Re: Investigation Request

Hello Mrs. ████████

I am sorry to hear you have been ill.  I hope you are better.  My assistant shared we are meeting on Friday at 1:00, however, I did not want you to have to wait until then for me to respond to your questions.

We collect information/statements from the appropriate parties who are involved when investigating a situation similar to ████'s.  We also work with law enforcement and legal counsel to review the information we collect.  We make the Student Support Team (dean, counselor, mental health, nurse, SRO) aware of the case. Additionally, I will communicate district leadership to make them aware of the incident.  We follow all policy and law.  The more people we involve in the school and outside of the school ensures that we are arriving at the appropriate decision.

We are aware of where the incident took place.  Nevertheless, we still make sure that we are exhausting all policy and law that exists so we know if it is applicable to the school setting.   That would include that we are following Title IX.  You may be aware of changes in Title IX in recent years that requires that access to education is applied to all individuals involved in the situation.  That change can make it challenging for all involved.

I am happy to hear that Dean Devitt is being helpful and caring.  She is a wonderful dean.  I want you to know that we all care about kids.  The administrators, deans, counselors, and psychologists went into education so that we can support and help students.  None of us want to do wrong by any student or group of students.  I have a high school-aged daughter as well and I would expect us to exhaust all tools available to us to support her.  I believe we have followed all policy and law in this case that we are required to follow.

I look forward to meeting with you on Friday.  You are welcome to bring ████ to the meeting if you feel that would be helpful.  I also understand if you decide that it is best for just you and I to meet this time.

Best regards,

Ryan

CONFIDENTIAL                                                                                              DOE000259

CONFIDENTIAL

Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship.  We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

---

**From:** ████████████████████████████

**Date:** Saturday, May 7, 2022 at 1:46 PM

**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>

**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ████████████████████

**Subject:** Re: Investigation Request

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Silva,

Thank you for your timely response. I have been sick with covid the past two weeks, but will schedule a time to meet with you next week.

I would like to understand the investigation process which was followed, and how that is amended or followed up when new information becomes available. When you say "we have also taken appropriate action for a situation like this" I wonder how you define the situation. Does your investigation usually include athletic code and decisions if students are allowed to play sports? When I have asked Mr. Uhlig, he simply says "we are following all policies and procedures" but said the procedures aren't written down when I asked for a copy.

CONFIDENTIAL                                                                                              DOE000260

CONFIDENTIAL

The assault took place off campus, during the school day, which is outside TitleIX. However, the ongoing inability of my daughter to access her education due to ██████'s presence on campus, particularly in the trainer area where he violated the protection order last week would seem to fall within TItleIX in addition to the legal consequences he will face.

What I have learned through this experience is that you have very caring staff in Dean Devitt in the daily interactions with my daughter. However, the school overall is absolutely failing its girls. I am committed to working with you to help make Creek a safer and more supportive learning environment.

I look forward to our meeting next week which I will call on Monday to schedule.

Best,

██████████

On Fri, May 6, 2022 at 1:42 PM Silva, Ryan T <rsilva2@cherrycreekschools.org> wrote:

> Hello Mrs. ████████
>
> We have investigated this matter fully and we will continue to take action within the district policy and the law as any new information comes available to us.  In addition to investigating, we have also taken appropriate action for a situation like this.  We have partnered with district leadership, legal counsel, and law enforcement to ensure we are taking all appropriate action.  Anytime a situation takes place off campus, we want to ensure that we are acting within our jurisdiction.  Involving outside parties helps ensure that we are appropriately protecting students.
>
> You indicated that you have information about other children who have been assaulted.  I would ask that you share that information with me and/or Greenwood Village Police.  I know you do not have a duty to act on information like this as I do or any other school official does, but I think we all have a moral obligation to ensure that children are protected.  I have offered to meet with you previously and I will make that offer again if you are most comfortable providing this information in person rather than via email.  I truly appreciate you assisting us in advance.
>
> Sincerely,
>
> Ryan
>
> Ryan T. Silva

