UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-00687-NYW-TPO

— — — — — — — — — — — — — — — — — — — — — — — — — — — — —

**DEPOSITION OF:**    ██████████████
**August 6, 2025**

— — — — — — — — — — — — — — — — — — — — — — — — — — — — —

**Plaintiff:**

**JANE DOE, a minor child by and through her guardian
and natural parent, JANE ROE,**

**v.**

**Defendants:**

**CHERRY CREEK SCHOOL DISTRICT; RYAN SILVA, in his
individual capacity; and KEVIN UHLIG, in his
individual capacity.**

— — — — — — — — — — — — — — — — — — — — — — — — — — — — —

██████████████    1

Ms. Sara Joswick?

A.    I don't remember.  I'm going to guess my mom set up an appointment, but I really have no clue.

Q.    This time period is just pretty blurry for you?

A.    Indeed.

Q.    Okay.  Do you recall what you told SRO Joswick at this meeting?

A.    No, I don't really remember what I said, but I know I told her I was sexually assaulted.

Q.    Sure.  Do you recall how Dean Devitt came to be a part of that meeting?

A.    No.  I don't know.  My mom just was like, "We're having a meeting with Dean Devitt," and I was like, "Okay."  I don't know.

Q.    Okay.  What do you recall about that meeting when Dean Devitt was present?

A.    I remember just kind of sitting there blank.  I didn't know how to feel.  I mean, like, this is the first person -- like, first few people that I've told, and obviously, like, this is the deepest, darkest worse secret at that time.  At that time, I was still processing myself.  I still felt really disgusting on the inside.  My mental -- you know, just how any victim would be, and so if you, like -- if you

could ask me specific things about Dean Devitt that
you would want to know.  I don't really know, like --
I don't know.  I remember just sitting there blankly
until she started talking.

Q.    Okay.  And do you know why it was Dean
Devitt from the high school that came to that meeting?

A.    Because of my last name.

Q.    Just because you were assigned to her
caseload?

A.    Yes.

Q.    Okay.  Do you recall your mom asking
that Dean Devitt be the one that come to the meeting?

A.    I don't recall.

Q.    Okay.  So what you said, that Dean
Devitt started talking.  What was Dean Devitt saying?
What did she say at that meeting to the best of your
recollection?

A.    My mom told her everything that
happened, and then also she got the SRO report, I
guess -- I don't know -- because she knew a lot more
details than I indulged in at that time; and I don't
really remember anything that she was saying.  She
told me about this one piece of paper that he would
come in and sign called a no contact order, and she
was, like, he would come in, sign this piece of paper,

and then he would never be able to talk to you, but at that time I'm still processing.  I don't know what to do.

Like, I've already told some people about it.  Like in my class, like people who I thought were my friends, and they took it and ran with it.  So basically the entire freshman year knew about what just happened to me, and I was obviously very vulnerable at this time.  And so a noncontact order just felt like it was going to be more bullying for me and more stuff like that, more stuff where people are coming up to me asking if it happened or to get details just to be the next part of the drama, whatever.  And so a noncontact order felt very serious to me, and it felt like a huge next step when I was still trying to process.  And so I don't remember really saying anything to my mom but "I don't know.  I don't know."  That was the conversation to the best of my knowledge.  I remember it being very girly, if you will.

Q.   What do you mean by "girly"?

A.   It felt like she didn't really take it seriously.  She had, like, a smile on her face until she was talking about the no contact order.  Like, I don't know if that was her way of trying to comfort me

to try to lighten the mood, but it didn't help.

Q. Okay. So this meeting where the no contact order was discussed, was that the same one with SRO Joswick or was that a different meeting?

A. I don't remember.

Q. Okay. Fair enough. A lot of meetings with Dean Devitt?

A. Indeed.

Q. Okay. All right. So let's talk about -- well, first of all, is there anything else you remember about that meeting or meetings in that time right there in January with Dean Devitt?

A. No. I remember she offered me candy. That was about it.

Q. Okay. Was your mom present at that meeting, if you recall?

A. Yes, she was.

Q. All right. Let's talk about -- I'm still wanting to stay in January, but this is from the time period of the assault to the end of January in 2022. Did you experience -- aside from the assault itself, obviously, did you experience sexual harassment in January at Cherry Creek High School?

MS. WOLF: Objection, form.

A. No, not to my knowledge. I remember

52

really know the girls that were coming up to me. I couldn't name for you them today, but I would tell her, "People keep coming up to me and telling me these things, and I really don't know what to do because, like, what do I do in that situation if somebody is calling me a liar but I'm still processing what happened to me to where I still think it's my fault at this point?" So I don't know how to process it. I don't know -- I didn't know where to go from there, and that was a time where I felt very, very fragile; and I didn't know if I could rely on anybody because it felt like I had put so much trust in this one person and they betrayed me. So I go to Dean Devitt, so I didn't know -- I didn't know how to process those emotions. I didn't know how to tell a trusted adult. My brain is frazzled at this time. My body is still in shock, and there's a lot of emotions going through my head, so I didn't really know how to tell her in the best way without being more bullied.

Q. Okay. That makes sense.

A. So . . .

MS. ORTIZ: This is -- we can take a break, Laura.

MS. WOLF: Thank you.

(Recess taken, 10:01 a.m. to 10:19 a.m.)

58

THE DEPONENT:  When I was saying vague about me talking to Dean Devitt, I was talking vague about the person's identity, not about what I was saying.  I was very specific in what they were saying to me.  For example, some memories that I can think about right now are "You are lying.  You're ruining his career.  You're ruining his future.  He has such a bright future.  He'll go to the NFL, but you're making this not happen for him," basically saying stuff along those lines, and I was very specific when talking to Dean Devitt what people were saying to me, just not their identities or where it came from and --

Q.    And this -- I'm sorry.  I didn't mean to interrupt you.

A.    No, you're good.  Go.

Q.    These statements, "You're lying.  You're ruining his life.  You're ruining his career," those occurred in January 2022?

A.    From January to May.

Q.    I want to just focus on January now.  So these statements did occur in January?

A.    Sitting here today, that's what I remember.

Q.    And can you remember the names of anybody who told you you're lying?

59

A.    The previous names that I stated of the football boys.

Q.    The football boys.

A.    Yes.

Q.    How about anybody besides the football boys?

A.    Random people would come up to me.  I don't know their names.  I also don't really remember who said it to me because I wasn't focused on that.  I was focused on what they were saying to me and how hurtful it was.

Q.    And do you remember who said -- other than -- was it football boys who made comments about you ruining his future?

A.    Yes.

Q.    And how about, "You're ruining his career"?

A.    Them as well.

Q.    And you did not report the names of these people to Dean Devitt?

A.    No.

Q.    Did you report these comments to any other Cherry Creek High School employee besides Dean Devitt?

A.    Sitting here today, I only remember

might try hugging me and grabbing me in the hallway. So East Building was really -- it gave me a lot of flashbacks to the original assault as well as what happened after.

So whenever I'd go into Mr. Buddington's classroom, I would already be kind of on edge. And one day -- one of the days, for this example, I asked to go to the bathroom. I went to the bathroom. Right when I stepped out into the hallway, I fainted on the floor, completely fainted. And students walked past me like it was nothing because I remember being on my knees and my hands, and I remember looking up at somebody; and they just walked past me, acting like I'm not about to collapse on the floor.

Then I collapsed. I don't know how long I was out, and then -- and then I remember waking up and starting to puke or whatever in the bathroom. I ran to the bathroom, and I started puking for quite some time, around 10 minutes, if I were to guess.

Then I come back into the classroom, and Mr. Buddington immediately came and walked over to my desk and started talking in front of the entire class, "What were you doing in the bathroom for so long? I don't know understand why you were in there," and things along those lines of what he was saying. And I

remember just being kind of speechless because I just had this super traumatic thing happen.  I just fainted in the hallway and I just puked for ten minutes.  My body is in stress, obviously, and then I remember a kid named ▮▮▮▮▮▮▮ behind me as well as ▮▮▮▮▮▮ in the class just kind being like, "What actually happened?  What happened?  Did you see ▮▮▮," along those lines.

So I remember that specific example from February because my body was in so much stress during the time.  Not only was I not getting support from my teacher, Mr. Buddington, and but also he was, like, accusing me of skipping class rather than asking me what was wrong and if I needed anything because I was obviously in distress.  You would just puke, you're pale, right?  So it was obvious that I was going through something, but never once did he ask me if I was okay.

