1/10/25, 12:38 PM                                                              Student Narrative

**<span style="color:red">CONFIDENTIAL</span>**



| | | | | | |
|---|---|---|---|---|---|
| Name: | ▮▮▮▮▮ | Student #: | ▮▮▮ | Grade: 12   Gender: F   Age: 19 years 9 months | School: |

**District Office**       **24-25 Year**

CCH    Transferred Out

# Student Narrative

| Search Filters |
|---|

## Total Entries: 46

| Date | Descriptions |
|---|---|
| 09/08/2022 | **Category:** Note Non-Discipline **Title:** Data Breach<br>**Prepared/Created By:** CCSD Legal<br>Student's data was accessed on 09/08/2022 date as a result of a data breach. The data was accessed by a student and there was no indication of malintent of the accessed data. Student's name, gender, and address was accessible as a result of the breach. |
| 05/19/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Protection order in place against ▮▮▮▮. PO on file in Dean's Office and sent to district legal. |
| 05/19/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Received information from ▮'s Dean that there is a protection order in place. Dean emailed MOC for confirmation and copy of PO. |
| 05/13/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared___eated By:** Devitt, Kelly A<br>Met with ▮▮ about prom expectations. She also reported that her family is working on a protection order, and that her case could still be open. |
| 05/11/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created___ Devitt, Kelly A<br>Touched base with ▮▮ about training room and grades. Dean will follow up with security about adjustments, and reached out to trainer about ▮▮ being first to get worked out. Also walked through grades and finals week plan. Texted J. Yamaguci about ▮▮ being able to get treatment at 3:00 PM. He stated she could go at 3:00 PM and be finished before 3:45. Emailed ▮▮ about this option as well. |
| 05/09/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared___eated By:** Devitt, Kelly A<br>Met with ▮▮ about training room expectations and her being on campus/finishing the school year. ▮▮ understands to communicate with me or April Beckwith where she is/what she is making up, and she will try and attend the training room earlier to get her treatment. |
| 05/06/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**___ared/Created By:** Beckwith, April<br>▮▮ sent an email to counselor stating she would not be returning to school this semester. Counselor replied to offer support and will email teacher this update. Counselor spoke with MOC by phone immediately following this email to confirm the plan. She would like to know if teachers have any concerns with this plan. |
| 05/06/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared___ated By:** Devitt, Kelly A<br>Emailed ▮▮ to see if she wanted to report situation where girls were mentioning her assault/calling her a snitch before practice today. Report received from ▮▮. Followed up with ▮▮ on 5/7 to see if she wanted me to pursue the report. She said it would make the situation worse, and did not want me to take names of students at the time. |
| 05/06/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/C___ted By:** Devitt, Kelly A<br>Contacted ▮▮'s track coach to inform her of ongoing situation with school and updates. |

