CONFIDENTIAL

Transcript of 2022.05.13 ███ and Silva Meeting CONFIDENTIAL
(Audio File at DOE000294)

CONFIDENTIAL

DOE 000668

CONFIDENTIAL

2

P R O C E E D I N G S

MR. SILVA:  (Inaudible) interrupt you with (inaudible).

MS. ███████:  Thank you.

MR. SILVA:  And (inaudible) you're feeling better?

MS. ███████:  Yes.  And I'm not contagious.  I just have that because I'm --

MR. SILVA:  No.  You're --

MS. ███████:  -- I'm, like, I don't want to pick up a cold or anything at this point.

MR. SILVA:  (Inaudible.)  You've got to be careful.

MS. ███████:  Yeah.

MR. SILVA:  I completely understand.

Well, thanks for coming in.

MS. ███████:  Yeah.

MR. SILVA:  It's so much easier to talk in person than it is to do stuff through email.

MS. ███████:  It is.  And with anything that deals with, you know, the human experience, I think that email is hard because so much gets lost.

MR. SILVA:  It is.  It is, right?  You can't tell tone, all those types of things.  I totally

CONFIDENTIAL

DOE 000670

CONFIDENTIAL

3

agree with you.  So I'm glad that we're meeting.

MS. █████: Yeah.

MR. SILVA: Yes.

MS. █████: Good.

MR. SILVA: Yes.

MS. █████: So I --

MR. SILVA: And how is ███, by the way?

MS. █████: She's not great.

MR. SILVA: No?

MS. █████: Not at all.  She didn't go to school at all yesterday.

MR. SILVA: Oh, she didn't?

MS. █████: No.

MR. SILVA: Okay.

MS. █████: No.  Which is not unusual, unfortunately.

MR. SILVA: Okay.

MS. █████: So I have two kind of objectives for this meeting.

MR. SILVA: Okay.

MS. █████: One is to share my experience --

MR. SILVA: Okay.

MS. █████: -- as a parent in the

CONFIDENTIAL

DOE 000671

CONFIDENTIAL

4

hopes that I could help inform the future --

MR. SILVA:  Okay.

MS. ███████  -- you know, and how things are handled in the future.

MR. SILVA:  Okay.

MS. ███████  And I mean that in a very constructive way.

MR. SILVA:  Yeah.

MS. ███████  The second is to -- for me to leave here with a clear understanding of the process --

MR. SILVA:  Okay.

MS. ███████  -- for -- to ensure that ████ has an okay rest of this year and a good next year.

MR. SILVA:  Okay.

MS. ███████  So I don't expect you to have all the answers or, you know, all the things, but what I want to understand is just the process --

MR. SILVA:  Okay.

MS. ███████  -- piece.  So that would be (inaudible) for me.

MR. SILVA:  Perfect.

MS. ███████  If we --

MR. SILVA:  Sounds fair.

Falcon Court Reporting, LLC
(503) 544-9522

CONFIDENTIAL                                   DOE 000672

CONFIDENTIAL

11

leadership to make sure that we're doing everything right.  So that would be one of the steps that we take.  And obviously, when we would call them, we would talk about some of the things that could apply.  So Title IX would be one of the things that would come up.  We talk about public school, eligibility, suspension, expulsion, all those types of things.

MS. ████: Yeah.

MR. SILVA:  So -- and we'd also talk with the police.  So those are steps that we take.

MS. ████: Okay.  And is that written down somewhere?

MR. SILVA:  Huh-uh.

MS. ████: Okay.

MR. SILVA:  No.

MS. ████: That's -- that really concerns me --

MR. SILVA:  Okay.

MS. ████: -- that that's -- but it's great to know --

MR. SILVA:  Yeah.

MS. ████: -- that it's not written down.

I think that that not being -- that -- that not being written down and really understanding

CONFIDENTIAL                                          DOE 000679

CONFIDENTIAL

12

that that is the case, maybe rightly or wrongly, fills in a lot of blanks for me.

MR. SILVA:  Sure.

MS. ███████  You know, because -- and I'm just kind of -- you know, it -- well, I'll stop with that.  And I'll just say that the process at Creek has felt like -- or the experience at Creek has really felt like every day my child is revictimized, that this second semester of freshman year has been a lost semester for my daughter.  She has missed so much school.

The main supportive measure -- which, by the way, to my knowledge, nothing has ever been written down.  Nothing has been signed.  There's been no formal document that I'm aware of in terms of like, "Here are the supportive measures that we're putting in place."  I think they didn't do a no-contact because they knew we had this civil -- you know, we ended up getting a civil protection order.

