CONFIDENTIAL

**3:09**

 



Jan 20, 2022 at 9:17 AM

mom dad is gonna be mad but i literally have such a bad migraine. can i go home and at least take a hot shower or something. i just threw up i'm so nauseous

Of course honey.

thank you i'm so sorry i feel so bad

No no. It's okay.

Shall I pick u up ?

East?

im in west right now

Okay. Bus lane?

yea that works thank you

Text Message

Here

  iMessage

CONFIDENTIAL

DOE 000901