CONFIDENTIAL

**3:20**





Feb 15, 2022 at 8:26 AM

mom i just fainted could u pick me up i jusr need to rest for a little i swear i'll come back i jusr feel horrible right now

Oh honey I'm sorry.

Want to try going to nurse, drinking something or eating?

i have tried that all besides the nurse because rhey don't do anythint

Ah ok.

i've been feeling i'm about to faint all of yesterday too and then it just happened

Wow! That's awful. Dad is on his way. I have a mtg starting in 2 mins

okay thanks

i'm sorry

  iMessage