Case No. 1:24-cv-00687-NYW-TPO    Document 295-20    filed 04/10/26    USDC Colorado
CONFIDENTIAL



Apr 1, 2022 at 9:15 AM

mom can u pick me up

Yes. What's up?

my head is just pounding and even the nurse is too loud

like i'm like dry gagging because i'm so nauseous

Yep. Where? On my way!

top of west by library

Text Message

K

iMessage

just anytime before 9:50 because we have a huge assembly then

Text Message

iMessage

CONFIDENTIAL                                                                DOE 000925