CONFIDENTIAL



# Greenwood Village Police Department

# Information Report

| Case Report #: | ▮▮▮▮▮▮▮ |
| Incident Report #: | ▮▮▮▮▮▮▮ |

**6060 S. Quebec Street, Greenwood Village, CO 80111 - Phone (303) 773-2525 Fax (303) 694-5050**

## Event

| Date and Time Reported:<br>**05/07/22 14:19 PM** | Incident Start Date and Time:<br>**05/04/22 15:00 PM** | Incident End Date and Time:<br>**05/04/22 15:00 PM** |
|---|---|---|
| Address:<br>**9300 E UNION AVE , GREENWOOD VILLAGE,  CO 80111** | | Event Description: |

## Involved Party

### Involvement Type: **SUBJECT**

| Name:<br>▮▮▮▮▮▮ | | Date of Birth:<br>▮▮▮▮▮ | Sex:<br>**FEMALE** | Race:<br>**W** | Juvenile:<br>**YES** |
|---|---|---|---|---|---|
| Address:<br>▮▮▮▮▮▮▮▮▮ | | | Phone #: | | Ethnicity:<br>**UNKNOWN** |
| Driver License / ID #: | | ID / License State: | Email Address: | | |

## Involved Party

### Involvement Type: **SUBJECT**

| Name:<br>▮▮▮▮▮ | | Date of Birth: | Sex: | Race: | Juvenile:<br>**YES** |
|---|---|---|---|---|---|
| Address: | | | Phone #: | | Ethnicity: |
| Driver License / ID #: | | ID / License State: | Email Address: | | |

## Involved Party

### Involvement Type: **PARENT/GUARDIAN**

| Name:<br>▮▮▮▮▮ | | Date of Birth:<br>▮▮▮▮ | Sex:<br>**FEMALE** | Race:<br>**W** | Juvenile:<br>**NO** |
|---|---|---|---|---|---|
| Address:<br>▮▮▮▮▮▮▮▮ | | | Phone #:<br>▮▮▮▮ | | Ethnicity:<br>**NON-HISPANIC** |
| Driver License / ID #:<br>▮▮▮ | | ID / License State:<br>**COLORADO** | Email Address: | | |

DOE000650

IR Page 1 of 2

CONFIDENTIAL

# Greenwood Village Police Department

## Information Report

**Case Report #:** ▮▮▮▮▮

**Incident Report #:** ▮▮▮▮▮

6060 S. Quebec Street, Greenwood Village, CO 80111 - Phone (303) 773-2525 Fax (303) 694-5050

## Narrative

On 050722 at approx. 1419 hours I was dispatched to a harassment that occurred at CCHS located at 9300 E. Union Ave.

I spoke to mother ▮▮▮▮ by phone. ▮▮▮ stated the following:

- That her daughter ▮▮▮▮ was sexually assaulted in January.
- That she received a civil protection order against the male suspect for her daughter.
- That her daughter was in the trainers room on Wednesday May 4, 2022 after school at around 1500 hours at CCHS at 9300 E. Union Ave and the male walked passed not more then a foot and 1/2 passed her while she was on the trainers table.
- That the male had multiple doors he could have used to walk through.
- That her daughter has a video of the incident.
- That the male can not be within 10 feet of her daughter ▮▮▮▮ at school.
- That she doesn't know if anything was said.

I received a video from ▮▮▮▮ and it shows a females face and then someone walking away. It is unknown when the video footage was taken.

One of the protection orders show protected party ▮▮▮▮ from ▮▮▮▮▮▮▮▮▮▮

IT IS FURTHER ORDERED NO NEW OFFENSES CONDITIONS OF THIS ORDER ARE
    CONDITIONS OF SUMMONS OR BOND INCIDENTAL SCHOOL CONTACT PERMITTED

DKT/▮▮▮▮▮

DTE/20220505

The other protection order shows protected party ▮▮▮▮ from ▮▮▮▮ ▮▮▮▮

KEEP A DISTANCE OF AT LEAST100 YARDS FROM THE PROTECTED PARTIES NO
    CONTACT EXCEPT RSP SHALL STAY10FT FROM PET AT SCHOOL AND SCHOOL FUNC
    TIONS AT CHERRY CREEK HS ELSEWHERE RSP TO STAY100 YDS FROM PET
    EXCLUDED 100 YARDS FROM: HOME▮▮▮▮▮▮▮▮▮▮

DKT/▮▮▮▮

DTE/20220224

The protection orders show different dates of birth for ▮▮▮▮

The video was downloaded to GVPD Evidence.