CONFIDENTIAL                                                                                          DOE000261

CONFIDENTIAL

Principal

**Cherry Creek High School**

**720-554-2286**

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship.  We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

---

**From:** ██████████████████████

**Date:** Thursday, May 5, 2022 at 9:44 AM

**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>

**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ██████████████████████

**Subject:** Investigation Request

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Silva,

This email serves as my request to investigate ██████████ eligibility to participate in athletics at Cherry Creek High School after he sexually assaulted my daughter on January 19, 2022. Athletic policy JJI-R Interscholastic Athletic Code, Article III of the Constitution and Bylaws of the CHSAA provides in part that: "A student shall be deemed eligible to represent a school in an inter-school activity if such student meets the following specific requirements… b. In the judgment of the principal, the student is representative of the school's ideals in matters of conduct, citizenship, and sportsmanship."

On April 5, 2022, Cherry Creek School District was made aware of criminal charges against ██████████ by the District Attorney, case ██████████.

I ask that you take immediate action, because surely, your judgement would not be that a sexual assaulter is representative of the school's ideals as listed above.

I understand that FERPA rules disallow you from sharing disciplinary data about a student, but I ask that you do <u>share in a timely manner with me when you begin and complete the investigative process.</u>

CONFIDENTIAL

I also want to note my deep concern about the school's football team overall. Since my daughter was sexually assaulted, I have been contacted by other female students who have suffered assaults on and off campus by your football players, as Dean Thomas is well aware. Your swift action will send a much needed message to these boys about their criminal activity.

Sincerely,

█████████████

████████████████

█████████████

📄 **mpo**█████**.PDF**
100K

---

**Silva, Ryan T** <rsilva2@cherrycreekschools.org>                           Fri, May 13, 2022 at 3:29 PM
To: ████████████████████
Cc: "Wilkins, Jason R" <jwilkins10@cherrycreekschools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, "Uhlig, Kevin T" <kuhlig@cherrycreekschools.org>, ████████████████████████

Thank you for sharing this document with me.  Kevin and Kelly will contact the courts and start working on our plan.

Best,

Ryan

Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

*As members of the Cherry Creek High School community, we value scholarship, leadership, and citizenship.  We respect the dignity of all cultures and honor every individual's passion and chosen path toward success.*

CONFIDENTIAL                                                                                    DOE000263

CONFIDENTIAL

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Friday, May 13, 2022 at 3:27 PM
**To:** Ryan Silva <rsilva2@CherryCreekSchools.org>
**Cc:** Jason Wilkins <jwilkins10@CherryCreekSchools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, Kevin 'Uhlig <kuhlig@CherryCreekSchools.org>, ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Investigation Request

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you again for sharing your time with me. Please see attached document. I look forward to next steps early next week.

Best,

▮▮▮▮

[Quoted text hidden]

---

**Uhlig, Kevin T** <kuhlig@cherrycreekschools.org>                                      Fri, May 13, 2022 at 3:36 PM
**To:** ▮▮▮▮▮▮▮▮▮▮ Silva, Ryan T" <rsilva2@cherrycreekschools.org>
**Cc:** "Wilkins, Jason R" <jwilkins10@cherrycreekschools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, ▮▮▮▮▮▮▮▮

Hello Ms. ▮▮▮▮▮

What you've provided is not an ISMP, this appears to be an updated Protection Order from Arapahoe County?

**Kevin T. Uhlig**

**Assistant Principal**

*Cherry Creek High School*

CONFIDENTIAL                                                                                  DOE000264

CONFIDENTIAL

*9300 E. Union Avenue*

*Greenwood Village, CO 80111*

e | kuhlig@cherrycreekschools.org

w | 720.554.2222



---

**From:** ████████████████

**Sent:** Friday, May 13, 2022 3:28 PM

**To:** Silva, Ryan T <rsilva2@CherryCreekSchools.org>

**Cc:** Wilkins, Jason R <jwilkins10@CherryCreekSchools.org>; Thomas, Brynn A <bthomas22@cherrycreekschools.org>; Uhlig, Kevin T <kuhlig@CherryCreekSchools.org>; ████████████████

**Subject:** Re: Investigation Request

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you again for sharing your time with me. Please see attached document. I look forward to next steps early next week.