Q.   Okay.  What other harassment or bullying did you experience in February of 2022?

A.   Some smaller examples would just be walking in the hallway from East to West because that's what my schedule dictated for me, and I would have to change my walking path from inside of the building, the building being fine arts and IC, going

up to West Building or outside; and I remember having to switch back and forth because I didn't want the football boys to know the path that I took to classes every day because they would, for example, like, grab my arm in the hallway and say something to me or just randomly say something or, like, look back at me and start laughing with a group because they always, like, traveled together in the hallways.  A lot of them had the same classes together.  So it would always be at least two or three football players who would either laugh at me or say comments to me, which is the comments that I stated previously, saying, "You're lying," "You're ruining his future," but those are specific examples I can provide as well as smaller things amongst the month.

Q.   Okay.  And same football boys that you identified before?

A.   Some of them.  Other ones, I don't remember their name.  I can't even tell you their face.  All I remember is what they said.

Q.   Okay.  How often would that happen -- that was a bad question.  How often would football boys say something to you when you were in the halls?

A.   Pretty often.  It was if not every day, every other day.  It was very, very frequent, maybe

even multiple passing periods during the same day. I'd like to make light that these are -- I'm walking past classrooms with open doors and teachers inside of them where they so obviously could have heard what was happening because it's not like they were being quiet about it. They wanted to embarrass me. They wanted to harass me. They wanted to make fun of me. They were being quite loud about it in an already busy hallway. It was to the point where people would freeze in the hallway and kind of just stay silent and be like what is she going to do, right? Teachers 100 percent could have heard it if they wanted to. The doors were open.

And also, when I would go inside of the building, I would walk past Dean Devitt's office and be bullied at the same time. Right when you walk through the doors when you're going from East to fine arts, you walk through the doors, Dean Devitt's office is on the right. I know that a group of football boys, like I was stating previously, would walk past, and they would meet me in the hallway and say stuff right outside Dean Devitt's door. So I just felt paralyzed. I had no power.

Q. Did you -- you said that there were teachers in the classrooms, in the halls when this was

going on.  Did you ever report any of this bullying to teachers?

A.   No.  I mean, I don't know these teachers, and obviously -- it feels like I had to warrant, like, them a backstory to why I'm being bullied, and I did not want to tell another person because it was already something that I was so, I guess, insecure about.  I mean, I was taken advantage of.  So it's not something that I wanted to spread to the whole world and tell everybody.  So it's not like -- if I was going to report to one of these teachers, they would need to know the whole story, right, because they're a mandatory reporter.  So they would need to know the whole story, and I wasn't willing to give them the whole story of the worst day of my life.

Q.   So other than the bullying in the hallways that you've described to me in February, what other bullying or harassment did you experience, if any?

A.   I don't necessarily remember.  I just know it was along those comments, and I don't know where they came from, but it was definitely just a small amount of instances that added up.  Those were just the main kind of two instances that I can give you for the month of February.

69

Q.   Okay.  And did you -- you said you didn't report the bullying to teachers.  Did you report it to Dean Devitt?

A.   Once again, like in January, I'd tell her very specifically what people were saying to me, and this is when I started getting, I guess, more comfortable to where I would tell her where it happened or I would be very -- I'm going to use the word "vague" again -- vague about the group of people that it came from.  So vague about "Oh, the football players said this to me" or "The girls in the bathroom said this to me," but I would never say names.  Once again, I would hide their identity.  I would be vague about their identity but what not what they were saying or, like, the social group that they were from.

Q.   And why wouldn't you just give her names?

A.   Because I would be bullied more.  If they were called into the dean's for bullying me, I would be bullied more because of that, and that was the last thing that I wanted.  And I felt scared.  I felt alone.  Like, I didn't know what to do in that situation, but as time would tell, you go and, I'm going to say, snitch on somebody, you're going to go tell on somebody for something that they did to you,

70

you're getting payback for that.  Like, that's just how teenagers are.  Like, you tell on them, and they're going to harass you even more because you told on them; and I was so scared of that because I was already having a hard enough time as it is.  If I said names and they were called into the dean's and they got in trouble for it, I couldn't even imagine how bad the bullying would have been.

Q.   So if you didn't give names and you were afraid of these people being called out, what did you want the district to do about it, what did you want the school to do about this bullying if they didn't know who it was and you didn't want these people called out?

MS. WOLF:  Objection, form.

A.   Once again, I'm not an administrator, but mental support would have been good.  Going to see a mental counselor and then actually talking to me as well as -- just Dean Devitt saying, "Oh, I'm sorry that happened," or also, not even talking to me and me waiting in her waiting room to where I'm talking with her secretary and learning random facts about her secretary, about how she has, like, ferrets, and, like, having that support rather than having to talk to her secretary to kind of just fill my mind that's

71

not with these thoughts.  So I'm talking to her secretary about her random pets rather than getting the mental support that I need.

So it's not very specific to those people are going to get the consequences they deserve. It's me getting, like, a higher level of mental health and actually getting the support that I needed.  I didn't care if they were being, like, like -- I don't know -- getting in trouble, but I just wanted some support.  I needed more support.

Q.    You were seeing a therapist at this time, correct?

A.    Yes.

Q.    And are you aware that your mother had informed Dean Devitt that you were seeing a therapist?

MS. WOLF:  Objection, foundation.

A.    No.

Q.    (BY MS. ORTIZ)  Okay.  Were you aware that your mom had specifically said she did not want one of your counselors involved in this matter at all?

MS. WOLF:  Objection, form.

A.    No.

Q.    (BY MS. ORTIZ)  Okay.  All right. You've told me a lot about what happened in February. Can you tell me, top of your head, do you recall how

72

many times you visited Dean Devitt's office?

A.    I know it was more than a handful.  I don't know however many times.  I wasn't taking, like, notes about specific days that I would go in or anything.  Sitting here today, I don't remember, but it's going to be quite a few times, like upwards of ten at least.

Q.    Okay.  All right.  Any other harassment or bullying that you recall in February of 2022?

A.    Not that I can remember right now.

Q.    And other than Dean Devitt, did you report the harassment or bullying to anyone else?

A.    Not that I remember.  I thought Dean Devitt would give me the mental support that I needed, when that wasn't the reality.

Q.    Did you talk to your mom about it?

A.    About what specifically?

Q.    The bullying or harassment.

A.    Yes, I did.

Q.    And did you tell her you didn't feel like you were getting the support you needed from Dean Devitt?

A.    No.

Q.    Why not?

A.    I didn't know how to say that.  I truly

73

(At this time Ms. Randolph left the room.)

Q.   Okay.  And do you recall how often you would go see her?

A.   Frequently.  As stated before in February.  I don't remember exactly how many times I went, but I know I was in there quite often.  Every single time that I felt any kind of panic or anything like that, I went in there.

Q.   And did you suffer or did you have any harassment or bullying in March of 2022 --

A.   Yes.

Q.   -- at Cherry Creek High School?

A.   Yes.

Q.   And tell me about that.

A.   Amongst all of the other small things I've stated before about certain comments from football boys and other people as well, there was one specific time.  This was after the restraining order, and this is when it kind of all just blew up at Cherry Creek High School where everybody knew because his dad was -- oh, yeah, his dad was served, and I remember hearing about it from other people.  Like, I didn't know about it from my mom.  I heard about it from other people because he told people.  And this is when

the bulling really heightened for me because now people were saying I was actually doing legal action about it.  And this is when it started getting, I guess, more physical in a way.

For instance, one example that I have for you, amongst many others, is I was in Mr. Miao's classroom, second period, and I am on the left side of the classroom facing the board, and he has the individual desks; and I was sitting about four back, I think.  And behind me are two football boys, ███████ and ███████████████.  ████████████ is sitting farther away, and then ██████████████████ is sitting a row to the right but one behind me, one or two behind me, and then ████ is on his right.

And I remember them -- instead of doing the math that we were supposed to be doing for Algebra 1, they would crumple up their pieces of homework or something like that, and they would throw it at my head.  So they would throw little, like, paper balls at my head.  And then sometimes I would open them up and see what was inside, and they would say, "You're lying," you know, the usual things that people are saying to me.  "You're lying," "You're ruining his career," "This is going to tank his football.  This is going to tank his college.  It's

81

going to tank NFL," right?  And this was quite frequent.  They would do this quite a few times.  They made a game out of it.  They would, like, make -- they made like a scoring board for it on, like, how many points they would get for each body part that they would hit on me.  So this was a game to them you had, and this was basically almost every single math class.