**CCSD 007561**

1/10/25, 12:38 PM                                    Student Narrative

**CONFIDENTIAL**

| Date | Descriptions |
|------|--------------|
| 05/05/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>MOC called to express concerns with NCA and student still showing up in training room. MOC wants to follow up with Kevin Uhlig. |
| 05/05/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Assistant Principal Kevin Uhlig called MOC on 5/5 to discuss concerns around boundary setting contract. MOC hung up phone about 5 minutes into conversation. Dean followed up with MOC via email to share training room plan and supports for ▇. Email is on file. |
| 05/05/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>The training room plan is as follows: ▇ is in the training room from 3:45-4:00 PM. ▇ is to wait in the trophy hall until the weight room opens, or until 4:00 PM. He is to not hang out outside of the training room or in the training room until after that. |
| 05/04/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Received report from ▇ that ▇ had texted him ▇ was outside of the training room at 3:55. Report sent to Dean Weber to follow up with ▇ on expectations after school. |
| 05/03/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Met with student after report. Plan will be organized so that student can get treatment between 3:45-4:00 PM, and ▇ can enter weight room after that, or before with supervision. Dean has contacted trainer Josh about plan as well so he is aware. Dean Weber will communicate plan to ▇ as well. |
| 05/03/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Received report from ▇ and ▇ that ▇ was again inside and outside the training room on 5/2. Statement on file. Dean Devitt spoke with trainer Josh Yamguchi on 5/2, and emailed all trainers, and ADs on 5/3 about training room expectations. Video of incident and statement sent to ▇'s dean Jamie Weber. |
| 04/28/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>MOC called dean after ▇ had reported yesterday at 4:15 to counselor that ▇ was telling other students that he and his sister were going to fight ▇ after track practice. MOC stated that GV Police were at their home until 1:00 AM making a statement about incident at school and lack of ACSO investigation regarding alleged sexual assault. Dean confirmed with SROs that there is documentation of a conversation, but no official report filed. Dean and counselor are meeting with student this morning to get statement and investigate allegations. |
| 04/28/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Met with ▇ to take statement on alleged threat incident on 4/27 with ▇. Student gave statement, but also feels very frustrated with reporting process, follow up, and consequences with the other student. Student does not feel safe at school or supported by most adults. Counselor will follow up with teachers about grades, and student knows to contact Dean Devitt/take breaks in office, or report anything further. |
| 04/22/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Met with ▇'s dean Jamie Weber and Kevin Uhlig to discuss security clearing out area outside of training room/weight room/locker room stairs. This will go into place 4/22 to support ▇. |
| 04/19/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Student reported seeing ▇ sitting outside the training room on the football locker room stairs on 4/18. Dean followed up with Jamie Weber, ▇'s dean, and she will address situation. |
| 04/15/2022 | **Category:** Discipline **Title:** 2122 G34/F9<br>**Prepared/Created By:** Kelly Devitt / Tunnell, Deena M<br>**Role:** Offender<br>    **Behavior:** [G34] Truant/Unexcused Absences<br>        **Action(s):** [F9] Loss of Privilege<br>**Description:** ▇ was unexcused fro 7 classes during the week of 4/4 - 4/8 |
| 04/15/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>▇ came in to write a statement stating that although ▇ was not in the training room with her, he was sitting outside near the varsity locker room stairs waiting for friends and staring at her. Statement forwarded to ▇'s dean. |
| 04/07/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>▇ and MOC (via email) communicated that ▇ had made contact with ▇ through other students in the training room on 4/5. ▇ had not signed the non-contact agreement at that point, and was addressed by his dean/signed the agreement on 4/6. |
| 04/06/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>▇ stopped me during passing period to state that she had seen ▇ outside of the training room on 04/05. ▇ had not yet signed the non-contact agreement yet, and was meeting with his dean today. |

**CCSD 007562**

1/10/25, 12:38 PM Student Narrative

CONFIDENTIAL

| Date | Descriptions |
|------|--------------|
| 04/04/2022 | **Category:** Note Non-Discipline **Title:** Boundary Setting<br>**Prepared/Created By:** Devitt, Kelly A<br>Boundary Setting Contract signed with ██████. |
| 04/04/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Met with ███ to introduce myself and debrief situation with ██, sign boundary setting contract. ███ expressed that she does not see ██ often, but sometimes in the trainer. Dean will follow up with trainer to make sure she is new dean contact for any issues that may take place. ███ also expressed that the investigation off campus may be closing due to lack of evidence--she was unsure of today. Student understands that ██ may not sign the contract, but will be instructed to stay away from her, and that expectations remain the same with or without the contract. She was also informed that she can come to my office for support, a break, or anything else she may need. Dean will follow up with MOC as well. |
| 04/01/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Devitt, Kelly A<br>Made phone call to MOC regarding dean switch. MOC is concerned about conflicting information with non-contact agreement. Dean will follow up with student to make introduction and get boundary contract signed. |
| 03/31/2022 | **Category:** Note Non-Discipline **Title:** Parent Contact<br>**Prepared/Created By:** Thomas, Brynn<br>Met with MOC, FOC, Grandma and Ryan Silva. MOC recapped ███'s version of my in person conversation with her on Tuesday. Much of the recap is inaccurate. MOC requesting Dean change. |
| 03/30/2022 | **Category:** Note Non-Discipline **Title:** Parent Contact<br>**Prepared/Created By:** Thomas, Brynn<br>LM for MOC, returning her call. |
| 03/30/2022 | **Category:** Note Non-Discipline **Title:** Parent Contact<br>**Prepared/Created By:** Thomas, Brynn<br>Spoke with MOC regarding ongoing situation with male student and ███ |
| 03/29/2022 | **Category:** Note Non-Discipline **Title:** Student Contact<br>**Prepared/Created By:** Thomas, Brynn<br>Met with student regarding male student from previous alleged incident. ███ states that male student attended JV Track Meet at EHS and he often goes to the Athletic Trainer. He is not a Spring athlete. I notified coaches & Trainers via email. ███ states that family is meeting with ACSO on Thursday to inquire about protection order and/or filing charges. |
| 03/21/2022 | **Category:** Health **Title:** ---<br>**Provider/Created By:** Matt P Phippen / *No Created name*<br>**Description:** None<br>**Assessment:** None |
| 03/10/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Patrick, Nancy<br>B.Thomas and N.Patrick left message for MOC regarding incident over the weekend. ███ reports that MOC is aware and had ███ call a therapy hotline. MOC has not returned our call. |
| 03/10/2022 | **Category:** Health **Title:** ---<br>**Provider/Created By:** Darcy Miccio Pace / *No Created name*<br>**Description:** None<br>**Assessment:** None |
| 03/09/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Patrick, Nancy<br>Did not hear back from MOC. B.Thomas and N. Patrick called and left another message regarding incident over weekend. |
| 03/09/2022 | **Category:** Note Non-Discipline **Title:** Parent Contact<br>**Prepared/Created By:** Thomas, Brynn<br>Called MOC and LM regarding report that student made to Counselor (April Beckwith), SP (Nancy Patrick) & Dean (Brynn Thomas). See file for written statement. |
| 03/09/2022 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Patrick, Nancy<br>Report made to ACSD officer Nguyen, Report # ████████ |
| 10/28/2021 | **Category:** Note Non-Discipline **Title:** Parking violation warning<br>**Prepared/Created By:** Clark, Abigail S<br>Parking violation rec'd, parked in west faculty lot. Rec'd first warning |
| 10/26/2021 | **Category:** Discipline **Title:** 2122-G38/F1<br>**Prepared/Created By:** Brynn Thomas / Clark, Abigail S<br>**Role:** Offender<br>  **Behavior:** [G38] Violation of a District or Bldg Regulation<br>    **Action(s):** [F1] Warning / Conference<br>**Description:** Parking violation first warning, parked in west faculty lot |
| 05/20/2021 | **Category:** Note Non-Discipline **Title:** *No Title Available*<br>**Prepared/Created By:** Heimbrock, Christy E<br>CC letter sent home Student at 22% days absent |