But it feels as if at every turn it is my daughter's responsibility to advocate for herself and that the -- kind of the systemic response at the school has exacerbated the impact of what's happened.

MR. SILVA:  Okay.

MS. ███████  Because everything is,

CONFIDENTIAL                                          DOE 000680

CONFIDENTIAL

13

"Have her do a written statement.  Have her do a written statement.  Have her do a written statement."

I understand that that's important to have that in writing.  But, again, there's no -- there's no kind of package that that lives in, right?  It's kind of like a standalone.  It's not like, "We're so sorry that that happened.  We understand you're having this experience," like some empathy.  And then like, "Do you want to talk about it with me," a school psychologist or counselor.

And then once you've kind of been able to process some things -- and I don't mean therapeutically.  I just mean, like, as a kid being able to -- then you ask for a written statement.  But instead it's just like, "Write it down, write it down" --

MR. SILVA:  So this looks like --

MS. ▮▮▮▮▮  -- "write it down."

MR. SILVA:  -- this is a Kelly issue too, because Kelly should be the point of contact.  And so Kelly hasn't done a good job.

MS. ▮▮▮▮▮  Well, I would say that Kelly has done -- I don't know in terms of your -- you know, these processes.  I will tell you that Kelly has been incredibly compassionate with ▮▮▮▮

CONFIDENTIAL                                                    DOE 000681

14

█████ is a tough -- she's a tough kid. I mean that in every way possible. She's not easy. And Kelly has done a great job of engaging her and gaining her trust.

And so as a result of that, Kelly's office is ████'s safe space. And she's in there at least three times a week every single week for the last 15 weeks. That's not equal access to an education -- you know, what I mean? She's missing so much class time.

Or she'll come home sick. She'll just call me and be like, "I just threw up in the bathroom because I'm so stressed out I'm having a panic attack. I'm" -- we've done a 504 now because of this trauma and ADHD.

So it's just been -- it's just been a really tough experience that hasn't felt -- again, it has felt adversarial. No one has said, like -- like Kevin, for example, never said, "You know what? Email isn't the best way to communicate all of this. Why don't you come" -- "do you have 30 minutes? Just come in and talk to me." You know what I mean? Like, there's never --

MR. SILVA: I know you said no one, but Kelly has in some way, right?

DOE 000682

CONFIDENTIAL

15

MS. ██████████  Yes.  Yes.

MR. SILVA:  So --

MS. ██████████  But --

MR. SILVA:  So people have --

MS. ██████████  People -- yes.

MR. SILVA:  Okay.  All right.

MS. ██████████  You have and Kelly has.

MR. SILVA:  Okay.

MS. ██████████  Kevin, who is the one that owns the responsibility --

MR. SILVA:  Well, it's actually Kelly.

MS. ██████████  Okay.

MR. SILVA:  Kelly does.

MS. ██████████  Okay.  Okay.  Yeah.

MR. SILVA:  Because she's your service provider.

MS. ██████████  Okay.

MR. SILVA:  Yeah.

MS. ██████████  Got it.

I would say because I have emailed Kevin about things like the Title IX --

MR. SILVA:  Sure.

MS. ██████████  -- or whatever the process is -- I guess that's what I mean -- in my exchanges with him.

CONFIDENTIAL

DOE 000683

CONFIDENTIAL

43

district -- assistant district attorney that it's in my daughter's best interest for this to be completed quickly.

MR. SILVA:  Sure.

MS. ▮▮▮▮:  It's in ▮▮▮'s football career -- and that's why I'm smirking about the football, because everything is related to football and protecting his football.  So it works in their favor to keep pushing this off so that he can play football in the fall.  That was my -- that was my facial expression.

MR. SILVA:  Sure.

MS. ▮▮▮▮:  It's like I'm so tired of talking about football.

MR. SILVA:  Sure.

MS. ▮▮▮▮:  So, you know, they're going to continue to try and push this.  And I need to have some certainty about the fall --

MR. SILVA:  Yeah.

MS. ▮▮▮▮:  -- and is the -- can ▮▮▮ stay here or not and will she have to go to school with her sexual assaulter?

And I know you're bound by --

MR. SILVA:  Sure.

MS. ▮▮▮▮:  -- your process and

CONFIDENTIAL                                    DOE 000711

CONFIDENTIAL

44

privacy.  And I'm not --

MR. SILVA:  And (inaudible) to be honest with you --

MS. ▮▮▮▮▮▮▮   I'm not sure --

MR. SILVA:  -- are you familiar with the changes in Title IX?

MS. ▮▮▮▮▮▮▮   Uh-huh.

MR. SILVA:  Okay.  And the frustrating part, if I were in your case but also, I think, in a school official's case, is that the perpetrator and the victim have very similar rights.