Forward to SRO's to see if any other evidence exists of a possible crime.

### Officer:

| Officer Name: | Date / Time: | Involvement Type: |
|---|---|---|
| **Hasche, Rob 18-04** | **05/07/2022 15:05:00** | **REPORTING** |

### Officer:

| Officer Name: | Date / Time: | Involvement Type: |
|---|---|---|
| **DiManna, Jason 99-05** | **05/08/2022 10:57:42** | **APPROVING** |

GVPD CONTROLLED DOCUMENT - DO NOT DUPLICATE

DOE000651

CONFIDENTIAL

| | | | Case Report Number: |
|---|---|---|---|
| **Greenwood Village Police Department** | **SUPPLEMENTAL REPORT** | | ███████ |

**6060 S. Quebec Street, Greenwood Village, CO 80111 - Phone (303) 773-2525 Fax (303) 694-5050**

**NARRATIVE-**

Supplemental Reporting Officer: **JOSWICK, SARAH 07-03**

On 5/10/22 I was asked by Sergeant DiManna to assist Officer Hasche by completing some follow-up on this report. After reading Hasche's report I learned that a potential violation of a protection order may have occurred on 5/4/22 after school in the trainers room at CCHS. I began by looking at ███████████ and ██████████ in school records to review their school picture. My intention with this was to use this picture to aid me in reviewing school security cameras and identifying the two juveniles on camera. I then reviewed CCHS security cameras and discovered the following:

- There are no cameras in the trainers room at CCHS
- There are two doors into the room with two different cameras that show the two doors.
- One door is located in the hallway that opens directly into the trainers room and is adjacent to the door that enters into the weight room.
- The second door is within the weight room and enters into the back end of the trainers room.
- There are windows within the training room that look out to the weight room. These window have lettering or film on them that make it difficult to see in from the training room.
- I was able to identify both juveniles and found that ██████████ was wearing grey sweatpants and a light blue hoodie
- I also found █████████ and found that she was wearing black leggings and a grey hoodie, and peach colored top.

After identifying the two juveniles I went between the two cameras (one in the weight room and one in the hallway) and saw the following:

██████████ -

- 3:09 PM - Sitting in the weight room in the back corner out of view of the camera - stands up and walks out into the hallway
- 3:09:14 - From the hallway walks into the training room. I am able to see through the film on the windows at this time and can see that he sits on the middle table of the training room and is talking to the Athletic Trainer - Until he leaves the training room again he is sitting on the table reading a book.
- 3:32 - leaves the training room out the door into the weight room and sits in the weight room alone (there is not a class in there at that time)
- 3:43 - Gets up from the corner of the weight room and goes back into the training room through the weight room door. (I am not able to see what he does inside the training room)
- 3:51 - Leaves the training room through the weight room door and picks up a small back pack where he had been sitting then goes out the doors of the weight room and into the training room door
- 3:51:54 Leaves the training room out the door onto the hallway then leaves the building through the exterior doors.

██████████ -

- 3:27 - Come in from the outside and goes into the training room from the hallway door
- 3:29 - Comes out of the training room into the hallway and walks away down the hallway towards the bathroom
- 3:31 - Enters the training room from the hallway door
- 3:43 - Leaves the training room and exits to the outside

I received the following statement via email from ██████████:

*On May 4, 2022, at about 3:15pm, I entered the trainer room and signed in. I saw tha ████ was in the room, not being treated but just sitting on a table reading a book. We made eye contact. I waited outside until I was called so that I didn't have to be in the same room. The trainer called for me. ████ slowly put on his shoes and gathered his items. It is very difficult for me to attend school and access my education knowing that ████ shares the CCHS campus. In this case, I could choose to*

**GVPD CONTROLLED DOCUMENT - DO NOT DUPLICATE**

DOE000652

CONFIDENTIAL



# Greenwood Village
# Police Department

## SUPPLEMENTAL REPORT

**Case Report Number:**

**6060 S. Quebec Street, Greenwood Village, CO 80111 - Phone (303) 773-2525 Fax (303) 694-5050**

forego the trainer's treatment and remain in physical pain or share the space with ▇▇▇ Knowing that he had to remain at least 10 feet from me gave me the courage to be present.