Best,

████████

[Quoted text hidden]

---


████████████████████                                                    Fri, May 13, 2022 at 3:39 PM

To: "Uhlig, Kevin T" <kuhlig@cherrycreekschools.org>

Cc: ████████████████████    "Silva, Ryan T" <rsilva2@cherrycreekschools.org>, "Thomas, Brynn A" <bthomas22@cherrycreekschools.org>, "Wilkins, Jason R" <jwilkins10@cherrycreekschools.org>

CONFIDENTIAL                                                                                DOE000265

CONFIDENTIAL

Hello,
This is simply the criminal protection order I am sharing with you. The courts should send you the ISMP. Also the two violation reports which occurred at Creek are GV22003932 and 4104. They are being processed by the GVPD currently.

Thank you again,

████

[Quoted text hidden]

---

████████████████████                                                    Tue, May 24, 2022 at 6:50 PM
To: "Silva, Ryan T" <rsilva2@cherrycreekschools.org>, "Uhlig, Kevin T" <kuhlig@cherrycreekschools.org>

Hello Ryan,

I hope your last week of the school year has gone well.

I email today to ask if you have shared the information that ████'s sexual assault on my daughter began on campus? Do I need to file another written IX complaint form to have this investigated? I hope you can use my statement to you and the previous form to conduct the investigation.

Thank you in advance for confirming the above.

My best,

████

[Quoted text hidden]

---

**Silva, Ryan T** <rsilva2@cherrycreekschools.org>                      Thu, May 26, 2022 at 4:02 PM
To: ████████████████████
Cc: "Uhlig, Kevin T" <kuhlig@cherrycreekschools.org>

Yes ma'am, we have shared the new information you have provided.  Thank you.

Ryan

Sent from my iPhone

> On May 24, 2022, at 6:50 PM, ████████████████████ wrote:

[Quoted text hidden]

---

**Uhlig, Kevin T** <kuhlig@cherrycreekschools.org>                      Tue, May 31, 2022 at 8:52 AM
To: "Silva, Ryan T" <rsilva2@cherrycreekschools.org>, ████████████

CONFIDENTIAL                                                            DOE000266

CONFIDENTIAL

Good Morning Ms. ███████

I spoke with Dean Kelly Devitt and she shared that neither you or ██████ provided these details to the school. Based on this information you have provided, you are making new allegations and I would be happy to review it. I would request for you to please submit the full allegations, including any sexual harassment that occurred (or how it started) at CCHS, that you are alleging so that it can be reviewed in its entirety. You may use the Title IX  complaint form, or you can send it through e-mail to me.

Based on the new information, it will be reviewed to determine if it rises to the level of sexual harassment in a CCSD location, event, or circumstances over which CCSD exercised substantial control over both the respondent and the context in which the harassment occurred.

Here are some other possible interventions that we could discuss to help support ██████ next year:

- Schedules can be changed next year so neither student has classes together. I believe the TPO is still pending a hearing in 2/2023?
- We can stager off periods to prevent interaction.
- Hold a 504 review meeting at the beginning of the year to address other supports such as making scheduled check-ins with ████s SST
- All of these interventions could be modified or changed as necessary over the summer depending on the information shared, and any information we receive regarding the pending criminal case.

You also have the right to file an equity complaint or OCR complaint.

Sincerely,

**Kevin T. Uhlig**

**Assistant Principal**

*Cherry Creek High School*

CONFIDENTIAL                                                                                    DOE000267

CONFIDENTIAL

*9300 E. Union Avenue*

*Greenwood Village, CO 80111*

**e** | kuhlig@cherrycreekschools.org

**w** | 720.554.2222



[Quoted text hidden]

---

████████████████████                                                     Wed, Jun 29, 2022 at 12:38 PM

To: "Uhlig, Kevin T" <kuhlig@cherrycreekschools.org>
Cc: "Silva, Ryan T" <rsilva2@cherrycreekschools.org>, "Wilkins, Jason R" <jwilkins10@cherrycreekschools.org>, "Thomas, Brynn A"
<bthomas22@cherrycreekschools.org>, ████████████████████

Hello Mr. Uhlig,

Today we had a court date for ████████, the assault by ████████████ on my daughter. I asked the Magistrate about the ISMP progress, and she stated that this
is **initiated and completed by a school district** based upon the criminal protection order in order to keep the youth charged with a sexual offense and other
students safe.