So, obviously, I wasn't really learning. I would be going home and asking my dad for math help. But in class, Mr. Miao, he would see this.  He would look back.  He would always turn to his -- this way to look at me because I'm like right here.  So he'd always turn to his left, sorry, and he would see the paper balls thrown at me; and he would see their guilty faces, but he would also see them in the act, and he would just turn right back around and start writing on the smart board, the whiteboard, and continuing his lesson.

Q.   Did you ever talk to Mr. Miao about it?

A.   Why should I need to if he saw it?  He never came to me to ask me, and that just said enough for me if he's not even going come up to me or even tell the boys to stop it, not even talk to me but tell the boys to stop, but he said nothing of the sort. So, yeah, no, I did not talk to Mr. Miao because I

82

felt like I did not need to because he literally saw

it all unfold.

Q.    What is your basis for saying he saw it?

How do you know he saw it if you didn't talk to him

about it?

A.    Well, he was looking at me.  I would see

him looking at me in the eyes, and he would see the

paper balls be thrown at my head.  They wouldn't stop

just because Miao -- Mr. Miao was turned around.  They

would keep going at it.  So he would see the paper

being thrown at me.  I was the only one on my side of

the classroom.  In that row, there was one kid, like,

at the front desk, and then there was a girl named

██████████████ right next to him, but other than

that, I was the only one on my side of the classroom,

like, in that row.  So it's very obvious when he's

looking in that direction, he's looking at me.  And so

he saw the paper balls being thrown at my head because

I physically saw his eyes look at me.

Q.    Okay.  So it's just based on your

perception of what you think he saw?  You never

confirmed with him that he saw it?

MS. WOLF:  Objection, form.

A.    He never confirmed with me either.

Q.    (BY MS. ORTIZ)  Okay.  But you never

83

to not ask somebody those questions when they're going through something.  It's like how somebody dies, and they're like, "How did they die?"  That's just rude.  It feels like just common human knowledge and decency to not ask those questions.  Like, no matter how sincere you try to make it, it's just a rude question.  So I think she tried to put a really mean question in a sincere way for sure, but I know for a fact that she was just really trying to know what happened just to know what happened, not how to support me because in no way would those details help her support me further.

Q.  And when you say you know that for a fact, how do you know that for a fact?

A.  I guess I don't know this for a fact, but I know it to my being.  This is what I feel.

Q.  Okay. All right.  Anything else in March?  Any other harassment or bullying in March of 2022 at school?

A.  Just the small instances that I can't necessarily give you a time or a date or a person.  I just remember that it was happening pretty frequently, but those are the main small ones that come to my attention sitting here today along with all the other small things that I've seemed to blend together

92

throughout the years.

Q.    Okay.  And we already talked about you talked to Dean Devitt about these things.  Did you talk to Dean Devitt about this interaction with your teacher, Shadwell?

A.    I did, yes.  She was very active in my teacher meetings, and I told her that they didn't really go well.  And once again, she didn't really say much about it.  She didn't really know how to react.  Obviously, she kind of has to side with the teachers, it feels like.  So she didn't really know how to react to that.  And yeah, I don't know.  She didn't really say much, as always.  She kind of just sat there blankly.  And then I remember telling her, and then she was being, "I actually have to go to a meeting right now."  She, like, went and left, and I just sat in, like, the secretary area of her office after it happened, but that's to the best of my memory what happened.  When I talked to her, it felt like she kind of immediately had something else to do, which I understand that she's busy, but also there was something that just happened to me.  Obviously, I'm feeling big emotions, so . . .

Q.    Did your dad go with you to talk to Dean Devitt about what happened?

93

A.    Not that I remember, no.

Q.    Do you know why not?

A.    He had work.  It was a school day, so he definitely had to be in the office or something like that.

Q.    Okay.  Any other adult you talked to about the harassment or bullying in March of 2022?

A.    Yes.  I also talked to Senora Vaega, Ms. Vaega, my Spanish teacher.

Q.    Tell me about that.

A.    I don't necessarily remember this conversation at all.  All I remember is that she kind of -- like, she was, like, a person to kind of cold call and call you out in class.  She did that to me a lot.

So then my dad set up, like, a meeting being like, "Hey, like, we understand that you're trying to support to ████, but, like, maybe we can start finding tutor sessions or something like that so when she gets cold-called again she'll actually know what's happening," and stuff like that, but also her classroom was just not a learning environment.

I sat next to a kid named ████████, who talked about the sexual assault quite a bit to me and wanted to know the details, as well as ████ from

94

the way to the soccer field.  And so I don't remember specific times that I was scheduled or how often I saw her, but I remember it was an hour-long session when I saw her, I'm pretty sure.

Q.  Okay.  And you just -- you said something that's going to make me ask you questions about it.  You said, "Besides instances that happened on the way to the soccer field."  What are you talking about?

A.  So as I stated before, I have eighth period off with ▮▮▮▮▮▮▮.  We both made JV 2 soccer, and we both loved soccer.  We both played club soccer.  So we'd always get ready in the West Building.  There's bathrooms right next to the West gym, so we'd always get ready in those bathrooms.  And then we'd walk to the field when the bell rang, and we had walked to the field, but then all of the other soccer girls, like the varsity girls as well as the JV 1 girls, who are older.  They're upperclassmen or sophomores.  And, obviously, that's scary for a freshman.  You know, you look up to them, but also, they're scary.

Q.  Okay.

A.  So they're, like, walking behind me, and I hear them talking about me.  Then I, like, turn

around and I'm like, "What?  I heard my name.  What's up?"  Because I was trying to make friends with the varsity soccer girls, and they were just being the same that everybody says, that I'm lying, like they can't believe that I actually did something about it, like it's just a rite of passage to be sexual assaulted at Creek.  They specifically said those words because they're burned into my brain forever, that it's a rite of passage to be sexually assaulted at Creek and that almost every -- and that a lot of Creek girls go through it or whatever.

And I also remember that during that time -- I don't remember when ▮▮▮▮ got his license, but I remember that he, like, was held back a grade for football, and I remember that he got his license or his permit or something that year.  And so I remember walking to the field, and the fields are at GV.  It's Greenwood Village.  And it's, like, the road across from the school next to the dam, and there's a parking lot for all the underclassmen there.  So when you walk, you see all the people walking to their cars too.  And I remember being so, so frightened and scared about seeing ▮▮▮▮ there because, like, it felt like -- I don't know.  It just felt like the restraining order or whatever -- I don't know.  It was

98

hard for me to, like, comprehend at that time.  So I can remember going to soccer practice and always feeling so scared that I would see him or always so scared that the varsity girls would say something to me and I wouldn't be able to say anything back or being asked questions while I'm warming up for soccer practice, and I don't know if the coach heard, but he was always earshot.  He was always watching us warm up because he would, like, critique us and stuff like that.  So we were in lines of two or three, and we'd all be, like, lined up.  And I remember, like, he would always stand in, like, the middle of some of the lines, and they would talk to me about it.  They would ask me about it.  They would ask these invasive questions that people had been asking or accusing me of things that people have been accusing me from, like what I've said before.  And so I remember being asked that a lot during soccer practice, where it felt like the only time that I could get away is now something that's a chore and now it's something that feels so painful to me because it's brought up.  Like, a safe space to me, like, where my brain can finally relax felt like all of a sudden something that I'm stressing about and something that I'm scared about, and I don't know if the coach heard it, but I remember him being

99

brain isn't wired correctly.

Q.    (BY MS. ORTIZ)  And were you -- when did you learn that you were going to be evaluated for a 504 plan?

A.    I don't remember.  I don't remember a date or anything like that.

Q.    Were you receptive to that idea?  Were you against that idea?

A.    I thought it would definitely help with helping get my grades up and everything like that and also just giving me the support that I needed.

Q.    And did it help?

A.    I think so.

Q.    Did you stay on your 504 when you went to Valor?

A.    Yes.

Q.    And was it updated every year?

A.    Yes.

Q.    Did you -- did it continue through your senior year?

A.    Yes.

Q.    And do you -- are you going to be having your university -- I think you're going to Graceland?

A.    I am.

Q.    And is Graceland also going to be

110

implementing the 504, or do you know?

A. I don't know specifically yet. I don't really know the dynamic of the classroom yet or how -- like, how distracting the classrooms are, so it's really going to be something that I see in person, and depending on how I feel in that situation, I'll go from there.

Q. Okay.

A. Yeah.

Q. All right. I think that's all I was going to ask you about on that one. That one mentions a Title IX complaint, and I'm going to hand you that next.

A. Okay.

(Deposition Exhibit 68 was marked.)

MS. ORTIZ: I think this has been marked Exhibit 68.