**CCSD 007563**

1/10/25, 12:38 PM                                              Student Narrative

**CONFIDENTIAL**

| Date | Descriptions |
|---|---|
| 05/17/2021 | **Category:** Health **Title:** Minor Illness<br>**Provider/Created By:** Darcy Miccio Pace / *No Created name*<br>**Description:** HA, ST<br>**Assessment:** HA, ST, traveled to Georgia for basketball last weekend. ate lunch, afebrile |
| 04/12/2021 | **Category:** Health **Title:** IO<br>**Provider/Created By:** Jill A Gesquiere / *No Created name*<br>**Description:** Student phoned; she was in close contact (lunch w/o masks) with ▮▮▮▮▮▮ so she quarantined and mom excused her. Then she rec'd call from Tri-County that she was in contact w/someone with the UK variant and she needs to Q again through 4/14<br>**Assessment:** emailed attendance; and sent her to N. Kruse for testing info |
| 04/16/2020 | **Category:** Note Non-Discipline **Title:** Covid 19 Phone Call<br>**Prepared/Created By:** Weber, Jamie<br>Left message with MOC regarding a dean change to introduce myself with email address if student or parent need to reach me. I look forward to working with family and getting to know them. I am happy to help anyway I can. |
| 02/27/2020 | **Category:** Health **Title:** Immunization<br>**Provider/Created By:** Jill A Gesquiere / Jill Gesquiere<br>**Description:** emailed MOC re: missing IZ / transfer from Florida no records from registrar<br>**Assessment:** None |
| 01/08/2020 | **Category:** Health **Title:** Immunization<br>**Provider/Created By:** Jill A Gesquiere / Jill Gesquiere<br>**Description:** new student from florida awaiting records<br>**Assessment:** None |
| 12/11/2019 | **Category:** Health **Title:** Minor Injury<br>**Provider/Created By:** Jill A Gesquiere / Jill Gesquiere<br>**Description:** injury during basketball game last night - elbow to right side of head behind ear<br>**Assessment:** lump behind ear; bruise and swelling noted, student did not ice last night, nor is coach/trainer aware, no HA, dizziness or other symptoms noted just pain in that area |
| 12/11/2019 | **Category:** Health **Title:** Minor Injury<br>**Provider/Created By:** Jill A Gesquiere / Jill Gesquiere<br>**Description:** request for tylenol / ice pack for injury received during basketball game last night<br>**Assessment:** seen earlier in clinic for injury of elbow to side of head; still no other symptoms just pain in that area |

**CCSD 007564**