MS. ▮▮▮▮▮▮▮   Yeah.

MR. SILVA:  And that's difficult.

MS. ▮▮▮▮▮▮▮   Right.  But I think what I would say is that -- yes.  And, to me, that is meant to be a minimum standard or a guidance.  And, again, the district is not bound by that.  You -- the district has authority to move the perpetrator out of the school.  You're not denying him his education.

MR. SILVA:  Sure.

MS. ▮▮▮▮▮▮▮   You're just saying you can't be educated here anymore.

MR. SILVA:  Yeah.

MS. ▮▮▮▮▮▮▮   Because, you know -- so that -- I don't know how to -- I mean, I sent you that

CONFIDENTIAL

DOE 000712

CONFIDENTIAL

45

email.  I really -- I want that kid out of the school, because I don't think that ███ can fully access her education as long as he is present.  And I don't know how to -- like, I can't tell my kid whether he'll be here or not.  And I can't tell her when we'll know --

MR. SILVA:  And we won't either.  Yeah.

MS. ███:  Right.

MR. SILVA:  So regardless of what the criminal case is like and what the timing is, we don't get to share that.

MS. ███:  Right.  Right.

MR. SILVA:  Yeah.  So I know -- yeah.

MS. ███:  Yeah.  So I guess the -- and this is what I'm saying in terms of, like, this path forward.  Given what you know about how ███ has been impacted by this --

MR. SILVA:  Yeah.

MS. ███:  -- and being in the school every day, what should we do?  Like, what should I do?

MR. SILVA:  Yeah.  I mean, she could go to another setting.  That's a guarantee in the sense that she knows that --

MS. ███:  Yeah.

MR. SILVA:  -- she's just in a different

CONFIDENTIAL

DOE 000713

60

Minneapolis where I visited two schools.  And, yeah, we're seeing behaviors that are not typical.

MS. ███████:  Yeah.  I --

MR. SILVA:  So you're right.

MS. ███████:  -- stupidly serve on a school board.

MR. SILVA:  Oh, you do?  What school district?

MS. ███████:  This one at Cherry Creek Academy.

MR. SILVA:  Oh, okay.  Got it.  Got it. Got it.  I was like -- I thought you meant, like, the Cherry Creek School District.

MS. ███████:  Yeah.

MR. SILVA:  Got it.  Oh, yeah.  The charter school.  Yeah.

MS. ███████:  Yeah.

MR. SILVA:  Yeah.

MS. ███████:  One of the stupidest things I've ever done in my life.  Because it's all about critical race theory and masks and --

MR. SILVA:  Oh, yeah.

MS. ███████:  -- fighting about, you know, that stuff.  Which is, again, not why anybody wants to do any of this.

Falcon Court Reporting, LLC
(503) 544-9522

CONFIDENTIAL

61

So --

MR. SILVA:  You're right.  Behaviors are very different.

MS. ███████  Yeah.  It's totally crazy.  And, you know, because kids know what's happening, right?  And ████ certainly -- I think she's told one or two people.  I think her perpetrator has told more people --

MR. SILVA:  Okay.

MS. ███████  -- unfortunately.  And so now she has other football players that, you know, give her the stink eye and say offhanded remarks and, you know, whatever they do.  But because of all of that, as I mentioned in my email, other kids have contacted me.  And they have all been reported.

MR. SILVA:  Oh, good, good, good.

MS. ███████  So all of them have been reported.

MR. SILVA:  Good.

MS. ███████  And I have been very certain of that.  They've either had interviews at SungateKids or they've -- you know.  And now I'm -- now I'm in the position of helping other parents.  I'm explaining to them how you get a protection order.

MR. SILVA:  Sure.

CONFIDENTIAL

DOE 000729

CONFIDENTIAL

62

MS. ███████  How do you -- and I will tell you that all of the cases I know of are with football players.  Every single one.

MR. SILVA:  Okay.

MS. ███████  Which, again, was part of my facial expression.

MR. SILVA:  Sure.

MS. ███████  And I think part of the issue that I have heard about is that Dean Thomas's office is not a safe place because the football players hang out there.  And so I know at least one student has been transferred from not being on Dean Thomas's kind of caseload because of that, because Dean Thomas is like, "Yeah, well, that player could be here."

There's one player that has raped two girls and also has, like, grabbed girls out of the hallway and -- grabbed them out of the hallway into the bathroom and forcibly kissed them.  And the students are watching this, because they know.  And there's nothing -- there's no repercussions on the surface, right?

MR. SILVA:  Sure.

MS. ███████  And I think until -- yeah.  I think that -- I think that's sending a clear

CONFIDENTIAL

DOE 000730