I was on the table ready to begin my treatment when ▇▇▇ chose to exit using the door which had him walk within 6" of my face and table, rather than use another open door.  This is shown in the video I took.

It is my understanding that ▇▇▇ MUST stay at least 10 feet away from me while at CCHS unless it is incidental, such as walking by me in the hallway on the way to class. Being in a room wher ▇▇▇ chose to walk up to me and go past, and where his crotch was near my face was a clear violation. I ask you to note this violation and keep me safe.

Thank you,

▇▇▇

On 3/11/22 I went to the trainers room and spoke with Josh Yamaguchi who is the athletic trainer for CCHS. Josh explained to me that both ▇▇▇ and ▇▇▇ have sustained injuries in sports at CCHS and therefore both students are able to receive treatment through him. I asked why ▇▇▇ would be reading a book in the training room and he said that treatment for ▇▇▇ involved cupping and other treatment with equipment which requires him to sit with the equipment on for a period of time, so it would be normal for him to read a book or work on school work while he waits. I was also told that although ▇▇▇'s sport (soccer) was over she was still eligible for treatment and therefore was welcome at any time. I asked Josh what door kids usually use when coming and going from the room. He said that they want kids to use the main door from the hallway but at times the weight room door is used if they are doing some sort of training out there or sitting out there waiting. Finally I looked around the training room to get a feel for the layout and saw that the room is quite large approx. 40 foot by 30 foot. There are three tables up against the windows that face the weight room as well as cabinets/counters throughout the room against the walls. In the far end there is a small office area which is near the door that exits to the weight room.

Based on my observations and discussions with Yamaguchi, ▇▇▇ was in the training room to receive treatment for an injury, he left when ▇▇▇ came into the room. While the tables are fairly well spaced out they are still close enough to each other making it difficult for them to avoid contact if they were both on the tables at the same time. Additionally it would make sense that ▇▇▇ went out the door from the training room to the weight room to get his bag that was still in the training room, which would be a legitimate reason to use that door.

**Additional Information:** On 5/12/22 I spoke with Chief Deputy District Attorney, Chris Gallo regarding the violations. After explaining the allegations and my investigations Gallo told me the following:

▇▇▇ and ▇▇▇ can have incidental contact (incidentally co-exist) or ( be in incidental presence of each other) if:

- They are both in a space they have legitimate business to be in.
- ▇▇▇ does not enter the 10 foot radius that is listed within the protection order.
- The two juveniles do not engage in communicative behavior.

Based on this information DA Gallo did not feel this was a prosecutable case and therefore would not accept charges if they were filed.

**Disposition:** Closed- Unable to prove case

*This report is my recollection of the events of this case or call for service, and is not intended to be interpreted to be a verbatim account.***

| 3rd Party Video: **YES** | Body Worn Camera: **NO** | Dash Camera: **NO** | Photo's Taken: **NO** |
|---|---|---|---|
| Booking Room Video: **NO** | | Interview Room Video: **NO** | |

**Officer / Supervisor:**

**GVPD CONTROLLED DOCUMENT - DO NOT DUPLICATE**

DOE000653



# Greenwood Village
# Police Department

## SUPPLEMENTAL REPORT

**Case Report Number:**
█████████

**6060 S. Quebec Street, Greenwood Village, CO 80111 - Phone (303) 773-2525 Fax (303) 694-5050**

| Involvement Type | Officer Name | Date |
|---|---|---|
| **SUPPLEMENTING** | **JOSWICK, SARAH 07-03** | **05/10/22 - 11:08 - Tue** |

**Officer / Supervisor:**

| Involvement Type | Officer Name | Date |
|---|---|---|
| **APPROVING** | **NELSON, STEVE 95-05** | **05/16/22 - 14:58 - Mon** |