I ask that you research the Individual Student Management Plan - I have attached a sample form from the Mapleton SD, which the Victim Advocate in DA18 shared
with me. I have also attached an email from May 12, 2022 in which Dean Devitt shares that you are the ISMP coordinator. If this is not correct, and I should contact
someone else, please let me know.

It is vital that the ISMP be completed before the start of the school year, as we received confirmation today from his attorney that ████████████ will attend CCHS
for the 2022-23 school year. The court also assigned a GAL for █████ today. I understand that the contents of the ISMP are private, but I do ask for confirmation
that it is complete.

I will send a new Title IX complaint form in a separate email.

Thank you for your attention to this matter.



On Fri, May 13, 2022 at 3:36 PM Uhlig, Kevin T <kuhlig@cherrycreekschools.org> wrote:
[Quoted text hidden]

---

**2 attachments**

CONFIDENTIAL                                                                                          DOE000268

CONFIDENTIAL

**example of ISMP.pdf**
206K

**ISMP Uhlig coordinator 5 12 2022.docx**
57K

DOE000269

CONFIDENTIAL

 Gmail

---

## Confirm receipt of complaint

---

**Uhlig, Kevin T** <kuhlig@cherrycreekschools.org>                     Thu, Jun 30, 2022 at 4:02 PM
To: ██████████████████████
Cc: "Devitt, Kelly A" <kdevitt@cherrycreekschools.org>

Ms. ████████

I appreciate you reaching out and sharing this information. Unfortunately, the allegations you shared do not fall under Title IX. Please find my attached Title IX Complaint Dismissal.

Title IX only applies to conduct that occurs in a District program or activity, including circumstances over which the District exercised substantial control over both the respondent and context of the sexual harassment.

If you feel the dismissal is in error, you can file an equity complaint with District Equity Compliance Officer, Megan Lonegran or if you feel your child is being discriminated against in violation of Title IX, you can file a complaint with the Office for Civil Rights. For more information please see the Cherry Creek School District website. https://www.cherrycreekschools.org/Page/2793

---

### Legal Resources / Non Discrimination Policies

Cherry Creek School District (CCSD) complies with Section 504 law and regulations. In accordance with CCSD Policy AC and its corresponding regulations, no discrimination on the basis of disability is permitted in the programs or activities the CCSD operates. If you believe discrimination against a person has taken place because of his/her disability, please complete follow the Section 504 …

www.cherrycreekschools.org

---

Regarding the ISMP, as I've stated, I cannot share information regarding other students or student records.

CONFIDENTIAL                                        DOE000298

CONFIDENTIAL

I understand that you continue to have concerns about ████, and I am happy to revisit how we can best support ████s return to Cherry Creek High School in August. I am also available to meet with you in person if you would like?


Sincerely,


**Kevin T. Uhlig**

**Assistant Principal**

*Cherry Creek High School*

*9300 E  Union Avenue*

*Greenwood Village, CO 80111*

**e** | kuhlig@cherrycreekschools org

**w** | 720 554 2222




[Quoted text hidden]

---

 **Notice of Dismissal of Complaint -** ████ **6-30-22.docx**
54K


CONFIDENTIAL                                                        DOE000299

CONFIDENTIAL



## Freshmen Off-Campus Behavior

4 messages

---

**CHERRY CREEK HIGH SCHOOL** <noreply@cherrycreekschools.org>                    Tue, Oct 11, 2022 at 4:02 PM
Reply-To: noreply@cherrycreekschools.org
To: ██████████████



Dear Bruins,

Throughout the Week of October 3, 2022, Cherry Creek High School received multiple concerning reports from businesses and community members about our students' behaviors while off-campus during the school day.