Q. (BY MS. ORTIZ) And were you aware that your mom filed the Title IX complaint on your behalf in March of 2022?

A. I'm aware that she did it. I didn't really know what it entailed or anything like that, but I have full confidence in my mom that she was doing the best for me.

Q. And did you know at the time or did you

111

learn after?

A.    I'm pretty sure I knew at the time, but I don't really necessarily remember the timeline.

Q.    And when you look at this document -- you can take a minute to read it.

A.    Right.  Okay.

Q.    Did you read this document before your mom submitted it?  Do you remember?

A.    I don't remember reading this, but I feel like I remember her telling me what she was going to say.

Q.    And it doesn't mention anything about harassment or bullying.  Do you know why?

A.    Because I would always go to her when I just needed support.  I wouldn't really talk to her about the specifics, and I also feel like mainly it was for -- I don't know -- what happened with the sexual assault, not the bullying afterwards, but I don't really know.  This is my mom's doing.

Q.    Did you ever file a complaint -- a Title IX complaint about the harassment or bullying that you experienced?

A.    I don't think so, no.  I was 15 years old.  I didn't know how to do that.

Q.    Did you ever ask your mom to do that on

your behalf?

A.    Not that I remember.

Q.    Okay.  Why not?

A.    I don't -- I didn't know what this means.  I didn't know what it would do.  This felt like -- I don't know.  It was kind of out of my -- I didn't know how to process it, and I didn't know what to think about it.  I truly didn't really know what it was.  So it was -- like I've said before, it was my mom driving, and I was in the back seat; and I trusted her with my whole heart.  So I didn't have much to do with the legal side of things freshman year.

Q.    All right.  Fair enough.  All right. And I talked to you before we took a break about a concussion you sustained.

A.    Correct.

Q.    Let's take a look at that.  This is one of your medical records that you provided to us, and we're 6- --

THE COURT REPORTER:  69.

(Deposition Exhibit 69 was marked.)

Q.    All right.  And this is a medical document that your attorneys provided to us as part of discovery.  Have you reviewed -- did you review the medical documents before they were provided to us; do

113

you know?

A.   No, I don't think so.

Q.   So if you look at the top -- the very top of this form, it says, "███████ is a 15 year old female who sustained a head injury on 3/29/211."  I think it's supposed to be 2021 based on the date below.  "Mechanism of injury:  Fell at soccer."

Does this refresh your recollection about a head injury you got during soccer in March?

A.   Yes.

Q.   And then if you go down, do you see where it says Assessment?

A.   Yes.

Q.   And it says, "Head injury with concussion"?

A.   Uh-huh.

Q.   "Note:  Requesting accommodation to work load at school given."

Do you remember getting a note to take to school -- oh, don't write on the exhibits.

A.   Oh, sorry.

Q.   That's all right.

THE DEPONENT:  It's a line she drew.  Just for the record, I'm not upset about it, but it --

A.   Thank you.  Sorry.

114

Q.    (BY MS. ORTIZ)   Do you remember getting a note to take to school?

A.    Yeah.  I don't really remember what it said or anything like that, but I remember bringing it to the trainers.

Q.    Okay.  And then "Restricted activity discussed."  Do you remember what activities were restricted?

A.    I remember I couldn't play soccer for a little bit, but I don't really remember anything else sitting here today.

Q.    And then "Make a follow up appointment to be cleared for activity after asymptomatic and step 3 of return to play passed."

I didn't see anywhere in your medical records that you did have a follow-up appointment. Were you at some point cleared by your doctor to play soccer again?

A.    I was cleared by the trainers at Cherry Creek High School.

Q.    Okay.  Do you remember when that was?

A.    Around two to three weeks after, I think, something around there.

Q.    Okay.  All right.  I think we are done with March at that point, which takes us to April.

115

MS. WOLF:  Hey, Holly, do you want to just replace so we have a clean one with my exhibit? Because I didn't write it on except down here, so we can just put the Exhibit 69 sticker.

MS. ORTIZ:  Sure.  Let's just keep it clean.

THE DEPONENT:  Sorry.  I didn't know.

MS. ORTIZ:  No, no, it's not your fault. That was a rule I should have told you at the beginning, and I did not.

(Deposition Exhibit 69 was remarked.)

Q.   (BY MS. ORTIZ)  All right.  Let's talk about April.  Did you have any -- was there ongoing harassment or bullying in April of 2022?

A.   Yes.  A bunch of the small comments and everything like that as well as this one main instance that I can remember very well.  I was walking during eighth period in the hallway, and there's a dean's office right at the end of the West Building hallway next to the gym and the bathrooms and the yoga classroom -- or the dancing classroom, I guess.  And there's a dean's office, and there's a secretary's office; and then you walk into the dean's office. Correct?  And me and ███ were in the dean's office getting candy, like, in the secretary's part of it,

116

getting candy, me and ██████████████ .

And I remember one of the boys, and I think it was ████████████ -- all of the football players were circled up in the dean's office because that's where they used to hang out quite a bit, and ███████ wasn't there, but it was a lot of other football boys. I don't really -- I didn't know any of their names besides ██████████████, and I remember ████████ calling me into the room in, like, the circle of football boys; and, like, half of them were sitting, half of them were standing. I remember walking in there, and I was just like, "What is going on?" So then they started forming a circle around me kind of. When they formed a circle around me, they started asking me such intrusive and invasive questions, being like -- the same things as usual, being like, "You are literally going to ruin his career. I don't know why you're doing this. It's literally pointless," like "This is so stupid," "You're being such a B word," everything like that and being very harmful with their words.

And I remember being like, "Okay. Just let me go." And I remember one of the boys standing in front of the door and kind of blocking my exit to leave. I was like, "Oh, my gosh. Let me leave.

117

Leave me leave."

And ▮▮▮ finally came in and was like, "C'mon, ▮▮▮ c'mon."  And so I finally got out of the dean's office, but I remember the secretary being there, sitting there, just, like, looking in the whole time, and I remember her literally seeing everything. Like, I remember her, like, looking in my eyes after it happened and, like, hearing the whole conversation because the door was wide open.  It was just like the football player that was standing in front of the door, and that's why I couldn't get out; and the secretary was probably 3 feet away from the door frame.  So she definitely -- well, to my knowledge, I feel like she heard it.

Q.   Do you know her name?

A.   I do not, no.

Q.   And whose dean's office was it?  Do you know who the dean was?

A.   I don't remember.  I've never been in there besides that instance or to get candy from the secretary, but that was just "Hey, can I have some candy?" and then walk away.

Q.   And you said that there were several football boys in there.  Do you remember how many?

A.   I don't necessarily remember a number,

but it was quite a few, probably six or seven at least.

Q. And why did you go in there if you knew that the football boys had been giving you -- had been harassing you or bullying you?

A. At this time, I still tried to see, like, the good in people. I would still give people the benefit of the doubt. Even though I was hurting, I felt like there was not a reason to be mad at the world, right? Even though people were being mean to me, it's not like I wanted to take it out on them. It was never my intention or never my goal even though I was hurting so bad on the inside. And so when they asked me to come in, I was like, "Sure. What do you guys want," right? I'm still thinking that they're good. I'm still thinking the best in them. And, like, all those small little comments, they kind of just started to not faze me so much because I've heard them so much. You get used to it. You have a new, like, mail. You have a new standing ground, right? So I started just getting used to the comments.

So then I walked in there with like them like -- I had no idea what they were going to say to me. I know there's a past, but I didn't know what they were going to say to me right then. It's not

119

like they were like, "Hey, we need to ask you a few questions about ████ " before I walked in or I wouldn't have walked in. But I walked in there thinking that they had, like, the best intention because I'm not going to just inherently think that they're evil people now, right? I walked in there because I was curious and I wanted to know what was up. Normal people and good people don't bully somebody for something that they've gone through. So I -- even though that they have a past of doing it, I thought maybe they were going to say sorry or something.

Q. And were some of these boys the boys that had bullied you previously?

A. ████ has said a few comments to me, and then all the other boys were kind of just like in the background of the bullying, if that makes sense. They were kind of just there when it happened, but they weren't saying anything. I don't remember their names or who they were or anything like that. I just remember that it was, like, a very specific group of the football boys that were really hard on the bullying.

Q. And the secretary who was in the -- so I guess -- describe to me the layout of what that office

was.

A.    Sure.  You walk in to the door, and it's kind of, like, an L shape; and the door is the end of the L, if that makes sense.  And so you walk in. There's two chairs on your left side, and then there's, like, a -- there's, like -- the majority of the room is to your right.  And then right when you walk in, there's the secretary's desk.