On Monday, October 10, I made a school-wide announcement regarding reports of students stealing, vandalizing, cursing, vaping, harassing employees, and leaving trash on the tables at Kings Soopers, Einstein's Bagels, Starbucks, Subway, Mia's Pizza and Dairy Queen. I informed the students that they have two weeks to correct these inappropriate behaviors and demonstrate that they deserve off-campus privileges.  I shared with the students that if these behaviors continue, I will revoke all 9th graders' off-campus privileges starting on November 1, 2022.

Going off campus during the school day is a privilege, not a right. On page 32 of the *Bear Facts* Handbook, it states that Cherry Creek High School may revoke off-campus privileges at any time throughout the school year. I have asked the students to report any of the acts listed above to their Dean. Our hope is that we can discipline those involved and prevent the entire 9th grade class from losing off-campus privileges due to the acts of a few. I encouraged the students to take photos or videos of the behaviors or send the names and a description to the Deans. This will be considered an anonymous report.

Here are each our Dean of Students' alphabet responsibilities, @cherrycreekschools e-mail address, and office extensions.

CONFIDENTIAL                                                                          DOE000429

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Joe Herrera | A-Da | jherrera4@ | 720-554-2378 |
| Maggie Pelz | Db-Ho | mpelz@ | 720-554-2328 |
| Kelly Devitt | Hp-Me | kdevitt@ | 720-554-2208 |
| Jamie Weber | Mf-Sa | jweber4@ | 720-554-2416 |
| Brock Felchle | Sb-Z | bfelchle@ | 720-554-2203 |

Finally, we have noticed an increase in trash on our own campus. We ask that students take pride in their campus inside and outside and always clean up after themselves. If a student is found leaving trash on tables or on the grounds, they will receive a consequence.

Cherry Creek High School is part of the greater community, and we must treat our neighbors with respect.  I would not be doing my job if I did not address issues and hold our students accountable.  I ask that the parents of the freshmen partner with me to help address the issues.  We want our all of our students to enjoy their off periods with friends, but we expect them to do so in a mature way.

 We appreciate your continued support of our school and students.

Sincerely,

Ryan Silva

Ryan T. Silva

Principal

Cherry Creek High School

720-554-2286

CONFIDENTIAL

DOE000430

## Laura Hazen

| | |
|---|---|
| **From:** | Cherry Creek School District 5 <noreply@cherrycreekschools.org> |
| **Sent:** | Wednesday, December 13, 2023 2:03 PM |
| **To:** | Laura Hazen |
| **Subject:** | Important Message from the Superintendent |



Dear Cherry Creek Schools Community

As a school district grounded in our Core Values, I want to address a societal crisis that is impacting our schools. In recent weeks, we have observed instances of students using hurtful and offensive language, including racial slurs. This is not unique to the Cherry Creek School District. It takes a concerted effort from all community members to combat racism. The Cherry Creek School District has spent decades grounding ourselves in the work of equity to support the lived experiences of our students, and we will continue this work.

Words matter, and derogatory or hateful language can often bring significant trauma. You can play an important role in reinforcing our values and creating school communities that are inclusive and welcoming. I encourage you to talk to your children about not using racist language – at school, on social media, or anywhere.

**I want to be clear** – the use of hateful language, including the "N word," is unacceptable. Recently, we have had instances of racist videos that were created off-campus and caused disruption of the learning environment. Students engaging in this type of behavior have and will face consequences. These can range from restorative practices up to suspension and/or expulsion from school.

As a school district, we cannot solve societal problems alone, but we will continue to take steps to ensure our schools are safe places for all. Thank you for your partnership in staying true to our values so that students may be free to learn and grow.

Sincerely,

Superintendent Christopher Smith

*This e-mail has been sent to you by CHERRY CREEK SCHOOL DISTRICT 5. Please **DO NOT** reply to this email address.*

1

DOE000442