I remember the candy bowl was on the bottom right-hand side of her desk, and you would always come and pick stuff out; and she had, like, Smarties in there and whatever it was.  So then, she would always stand right there.  Her computer would, like, basically, block her face.  And then if you're sitting at her desk, you turn to the left and you see the dean's office.  So the door frame is like on the -- like, right to her left.  So if you're walking into the door to the secretary's office, it's on your right, if that makes sense.

And when you walk into the dean's office, there's, like -- there's a door separating them, but you walk into the dean's office, and the door was almost always open; and it had white shutter blinds like that.  And you walk in.  And I don't necessarily remember the exact layout of the dean's

121

office because there was so many football boys that I couldn't really see it, but I know that there was a bunch of chairs there because a lot of the football players were sitting in chairs.  And then, the dean had a really big desk that some of the football players were sitting on as well.  And that's really all I remember.  I felt like it was a pretty big office, like, compared to Dean Devitt's specifically, but I don't necessarily remember, like, the furniture layout of the dean's.

Q.   And I think you told me this, but you don't remember who the dean was?

A.   No, I don't.

Q.   Was the dean present?

A.   No.

Q.   Okay.  All right.  And did you report that incident to anybody?

A.   This one, I remember specifically that I reported this because Dean Devitt said, "There was no dean present?" to me, and I remember she was so -- she was, like, confused.  She was like, "There was no dean present?  Like the office door was open?"  And she was kind of confused.  Because I remember being like, "It was in the dean's office in the West Building," because I told my mom when this happened because I

122

think this is the scariest instance that I felt like I had went through because it was me versus a bunch of offensive linemen, who are over 300 pounds, basically, and then some smaller guys, but they're still big. They're like 6, 3. And I remember that feeling really, really scary.

I remember walking to Dean Devitt's office. I don't know when I reported it, but it was pretty recently after. That was during eighth period. So I guess it was the next day, but I don't really know the timeline, and I remember, like, talking to her about it and the door was open to her office, like, the entire, like, secretary lobby could hear me. And I remember telling her, and I was like, "I don't know what the secretary saw. Like, I didn't know what to do. Like, ██████ had to come and save me," whatever.

I just remember her being like, "There was no dean present?" And that's, like, all I remember from the conversation with her, but I mean, that -- that's really what it was. That was the base of it.

Q. Okay. Did you report it to anybody else besides Devitt?

A. No.

Q. Okay.

123

A.   I wasn't talking to anybody else during this time.

Q.   Did you ever report any of the football behavior conduct to one of the football coaches?

A.   No.  I didn't know the football coaches. I didn't know what they looked like.  I didn't know who they were.

Q.   Did you tell your parents about this incident?

A.   I did.  I told my mom specifically.

Q.   Do you remember when you told her?

A.   That night.

Q.   And what was her reaction?

A.   She was just like, "Oh, my gosh.  Like, what is happening?  I'm so confused."  She was just stunned.  I don't know how -- she didn't know how to process it, to my recollection.

Q.   Okay.  When you talked to Dean Devitt about this incident, did you give her names of any of the football players?

A.   Well, the issue was in that room I didn't know any of their names, so I couldn't have given names even if I wanted to.  The only one that I knew was ███████, but that was, like -- it was, once again, the same logic.  I didn't want them to

124

come back harder if I told on them, but that instance was so scary.  I was about to, and then I tried to look up their names on MaxPreps and, like, ask people around, but I just couldn't figure out their names, and I felt like it didn't mean anything if I had only had two to three names rather than the whole bunch of guys.  So I didn't say names in this instance, no.

Q.   Anything else?  Any other harassment or bullying in April of 2022?

A.   Yeah.  In my science class, which it was right -- it was my fourth period, I think, so it was right after Ms. Shadwell's English class.  And I would always change the route every single day so none of the football players would know if I was inside, outside.  Even a couple times, I went on the full outside, like, the front of Creek High School, to walk up to West.  I was walking to my science class, and the way that West is set up is a square.

Q.   Okay.

A.   It's, like, really weird how it's, like, around, but it's just a bunch of blind corners.  And I remember one time there was -- my science class is full of boys, but they all played lacrosse or baseball.  So none of them played football, but they were still, like, on ████'s side about everything,

125

and I remember them harassing me constantly, but there's this one time they really did to the point where I, like, yelled.  I was like, "Stop, stop," because they kept saying the same comments I've stated to you previously to where my teacher called me out of class and she, like, made me go sit in the hallway, and she goes, "What is your attitude problem?  What is up with you?" or something along the lines of that.  And so I didn't even know what to say, so I just started walking around.  And then I remember walking to the left because -- if you're, like, looking at the West Building on a map, it was, like, the top left corner was my science class.  And I remember walking to the left, so walking to the top right side of the building basically, and I remember seeing my sister through the window; and I just, like, immediately started crying.  Then one of the football players named ███████, one of the football players -- I don't know his last name.  One of the football players named ███████, who was usually pretty quiet to me, looked at me crying and just started laughing, to where he got out in the hallway, and I started running to the -- I start walking to the bathroom.  And he was just following me, laughing.

Q.   Did your sister come out once she saw

126

you crying?

A. She couldn't. She was like one person goes out at a time or something like that. All I remember is that she said that she couldn't or something.

Q. Okay. And so this -- when you were telling the boys to stop, what were they saying?

A. They were just saying that I'm lying or that I'm literally ruining his career and I'm ruining his future and that everything that I'm saying is just so -- or everything that I'm going through is deserved because I'm ruining his life so people should ruin mine.

Q. Okay. And that was going on in class?

A. Yes.

Q. And so when -- who was your science teacher?

A. I don't know her name, unfortunately. I don't remember.

Q. Okay. And you said she took you out in the hall?

A. Yes.

Q. Did you tell her what was going on, why you were upset?

A. I couldn't even get words out. You know

127

like when you have a lump in your throat when you're about to start crying?  That's how I felt.  I couldn't even speak.

Q.    So is that you didn't tell her?

A.    No, ma'am.

Q.    Okay.  And when you said you walked to the left and then you went down to the bathroom, what happened next?

A.    I sat in there.  I had, like, a panic attack in the bathroom.

Q.    And after that?

A.    Crying.

Q.    Did you go back to class?  Did you go home?  Did you go to Devitt's?

A.    I just walked around until the class was over and grabbed my backpack, to the best of my knowledge.

Q.    Okay.  Did you report that incident to Dean Devitt?

A.    I don't remember.

Q.    Do you remember reporting it to anyone besides Dean Devitt?

A.    Not that I know.

Q.    Did you tell your mom about it?

A.    Yeah.

128

Q.   What did she say?

A.   She supported me, comforted me.  I don't remember what she said.

Q.   Did you tell her -- did you text her? Did you call her?  Or was it later in the day when you were home?

A.   It was later in the day when I was home. It was in person.

Q.   Did you ever ask your mom not to report any of this harassment to the school?

A.   I don't remember.  I don't think I did, but I don't know.  I think she just wanted to be there to support me, and I remember her just being, like, just don't -- like, just keep -- I remember her being just be here for me, I don't care about the rest, but I don't remember anything else really.

Q.   Did you ever ask her to report any of this to the school?

A.   No, not -- not that I can remember.

Q.   Why not?  Same reasons, afraid of increased --

A.   Yeah.

Q.   -- retaliation?

A.   Yep.

Q.   And what did -- did you want the school

129

to make the harassment or bullying stop?

MS. WOLF: Objection, form.

A.   Like I've said it before, I just wanted the support that I needed.  I didn't know how they could make the bullying stop.  I just wanted the mental support and the help that I needed during this time.  I wanted myself to be okay.  I didn't really care about the bullying.  Obviously, the bullying stopped, and it made my mental health show much worse; and it made me in such a worse mindset.  And it really affected me as a person, but I think the main goal for me to be supported and me to feel okay.  It's like what I said before.  I couldn't say anything about the bullying or it would affect me more.

Q.   (BY MS. ORTIZ)  So what kind of supports did you want that you weren't getting?

A.   I wanted to be able to talk to somebody and for them to talk back and actually, like, understand me rather than Dean Devitt kind of just sitting there blankly or even just brushing me off to where I'm just sitting in her secretary's office and not be able to talk to her, or when I did talk to her, her door was wide open and then boys would come in and start talking to her and having fun with her and I'm sitting there teary-eyed.  Once again, I'm like not

130

getting help.  There one time where she was like, "Let's go to the mental counselor's office" or whatever, and she took me to a college counselor.  I don't remember her name or something.  I don't remember the experience at all.  All I remember is her asking me about my college life, acting like I'm not a 15-year-old freshman.  I have no idea.  And I remember her just always brushing me off, and it would have just been really nice if she could have just closed the office door and just had a heart-to-heart conversation with me rather than just being like, "Well, I'm sorry.  I don't know what to do.  I don't know" or just leaving me in the secretary's office where I would talk to her secretary more than her. Like, I knew more about the secretary's, like, life than Dean Devitt's life.

Q.  Did you ever tell Dean Devitt that, what you needed from her?

A.  I didn't know how to word that.  It was like what I've said before.  It's a power figure.  How do you go against that, right?

Q.  Did you ever tell your mom that you needed different support than Dean Devitt was giving you?

A.  I started talking to my mom about how

131

Dean Devitt wouldn't really talk to me or how she would always kind of brush me off.  Sometimes my sister would come to the dean's to comfort me, and I would send my mom pictures of me and ▮▮▮▮, my sister.  So that was the support that I was getting. So she was kind of understanding and becoming more aware that Dean Devitt wasn't really there for me just because of -- I don't know -- the trend that was happening of me feeling worse after school every day.

Q.  When did you start reporting to your mom that Dean Devitt wasn't giving you the support that you wanted or needed?

A.  I don't specifically remember a date.  I know that I texted my mom quite a few times, being like "At the dean's again.  Just sitting here doing nothing."  Or I'd send a picture of me and ▮▮▮▮, and she'd be like, "Why is ▮▮▮▮ in there?"  And so I don't really think I specifically said anything to her, to my knowledge, that I remember sitting here today, but I remember that she was starting to catch on that I wasn't really getting the support, just the way that I was texting her throughout the day or the way that I would always ask her to come and get me or come and bring me lunch because I couldn't leave the bathroom or I couldn't leave the secretary's office,

132

stuff like that.  So I think it was more of a trend she caught onto rather than me telling her about it specifically.

Q.    And did you provide all of those texts to your attorneys as part of when we asked for them in discovery?

MS. WOLF:  Objection, form.  You can answer.

A.    Yes.

MS. ORTIZ:  Counsel, we don't have a lot of the texts she's describing.

MS. WOLF:  I have everything that I understand, but we will go through and make sure that we provide everything to you.

MS. ORTIZ:  Okay.  I can tell you I don't have any texts from Ms. ███ with pictures of her sister.  We have one text from her mom with a picture of her sister, but nothing from Ms. ███

MS. WOLF:  Sorry.  And we can go off the record.  I'm just confused about the relevance of the picture of her sister.

MS. ORTIZ:  My concern is I don't have all the texts.  I just want to make sure --

MS. WOLF:  Are you saying you should have all the texts between her and her mom even if

133

they're not about this case?

MS. ORTIZ:  Well, no, but all the ones she's described are about this case, and from what she's described, I don't have them all.

MS. WOLF:  We will definitely look for them.

MS. ORTIZ:  Okay.  Thank you.

MS. WOLF:  Yes.

Q.   (BY MS. ORTIZ)  All right.  Anything else in April of 2022 -- any other -- strike that.  Let me fix that question.  Any other bullying or harassment in April of 2022?

A.   Just the small things as stated before.

Q.   You've referred to the small things before.  Are those things people saying, like, you're ruining his life, the comments like that?

A.   Yes.

Q.   Anything else that are included in the small things?  I want to be sure we have a clear record.

A.   Girls just saying stuff to me about how "I started talking to him and he didn't do this to me" or "He told me he didn't do that when I hung out with him."  Yeah, small things like that.  But they would be on my side but in a weird way.  They would be like,

134

of times.  And I didn't ask you about April.  How often were you visiting Dean Devitt in April?

A.    Numerous times.  I think it was pretty consistent throughout the months.

Q.    Okay.  Did you in any way track your visits?  Did you mark them on a calendar or anything?

A.    I did not, no.  Yeah, no.  There was no way that I, like, tracked it like that in a Notes app or anything.  I did not.

Q.    And how long was your average visit with Dean Devitt?

A.    It really depended on the day and the situation.  It would range from 10 minutes to where I just needed a quick breather or it would be two hours.  It really depended on what I was going through that day.

Q.    Okay.  That makes sense.

A.    Yep.

Q.    And did -- as the year progressed, did that change or was that pretty much the same throughout the second semester of 2021-'22?

A.    To my recollection, I remember it being, like, pretty much the same.  Like, it really just depended on the day, so I can't really give you a definite answer.

137

Q.   Sure.   That makes sense.   All right.
Let's go back to May.   You said you visited Dean
Devitt, I think you said, a handful of times; is that
right?

A.   Correct.

Q.   And when you'd visit with Dean Devitt,
you said sometimes you would just be out talking to
her secretary, sometimes talking with her.   Were other
people present for your visits with her?

A.   Yeah.   For the most part, there was
always people in her office or, like, in the waiting
room, I like to call it, which is the secretary's
space.   There was always people out there, and that's
why I really strived for just having a closed-door
meeting or conversation with Dean Devitt, but it felt
like I never really got those.   And so I'd either put
in my EarPods and just listen to music in her
office -- or in the chairs in the secretary's office
and kind of just, like, get into my own world to
comfort myself, or rarely when Dean Devitt would try
to, like, talk to me or if I would come up to her "And
I really need a conversation today.   I really need
help," she would leave the door open in her office
most of the time, so it felt like there was no
privacy.   It felt like the conversations weren't

138

productive at all because I couldn't actually be true to what I was saying because I knew there was five pairs of ears listening to me out five feet over.

Q.   Did you ever ask, "Can I shut the door"?

A.   I feel like I shouldn't have to.

Q.   But did you ever?

A.   I don't remember.

Q.   Okay.  And when you reported bullying or harassment -- and let's -- I should have done this all along, but let's go back to January of 2022.  When you talked to Dean Devitt about bullying or harassment, were there any witnesses to that conversation?  Was anybody in the room with you?

A.   Not that I can remember, no.

Q.   How about when you reported bullying or harassment in February of 2022 to Dean Devitt?  Was there anybody in the room with you?

A.   Not that I can remember.

Q.   And how about March 2022?  When you reported bullying or harassment to Devitt, was there anybody in the room with you?

A.   Not that I can remember.

Q.   And April of 2022, when you reported bullying or harassment to Dean Devitt, was anybody in the room with you?

139

A.    Not that I can remember.

Q.    Okay.  And so that gets us to May.  A handful of times.  Were you experiencing any bullying and harassment in May of 2022 at school?

A.    Yes.

Q.    And tell me about that.

A.    The same things that I've stated before to you, what I like to call the small things that add up and those very specific comments that I hear constantly.  And, yeah, I feel like at that time I was really -- I really found a way to hide myself.  I finally understood, like, the routes in which to take or to just hide in the bathroom during passing period and then be, like, barely on time to class so then I wouldn't have to see people and stuff like that.  So there isn't really, like, a very specific event that I can give you during May --

Q.    Okay.

A.    -- but I know there was still the same harassment that I've been getting for the past four months leading up to that date, but during May, I finally understood how to get away from it because I was having to deal with it since January.  So . . .

Q.    So is that when you started, I think you said, hiding in the bathroom during passing periods?

140

That was in May?

A.    Correct, but it was also throughout the semester as well.  I think it just got more frequent in May, especially during the mornings.  My sister was in band, and so she liked going to the musical room in the morning, which is in the fine arts building.  And she would always -- she would always come to school early.  So we'd get to school around 7:30ish most of the time.  School starts at 8:20, and so I would have 50 minutes to do nothing.  So I would always just sit in the East Building bathroom and just sit there because I didn't want to talk to anybody, I didn't want to see anybody.  I knew they were going to ask questions.  So I just sat on the big stall -- like, sat on the big stall floor and just, like, sat there and, like, either looked at the walls or just watched something on my phone just to get away.  And so I finally, like, started understanding how to get away from the bullying and how to, I guess, just deal with it myself because it felt like I had nobody else to go to.

Q.    How come you didn't go into the music room with your sister?

A.    You know, sometimes I would just to say hi to her boyfriend at the time, but most of the time,

141

I just -- I didn't -- I didn't want to be around people because everybody knew.  And I don't know.  I didn't know how they would react or what they would say to me, especially with ████'s friends, not my own.  So I didn't really know what they knew or not.  So I didn't really want to indulge in that conversation.

Q.    Okay.  All right.  There were, I think, two incidents in May involving the training room.  Do you know what I'm talking about?

A.    Yeah.

Q.    What do you recall about those?

A.    I recall taking a video of me being facedown on one of the training tables waiting for -- I don't even know.  I think it was during -- actually, I don't even know why I was in there.  Maybe getting my ankle taped or something, but I have no clue.  And I remember, like, laying with my belly down and my back up on the training table, and ████ saw me in there.  And the way that the room is set up is there's two doors on opposite sides of the room.  And I remember I was next to one door, and he was next to the other door.  Instead of just walking out that door he was closest to, he walked right past me with his crotch level to my face and walking out the door right

142

next to me.

Q.    And you said you videotaped that?

A.    Yeah, I think so.

Q.    Using your phone, I presume?

A.    Yeah.

Q.    Don't have a video camera on you.

A.    Yeah.

Q.    Did you turn that videotape over to your attorneys as part of this litigation?

A.    I don't remember.  I think so.  I don't remember.

MS. WOLF:  I'll look into it.

MS. ORTIZ:  Okay.  Thank you.

Q.    (BY MS. ORTIZ)  And what did -- did he talk to you?  What happened?

A.    He didn't say anything.  He just stared at me and walked right past me, to my memory.

Q.    And what did you do at that point?

A.    I just -- I froze, and then I think a couple minutes later, I just walked out of the trainer and sat, and sat in the bathroom.  Because usually I would sit next to the stairs that leave out that West Building door that I drew.  There's stairs next to it, and usually I would sit on those stairs, but before then, I had another instance with ██████ like, on the

143

stairs to where he was just staring at me.  So I didn't feel like that was a safe place either.  So I just went into the bathroom, I'm pretty sure.

Q.   Did you report the interaction -- at the time it happened, did you report it to the trainer in the training room?

A.   I do not remember.  I do not think so, though.

Q.   And did you report that incident to Dean Devitt?

A.   I think my mom did.

Q.   Okay.  Did you report that incident to the police?

A.   I think my mom did.

Q.   Okay.  And do you recall writing a statement about that incident?

A.   I think so.

Q.   Let's take a look at that.

A.   I do remember because you're about to pull it up.

Q.   I am about to pull it up.

(Deposition Exhibit 70 was marked.)

Q.   There's actually two statements here, and if you'll just take a minute to read these, then we can chat about them.

144

A.   Perfect.

Q.   Are you ready?

A.   Yes.

Q.   All right.  So let's look at the one on the first page.  It's dated 5/10/2022, and this is Exhibit 70.  Do you remember writing this?

A.   Yes.

Q.   And is this the one you just described to me?

A.   Yes.

Q.   And so this occurred on May 4th at about 3:15 p.m.?

A.   Correct, during eighth period.

Q.   Okay.  That's what I was going to ask you.  Is that during the school day still?

A.   Yes.

Q.   Okay.  So he was already in the training room when you first got there?

A.   Correct.

Q.   Okay.  And then he left.  Did he come back that day?

A.   Into the trainer's?

Q.   Yes.

A.   Not to my recollection.  I don't remember.  I think he was in the weight room, which is

145

and was not breaking anything.

Q.    Anything else in May that stands out as harassment or bullying?

A.    Not really anything that I can recall. I mean, I'd keep getting those comments, like, from everybody, just the same stuff that I've been going over with you throughout every month, but there's no other really big instances that I can think of as of right now.

Q.    And were you aware that your mom reached out to Principal Silva in May of 2022?

A.    I remember she reached out, but I don't remember what it was about or anything such.

Q.    And did you know that she met with him at one point?

A.    I do know that she met with him, but I didn't know the cause of the meetup.

Q.    And do you know what occurred in the meeting?

A.    No.  I just remember my mom being upset, and I didn't even want to know after the reaction that she gave me.

Q.    Okay.  And you're aware that that meeting was recorded?

A.    Yes, I learned about that.

148

Q.   Have you ever listened to that recording?

A.   I have not, and I don't want to.

Q.   Okay.  All right.  Did you report any harassment to Dean Devitt in May of 2022?

A.   You mean the harassment from ██████ or anybody?

Q.   Anybody.

A.   No.  I don't remember, like, specifically telling her anything, but also no big instances are coming up for me that happened besides ██████ situations.  So I think I was just going in there and sitting in her office and just -- or sitting in the secretary's office, and she just, like, never really talked to me or anything like that, so I just stayed silent because I was tired of her just not being supportive and her just letting me sit there and cry.

Q.   All right.  And did you report the incident with ██████ staring at you to Dean Devitt?

A.   No, but I did tell my mom.

Q.   Okay.  Did you tell your mom about any other harassment in May of 2022?

A.   Just the same things that I've been telling her from the months previous, just what people

are saying.  At this point, I'm kind of getting used to it because that's my new normal, my new baseline, my equilibrium.  I definitely wasn't telling her, like, as much just because it's so normalized for my being now.

Q.   Did you talk to your dad about any of the harassment in May of 2022?

A.   No.  I really didn't talk to my dad very much at this time.  He was just, like, filled with rage from what happened to me and how I'd been treated, and so I don't know.  It felt more comfortable talking to my mom about everything just because she's another woman, obviously, so . . .

Q.   And were you aware that your mom sent emails to Dean Devitt thanking her for her support in May of 2022?

A.   I am aware.

Q.   Did you know at the time?

A.   I did not, no.

Q.   When did you learn about that?

A.   Like -- I don't know.  I don't remember.

Q.   Have you ever --

MS. WOLF:  Objection to form.

MS. RANDOLPH:  Tell her not to talk about what we talked about.

150

Q.   What did you do after you saw the video?
What did you do with that information?

A.   I didn't do anything.  I really just sat
with it and -- yeah, I was sad for the girl.

Q.   Did you feel the need to report that
video to anybody?

A.   I saw it when it was already reported.

Q.   Do you have a copy of it?

A.   I don't, no.

Q.   Did you ever have a copy of it?

A.   I did not.

Q.   Okay.  You already answered that one.

Some of this, you answered to.  So . . .

All right.  Take a look, please, at page
8, and I'm looking at paragraph 54.

A.   Okay.

Q.   And it says, "Ms. Doe began crossing
Union Street for her lunch period because she was
confident she would not encounter Mr. Jones there, as
she knew he either stayed on campus or traveled in a
teammate's car to a more distant location for lunch."

Where is Union Street?  Which street is
that?

A.   I don't remember.  It's one of the
streets next to Belleview.  It's either the street in

180

between Creek and the path going behind the King Soopers or the streets in front of it, but I don't know.

Q. It says, "Ms. Doe began crossing Union Street." When did you begin crossing Union Street?

MS. WOLF: Objection, form. Do you want to --

Can she look back at the paragraphs before it?

MS. ORTIZ: Sure.

A. Okay.

Q. (BY MS. ORTIZ) So when did you begin -- this says you began crossing Union Street for lunch. When did that begin?

A. I don't remember an exact date when I started crossing Union Street. It was kind of the same thing, how I would change the route every time I'd go to class, and that just became present in every aspect of me walking on Creek campus or around it.

Q. And if you look at paragraph 55.

A. Okay.

Q. "Ms. Doe stopped going to the library at lunch." How often -- before the assault, how often were you going to the library at lunch?

A. I would go sometimes to study or

181

whatever it was because my mom really made it clear that I should be using my off periods more.  I don't know.

Q.    And when you say "sometimes," is that once a month, once a semester, ten times a semester? What is it?

MS. WOLF:  Objection, form.  You can answer.

A.    I don't really remember.  Maybe, like, once a week or something like that.  I don't know.  I don't really have great recollection of when I was in the library or how many times I was.

Q.    (BY MS. ORTIZ)  And what would you do when you were in the library?

A.    I would either, you know, do my homework and study or I'd go and hang out with some friends in there because it's, like, a quiet space.  So I would do either one of those things, yeah.

Q.    Okay.  Is there a reason -- because if you look at the last sentence of this paragraph, "As a result, she was not able to use that time to study as she had done previously."

Why couldn't you use that time to study?

A.    I'm on edge constantly.  There's always something to be worried about in Creek now.  I was not

182

but I walked into the dean's office and I sat on the opposite side because the chairs kind of make a half square like this.  So I sat on the opposite side of him.  And I remember him -- like, right when he saw me, he, like, took a picture of my shoes, and he, like, showed me my shoes; and he was like, "They're really dirty."  That was, like, his intro to talking about what is stated here.

Q.    And when you say in the dean's office, which dean?

A.    Dean Devitt.

Q.    Okay.  I want to make sure we weren't in the other dean's office that you described.

A.    Thank you.

Q.    And who is █████████?

A.    He's a football player as well.

Q.    Okay.  And what month did this incident occur?

A.    I couldn't tell you, honestly.  I don't remember what month it happened in, but I think it was one of the later months, like March, April, May, if I would guess.

Q.    And then he says, "A bunch of girls at Creek get raped and they don't do anything.  Why didn't you just shut up?"  Did you tell anybody about

190

this statement?

A.    What do I say to that statement?  I really -- I don't -- there was nothing that I could say.  Once again, I was kind of frozen in fear.  "Why don't you shut up" is a really powerful thing to say to a victim who is barely gaining her voice back, and so really I didn't know what to say to anybody; and I didn't understand it.  And it was like how I stated before, how the varsity soccer girls would tell me that it's a rite of passage to be sexually assaulted at Creek.  These mesh very well together in the way that it's a reoccurring theme.

Q.    And so is your answer you didn't report this to anybody?

A.    I did not, no.  I didn't know what to say or who to say it to because Dean Devitt was not present during this time to my memory.

Q.    Okay.  So I don't think I've asked you this.  I asked you what the layout of the other dean's office was.  What was the layout in Dean Devitt's office?

A.    Can I just draw it for you?

Q.    That would be great.  I'll see if I have another spare laying around of exhibits.  Here.  We'll use another one of your transcript's pages.

191

A.  My grades just mean nothing to you, do they?  All my hard work.

Q.  Well, you're graduated now.  You're about to head off to college.

MS. WOLF:  Holly, don't tell her her grades don't mean anything.

A.  Sorry that it's not to scale.

Q.  (BY MS. ORTIZ)  We expect precise . . .

MS. WOLF:  I'll get you a ruler.

A.  I don't remember how many chairs, but this is for-instance.

Q.  (BY MS. ORTIZ)  That's fine.

So walk me through what I'm looking at here.

A.  Okay.

Q.  This arrow is from the hall into the office?

A.  Correct.  Sorry.  So this is the hallway in fine arts, and then you walk in; and there's a bunch of chairs that I was talking about.  So, for instance, in this ▮ situation, I would say ▮ was sitting right here and I was sitting right here.

Q.  Okay.

A.  And then this is the secretary's desk who had all the ferrets, and this is, like, a

192

A.    I don't remember.

Q.    Okay.  And do you remember being in the room on this day?

A.    What day is this?

Q.    This -- well, that's the problem.  It doesn't really say.  On page 286, your mom has -- at the top, there's an email says, "Sorry - more coffee. ████████ is boy in the center with the white shirt/gray pants.  ████████ had on black shorts and burgundy shirt," and the date below that is May 12th, so maybe May 11th or 12th, right in there.

A.    Okay.

Q.    Is that ringing a bell?

A.    I don't remember a specific timeline. Like I've said, this feels really blurry in my memory to me, like the timeline of things.  So I'm going to use the emails for context clues, I guess.

Q.    Well, do you see yourself anywhere in this picture?

A.    Not that I can see, no.

MS. ORTIZ:  All right.  That's all I had.

MS. WOLF:  Oh, you're done?

MS. ORTIZ:  No, I'm done.  I'm done, done.

248

MS. WOLF:  I thought you meant for that question.

EXAMINATION

BY MS. WOLF:

Q.  ███████  I just had a few questions.  Let me pull them up.  Okay.  We talked a little bit about you having headaches or migraines prior to the sexual assault in your second semester at Cherry Creek School District.  Do you recall that?

A.  I do.

Q.  Based on your recollection, were your migraines different or more frequent at all after -- or during your second semester at Cherry Creek High School?

A.  After the assault, I feel like my symptoms worked up.  It was a lot more frequent, especially with the migraines, because I guess they were just stress-induced or something because I was getting them constantly, and it was like the same symptoms of, like, my eyes blacking out and stuff like that; and yeah, I think both of those things have become -- they were more frequent and like stronger, if that makes sense, after everything happened.

Q.  And then, what about your anxiety and depression?  Did that change at all after

January 19th, 2022?

A.    Yeah.  I mean, it's like what I've been saying before.  Like, my anxiety was really heightened because I was always turning my back, scared of what was going to happen next or what comment I was going to have to hear in the hallway or being yelled at in the hallway as well as I'm scared about ▮▮▮▮ seeing me or grabbing me or whatever.  And so definitely my heightened anxiety, but also my depression was, like, at an all-time high because it was so hard, like, to not only deal with, like, the aftereffects of the assault but also be reminded of it every single day because people were talking to me about it and yelling at me about it all the time.  And so I mean that was, like, the main reason why I was always hiding in the bathroom, just because at least, like, no one knew who was, like, behind the stall?

MS. WOLF:  Sorry.  I just realized my sound was off.  So, Steve, we are back on the record.  I apologize.  Aurora is not back in here, just so you know.

Q.    (BY MS. WOLF)  What about your fainting?  Did that change in frequency at all after the sexual assault?

A.    Yeah.  I felt like I was fainting a lot

250

more, and also, it didn't feel like it had, like, as much of, like, an initial thing where I could get to, like, a safe spot or sit down.  It was very much more instant.  Like in Mr. Buddington's classroom, I just asked to go to the bathroom.  Like, I was walking, and I immediately fainted.  And, like, the only thing I could do to brace myself was go on my hands and my knees.  That was as far as I got, and then I collapsed.  So it was definitely more frequent, but also they were a lot faster, like, when they came up.

(At this time Ms. Randolph entered the room.)

Q.    Earlier, Ms. Ortiz had asked you some questions about bullying and harassment that you faced in May of 2022.  Do you remember that?

A.    Yes.

Q.    Separately, there was some questions about the training room and seeing ▇▇▇▇ in the training room and having him walk by you.  Do you remember that?

A.    Yes.

Q.    Did you consider any of ▇▇▇▇'s actions in the training room to be a form of bullying or harassment?

A.    Yeah, because he was actively making my

251

Q.   If she had asked, would you have shared those names?

A.   I think I would have because then I think it would have given her, like, a way to go about it without actually having to talk to them because I was so reluctant on being the victim once again.  So I think -- I guess I would have -- if she would have asked names, I would have told her because I felt like I needed to tell her for her to do something, and then maybe she would have actually done something.

Q.   Did she ever tell you that she needed the names in order to do anything?

A.   Not to my recollection sitting here today.

Q.   You used the term "small things."  Do you remember that?  You used it a few times.

A.   Yeah, yeah.

Q.   What did you mean when you were describing some of the harassment and bullying as small things?

A.   I mean it's easier to put it in a box because it happened so frequently, and it felt like a new normal.  That felt like my new equilibrium, was that -- those certain sentences that I've shared with Miss Ortiz and stuff like that.  So I kind of put it

254

in a box, and I call it the small things, but in reality, those were the things that really ruined me because it was something that I was hearing every single day all day.

Q. We talked earlier about the fact that, you know, you can't testify to what another person may have seen or heard. Do you remember?

A. Yeah.

Q. Based on the frequency of the harassment and bullying you suffered as well as where it took place in the scale, would it surprise you if there was not a single teacher, staff administrator that actually witnessed the harassment that you suffered?

A. Yeah, because the football players were doing it to embarrass me and doing it to hurt me. They were doing it loud. Their bullying was loud, and it was in an aggressive way; and it would really surprise me if no teacher ever heard or ever saw it because their entire intent was to embarrass me and to make me feel worse about myself in a public way to where all of these eyes are looking at me.

Q. We talked a little bit earlier about students looking at football players in a certain light. Did you ever observe or have a sense of how teachers and administrators looked at football players

255

at Cherry Creek High School?

A.   Yeah.  I think, as I stated before, that they really do, like, idolize the football team at Creek.  Like, it's one of their best teams.  They've won State so many times.  So everybody treats them differently because they're what makes Cherry Creek High School Cherry Creek High School.  That's what they're known for, is really good football.  And administrators and teachers, I think, I've seen numerous times -- I can't give you a specific example that I can remember today, but I know that there's numerous times where the football players are treated differently because they're on the football team, but I just can't remember a certain instance as we're sitting here today.

Q.   I only have a couple other questions.  We talked about the fact that you didn't schedule any meetings or otherwise meet with Mr. Uhlig or Principal Silva.  Do you recall that?

A.   Yeah.

Q.   Did anyone ever direct you to meet with Mr. Uhlig or Principal Silva to discuss your concerns?

A.   No.  I was -- to my recollection, I was told that Dean Devitt was the person to talk to and nobody else.  It's like I said to Miss Ortiz earlier.

256